Court Name: U S DISTRICT COURT EDKY
Division: 0
Receipt Number: 0002261
Cashier ID: ksmith
Transaction Date: 12/07/2016
Payer Name: Andrew Grosso and Associates

---

CIVIL FILING FEE
For: Andrew Grosso and Associates
Case/Party: D-KYE-0-16-CV-000148-001
Amount: $400.00
PRO HOC VICE
For: Andrew Grosso and Associates
Case/Party: D-KYE-0-16-CV-000148-001
Amount: $125.00

---

CHECK
Check/Money Order Num: 4048
Amt Tendered: $525.00

---

Total Due: $525.00
Total Tendered: $525.00
Change Amt: $0.00

0:16-CV-148-HRW- SEALED

USA, ex rel v. Radiation Therapy Services, PSC