# ANDREW GROSSO, ESQ.

Attorney at Law

GEORGETOWN PLACE
1101 THIRTIETH STREET NW, SUITE 300
WASHINGTON, D.C. 20007
www.GrossoLaw.com

Tel: (202) 298-6500
Fax: (202) 298-5599
Email: agrosso@acm.org

Admitted:
New York, Florida
District of Columbia


December 5, 2016

Clerk of the Court, Civil Division
U.S. District Court for the Eastern District of Kentucky
Carl Perkins Federal Building
1405 Greenup Avenue
Ashland, Kentucky 41101

*Re: United States ex rel. O'Laughlins v. Radiation Therapy Services, P.S.C.*

* * * * * **Under Seal** * * * * *

Dear Sir or Madam:

Enclosed please find the following: (1) two copies of a civil *qui tam* complaint to be filed **under seal**; (2) a civil cover sheet for this complaint; (3) a motion to seal the complaint and case file, with a proposed order; (4) a motion for my admission as counsel to the Relator *pro hac vice*; (5) a Federal Express Air Bill to be used to return to me one copy of the complaint (without exhibits), date-stamped when received by your office; (6) a check in the amount of $525 for both the filing fee and the *pro hac vice* fee; and (7) an ECF registration form.

Thank you very much for your assistance. Should you have any questions please do not hesitate to contact me.

Sincerely,

Andrew Grosso

Andrew Grosso
Counsel for Relator Robert C. O'Laughlin, M.D.