Eastern District of Kentucky
FILED
AUG 12 2019
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

**FILED UNDER SEAL**

**Civil Action No. 0:16-CV-148-DLB**

**UNITED STATES OF AMERICA**
*ex rel.* **ROBERT C. O'LAUGHLIN, M.D.,** Plaintiff,

v.

**RADIATION THERAPY SERVICES, P.S.C., d/b/a ASHLAND BELLEFONTE CANCER CENTER; KIRTI K. JAIN, M.D., P.S.C., d/b/a HIGHLANDS CANCER CENTER; LOGAN ONCOLOGY CARE ASSOCIATES, LLC, d/b/a LOGAN REGIONAL CANCER CENTER; A ONE BIZ SOLUTIONS, LLC;** and **KIRTI K. JAIN, M.D.,** Defendants.

---

## UNITED STATES'S NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE TO INTERVENE IN PART

---

Pursuant to the False Claims Act (FCA), 31 U.S.C. § 3730(b)(4), the United States notifies the Court of its intervention decision in this *qui tam* action.

The United States intervenes in part for settlement purposes in the portion of Relator's *qui tam* complaint that alleges FCA violations against defendant Logan Oncology Care Associates, LLC. The parties have reached an agreement in principle, and the United States, together with Relator, will file a joint notice of voluntary dismissal of the allegations against Logan Oncology Care Associations, LLC, upon execution of a final written settlement agreement. The United States declines to intervene as to the *qui tam* allegations against the remaining defendants.

Although the United States declines to intervene in the remaining allegations, it

respectfully refers the Court to 31 U.S.C. § 3730(b)(1) and (c)(3), which allow the Relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). Therefore, the United States requests that, should either the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action for good cause at a later date, and to seek the dismissal of the Relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other pleadings, orders, and docket entry text in this action remain under seal, including the United States's motions for extensions of the intervention deadline. In discussing the content and extent of the United States's investigation, the motions were provided by law to the Court alone for the purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
United States Attorney

By: Carrie B. Pond

Carrie B. Pond
Assistant United States Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859-233-2661
859-233-2533 (fax)
Carrie.Pond@usdoj.gov

*Counsel for the United States of America*

DATED: August 12, 2019