Eastern District of Kentucky
FILED
AUG 12 2019
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

**FILED UNDER SEAL**

**Civil Action No. 0:16-CV-148-DLB**

**UNITED STATES OF AMERICA**
*ex rel.* **ROBERT C. O'LAUGHLIN, M.D.,** Plaintiff,

v.

**RADIATION THERAPY SERVICES, P.S.C., d/b/a ASHLAND BELLEFONTE CANCER CENTER; KIRTI K. JAIN, M.D., P.S.C., d/b/a HIGHLANDS CANCER CENTER; LOGAN ONCOLOGY CARE ASSOCIATES, LLC, d/b/a LOGAN REGIONAL CANCER CENTER; A ONE BIZ SOLUTIONS, LLC;** and **KIRTI K. JAIN, M.D.,** Defendants.

---

**ORDER**

---

The United States having intervened in part for purposes of settlement with Defendant Logan Oncology Care Associates, LLC, and declined to intervene in part in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS ORDERED that:

1. The Complaint be unsealed and served upon the remaining Defendants by the Relator;

2. All other pleadings, orders, and docket entry text in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the United States's Notice of Election to Intervene in Part and to Decline to Intervene

in Part, which the Relator will serve upon the Defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and the United States may order any deposition transcripts;

5. Pursuant to 31 U.S.C. § 3730(c)(3), the United States is entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States; and that

8. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

13 Aug. 19

Signed By:
*David L. Bunning*
United States District Judge