UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-CV-148-DLB-EBA

UNITED STATES OF AMERICA
*ex rel.* ROBERT C. O'LAUGHLIN, M.D., PLAINTIFFS,

V.

**ORDER**

RADIATION THERAPY SERVICES,
P.S.C., dba ASHLAND BELLEFONTE
CANCER CENTER, et al., DEFENDANTS.

*** *** *** ***

Plaintiff Robert C. O'Laughlin, M.D. moves for the issuance of a summons for Defendant A One Biz Solutions, LLC. [R. 36]. The Court, having been sufficiently advised,

**IT IS ORDERED** that Plaintiff's motion for issuance of a summons [R. 36] is **GRANTED**.

This the 11th day of October, 2019.

**Signed By:**
***Edward B. Atkins***
**United States Magistrate Judge**