UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

***Electronically Filed***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ROBERT C. O'LAUGHLIN, M.D.<br><br>PLAINTIFFS,<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C. dba ASHLAND BELLEFONTE CANCER CENTER, KIRTI K. JAIN, M.D., P.S.C., dba HIGHLANDS CANCER CENTER, A ONE BIZ SOLUTIONS, LLC, and KIRTI K. JAIN, M.D.<br><br>DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 0:16-cv-148-HRW |

**<u>ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST A ONE BIZ SOLUTIONS, LLC</u>**

This matter having come before the Court on Defendant, A One Biz Solutions, LLC's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief can be granted and failure to plead fraud with particularity under Fed. R. Civ. P. 9(b), and the Court being sufficiently advised:

IT IS THEREFORE ORDERED that the Motion to Dismiss is hereby GRANTED. The above-referenced action against A One Biz Solutions is DISMISSED with prejudice.

Entered this ___ day of ____________________________, 2019.