UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

***Electronically Filed***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT C. O'LAUGHLIN, M.D.<br><br>PLAINTIFFS,<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C. dba ASHLAND BELLEFONTE CANCER CENTER, KIRTI K. JAIN, M.D., P.S.C., dba HIGHLANDS CANCER CENTER, LOGAN ONCOLOGY CARE ASSOCIATES, dba LOGAN REGIONAL CANCER CENTER, A ONE BIZ SOLUTIONS, LLC, and KIRTI K. JAIN, M.D.<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 0:16-cv-148-HRW |

**<u>NOTICE AND MOTION FOR LEAVE TO EXTEND PAGE LIMIT OF DEFENDANTS' MOTION TO DISMISS IN RESPONSE TO PLAINTIFF'S COMPLAINT</u>**

The Defendants, Radiation Therapy Services, P.S.C. d/b/a Ashland Bellefonte Cancer Center, Kirti K. Jain, M.D., P.S.C. d/b/a Highlands Cancer Center, A-One Biz Solutions, LLC, and Kirti K. Jain, M.D. (collectively, "Defendants"), by counsel, move the Court pursuant to LR 7.1(d) to grant Defendants leave to exceed this Court's 25-page limit. In support of its Motion, Defendants state as follows:

1. Defendants' Motion to Dismiss is in response to the Relator's fifty-nine (59) page, 183 Paragraph *qui tam* Complaint filed December 7, 2016, and unsealed August 13, 2019 (DN 35).

2. The Relator's Complaint involves numerous complex allegations arising under the False Claims Act as it relates to reimbursement by Medicare and Medicaid providers, and advances eight (8) causes of actions encompassing dozens, if not hundreds, of alleged violations of the FCA.

3. Given the complexity of this case and the multiplicity of claims alleged herein, Defendants respectfully request that this Court grant a one-page extension—from the twenty-five (25) page limit to twenty-six (26) pages—for their Motion to Dismiss under Rule 12(b)(6) and 9(b), which responds in turn to each allegation of the *qui tam* Complaint. A proposed order is attached hereto.

Respectfully submitted,

*/s/ Christopher A. Melton*
Christopher A. Melton
cmelton@wyattfirm.com
Jake Eldemire Smith
jeldemiresmith@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone: 502.589.5235
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2019, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Andrew Grosso, Esq.
Andrew Grosso & Associates
1101 Thirtieth Street, NW
Suite 500
Washington, D.C. 20007

*/s/ Christopher A. Melton*
Christopher A. Melton