UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

Eastern District of Kentucky
FILED
DEC 2 6 2019
Electronically Filed
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ROBERT C. O'LAUGHLIN, M.D.<br><br>PLAINTIFFS,<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C. dba ASHLAND BELLEFONTE CANCER CENTER, KIRTI K. JAIN, M.D., P.S.C., dba HIGHLANDS CANCER CENTER, LOGAN ONCOLOGY CARE ASSOCIATES, dba LOGAN REGIONAL CANCER CENTER, A ONE BIZ SOLUTIONS, LLC, and KIRTI K. JAIN, M.D.<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 0:16-cv-148-HRW |

**ORDER**

This matter having come before the Court on the Defendants, Radiation Therapy Services, P.S.C. d/b/a Ashland Bellefonte Cancer Center, Kirti K. Jain, M.D., P.S.C. d/b/a Highlands Cancer Center, A-One Biz Solutions, LLC, and Kirti K. Jain, M.D.'s (collectively, "Defendants"), Joint Motion for leave to exceed the page limit by one page, pursuant to LR 7.1(d), and the Court being sufficiently advised:

IT IS HEREBY ORDERED that Defendants are granted leave to file a twenty-six (26) page Motion to Dismiss in Response to the Relator's *qui tam* Complaint.

Entered this 26th day of December, 2019.

Signed By:
*David L. Bunning*
United States District Judge