Eastern District of Kentucky
**FILED**
DEC 31 2019
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**

**UNITED STATES OF AMERICA**
***ex rel.* ROBERT C. O'LAUGHLIN, M.D.,**

**Plaintiffs,**

**v.**

**RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,**
**Defendants**

**CIVIL ACTION NO. 0:16-CV-148-DLB**

## ORDER

This matter having come before the Court on the unopposed Motion of the Relator, Dr. Robert C. O'Laughlin, M.D., pursuant to Fed. R. Civ. P. 6(b) and LR 7.1(c), and the Court being sufficiently advised:

IT IS HEREBY ORDERED that Relator is granted until January13, 2020 to file a consolidated opposition to the Motions to Dismiss filed by the Defendants (Dkt. 47 and 50) or, alternatively, to file an amended complaint pursuant to Fed. R. Civ. P. 15.

Entered this 31st day of December, 2019.

**Signed By:**
***David L. Bunning***
**United States District Judge**