UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

***Electronically Filed***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT C. O'LAUGHLIN, M.D.<br><br>PLAINTIFFS,<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C. dba ASHLAND BELLEFONTE CANCER CENTER, KIRTI K. JAIN, M.D., P.S.C., dba HIGHLANDS CANCER CENTER, A ONE BIZ SOLUTIONS, LLC, KIRTI K. JAIN, M.D., and MANISH JAIN<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 0:16-cv-148-HRW |

**MOTION FOR LEAVE TO EXTEND PAGE LIMIT OF DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO DISMISS**

Defendants Radiation Therapy Services, P.S.C. d/b/a Ashland Bellefonte Cancer Center, Kirti K. Jain, M.D., P.S.C. d/b/a Highlands Cancer Center, A One Biz Solutions, LLC, Kirti K. Jain, M.D., and Manish Jain (collectively, "Defendants"), by counsel, move the Court pursuant to LR 7.1(d) to grant Defendants leave to exceed this Court's 25-page limit for Defendants' Memorandum of Law in Support of Defendants' Joint Motion to Dismiss. In support of their Motion for Leave, Defendants state as follows:

1. Defendants' Joint Motion to Dismiss and Memorandum of Law in Support is responsive to Relator's seventy-three (73) page, 200 Paragraph Amended Complaint filed January 13, 2020. The Amended Complaint involves numerous complex allegations arising under the

False Claims Act as it relates to reimbursement by Medicare and Medicaid providers. It advances eight (8) causes of actions encompassing dozens, if not hundreds, of alleged violations of the FCA.

2. Relator originally filed a fifty-nine (59) page, 184 Paragraph *qui tam* Complaint in this Court on December 7, 2016. The Court unsealed the *qui tam* Complaint on August 13, 2019. Defendant A One Biz filed a Motion to Dismiss Relator's *qui tam* Complaint on December 13, 2019. The remaining Defendants (excluding then-Defendant Logan Oncology Care Associates d/b/a Logan Regional Cancer Center) filed a Motion to Dismiss on December 16, 2019 that exceeded the page limits prescribed in Local Rule 7.1. On December 26, 2019, this Court granted the remaining Defendants leave to exceed the page limits in their Motions to Dismiss.

3. Another page limit extension is appropriate here. The Amended Complaint adds one Defendant, Manish Jain, and a number of additional substantive claims that alter the legal analysis which was set forth in the Defendants' two original responsive motions. At the same time, the Amended Complaint more clearly depicts common questions of law and fact among all Defendants making it appropriate to respond jointly.

4. It is true that this Motion to Dismiss and Memorandum in Support advance the interests of a total of five (5) Defendants. However, filing one Motion to Dismiss and Memorandum in Support for all Defendants that exceed the Court's 25-page limit—rather than one Motion to Dismiss and Memorandum in Support for each individual Defendant—increases judicial efficiency by limiting the total amount of material that the Court must review.

5. Given the complexity of this case and the multiplicity of claims alleged herein, Defendants respectfully request that this Court grant a four (4) page extension—from the twenty-five

(25) page limit to twenty-nine (29) pages—for Defendants' Memorandum of Law in Support of Defendants' Joint Motion to Dismiss under Rule 12(b)(6) and 9(b), which responds in turn to each allegation of the Amended Complaint. A proposed order is attached hereto.

Respectfully submitted,

*/s/ Christopher A. Melton*
Christopher A. Melton
cmelton@wyattfirm.com
Jake Eldemire Smith
jeldemiresmith@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone: 502.589.5235
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Andrew Grosso, Esq.
Andrew Grosso & Associates
1101 Thirtieth Street, NW
Suite 500
Washington, D.C. 20007

*/s/ Christopher A. Melton*
Christopher A. Melton