UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

***Electronically Filed***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT C. O'LAUGHLIN, M.D.<br><br>PLAINTIFFS,<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C. dba ASHLAND BELLEFONTE CANCER CENTER, KIRTI K. JAIN, M.D., P.S.C., dba HIGHLANDS CANCER CENTER, A ONE BIZ SOLUTIONS, LLC, KIRTI K. JAIN, M.D. and MANISH JAIN<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 0:16-cv-148-HRW |

**ORDER**

This matter having come before the Court on Defendants Radiation Therapy Services, P.S.C. d/b/a Ashland Bellefonte Cancer Center, Kirti K. Jain, M.D., P.S.C. d/b/a Highlands Cancer Center, A One Biz Solutions, LLC, Kirti K. Jain, M.D., and Manish Jain's (collectively, "Defendants"), Motion for Leave to exceed the Court's page limit for motions by four (4) pages, pursuant to LR 7.1(d), and the Court being sufficiently advised:

IT IS HEREBY ORDERED that Defendants are granted leave to file a twenty-nine (29) page Memorandum in Support of Defendants' Joint Motion to Dismiss responsive to Relator's Amended Complaint.

Entered this ___ day of February, 2020.