UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

***Electronically Filed***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ROBERT C. O'LAUGHLIN, M.D.<br><br>PLAINTIFFS,<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C. dba ASHLAND BELLEFONTE CANCER CENTER, KIRTI K. JAIN, M.D., P.S.C., dba HIGHLANDS CANCER CENTER, A ONE BIZ SOLUTIONS, LLC, KIRTI K. JAIN, M.D., and MANISH JAIN<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 0:16-cv-148-HRW |

**ORDER DISMISSING RELATOR'S AMENDED COMPLAINT**

This matter having come before the Court on Defendants Radiation Therapy Services, P.S.C. d/b/a Ashland Bellefonte Cancer Center, Kirti K. Jain, M.D., P.S.C. d/b/a Highlands Cancer Center, A-One Biz Solutions, LLC, Kirti K. Jain, M.D., and Manish Jain's (collectively, "Defendants") Joint Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and failure to plead fraud with particularity under Fed. R. Civ. P. 9(b), and the Court being sufficiently advised:

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice.

Entered this ___ day of ____________________________, 2020.