Eastern District of Kentucky
FILED
FEB 19 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 16-148-DLB-EBA**

**UNITED STATES OF AMERICA**
***ex rel.* ROBERT C. O'LAUGHLIN, M.D.** **PLAINTIFF**

**v.** **ORDER**

**RADIATION THERAPHY SERVICES, P.S.C., et al.** **DEFENDANTS**

* * * * * * * * * * * * * * * *

On February 14, 2020, Defendants filed a Motion for Leave to Exceed the Page Limit for their Memorandum in Support of Joint Motion to Dismiss (Doc. # 58). The Court having granted Defendants' Motion for Leave (Doc. # 62) and being otherwise sufficiently advised,

**IT IS ORDERED** that Defendants' Joint Motion to Dismiss (Doc. # 58-2) and Memorandum in Support of Joint Motion to Dismiss (Doc. # 58-3) shall be filed in the record.

This 19th day of February, 2020.

**Signed By:**
***David L. Bunning*** DB
**United States District Judge**

J:\DATA\ORDERS\Ashland Civil\2016\16-148 Order docketing MTD.docx