UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

***Electronically Filed***

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT C. O'LAUGHLIN, M.D.<br><br>PLAINTIFFS,<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C. dba ASHLAND BELLEFONTE CANCER CENTER, KIRTI K. JAIN, M.D., P.S.C., dba HIGHLANDS CANCER CENTER, A ONE BIZ SOLUTIONS, LLC, MANISH JAIN, and KIRTI K. JAIN, M.D.<br><br>DEFENDANTS. | CIVIL ACTION NO. 0:16-cv-148-HRW |

**<u>DEFENDANTS' JOINT MOTION TO DISMISS</u>**

Defendants Radiation Therapy Services, P.S.C. d/b/a Ashland Bellefonte Cancer Center, Kirti K. Jain, M.D., P.S.C., d/b/a Highlands Cancer Center, A One Biz Solutions, LLC, Kirti K. Jain, M.D., and Manish Jain (collectively, "Defendants"), by counsel, move the Court pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) to dismiss Relator's Amended Complaint for failure to state a claim upon which relief can be granted and also for failure to plead allegations of fraud with particularity. A Memorandum of Law in Support of this Motion and a proposed Order are submitted herewith.

Respectfully submitted,

*/s/ Christopher A. Melton*

Christopher A. Melton
cmelton@wyattfirm.com
Jake Eldemire Smith
jeldemiresmith@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone: 502.589.5235

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the Parties.

*/s/ Christopher A. Melton*
Christopher A. Melton