UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

**Civil Action No. 0:16-CV-148-DLB**

**UNITED STATES OF AMERICA**
*ex rel.* **ROBERT C. O'LAUGHLIN, M.D.,** Plaintiff,

v.

**RADIATION THERAPY SERVICES, P.S.C., d/b/a ASHLAND BELLEFONTE CANCER CENTER; KIRTI K. JAIN, M.D., P.S.C., d/b/a HIGHLANDS CANCER CENTER; A ONE BIZ SOLUTIONS, LLC; KIRTI K. JAIN, M.D. and MANISH JAIN,** Defendants.

---

**JOINT NOTICE OF DISMISSAL OF DEFENDANT LOGAN ONCOLOGY CARE ASSOCIATES, LLC**

---

The United States and Relator Robert C. O'Laughlin, by counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the settlement agreement dated December 4, 2019,[1] hereby submit this notice of the dismissal of Defendant Logan Oncology Care Associates, LLC d/b/a Logan Regional Cancer Center (Logan CC) from this action with prejudice.[2]

---

[1] Notice of voluntary dismissal is appropriate under Rule 41(a)(1)(A)(i) because none of the defendants have filed an answer or motion for summary judgment. *See*, *e.g.*, *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (a plaintiff may file a notice of voluntary dismissal even where a defendant has filed a motion to dismiss); *Roddy v. Dendy*, 141 F.R.D. 261, 272 (S.D. Miss. 1992) (same).

[2] Although on January 13, 2020, Relator filed an Amended Complaint removing Logan CC as a named defendant, *see* R. 53, the parties enter this notice to make clear that such dismissal from this action is with prejudice, as contemplated by the parties' December 4 settlement agreement.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
United States Attorney

By: /s/ Carrie B. Pond

Carrie B. Pond
Assistant United States Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507
859-233-2661
859-233-2533 (fax)
Carrie.Pond@usdoj.gov

*Counsel for the United States of America*

With Permission: /s/ Andrew Grosso

Andrew Grosso (D.C. Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1101 Thirtieth Street, NW, Suite 500
Washington, D.C. 20007
Telephone: (202) 298-6500
Facsimile: (202) 298-5599
Email: Agrosso@acm.org

*Counsel for Relator Robert C. O'Laughlin*

DATED: February 25, 2020

**CERTIFICATE OF SERVICE**

On February 25, 2020, I filed the foregoing via the ECF system, which will cause the pleading to be served by e-mail on all attorneys of record.

By: /s/Carrie B. Pond
Carrie B. Pond
Assistant United States Attorney