# EXHIBIT B

# The Practice Standards for Medical Imaging and Radiation Therapy

## Radiation Therapy Practice Standards

*©2011 American Society of Radiologic Technologists. All rights reserved. Reprinting all or part of this document is prohibited without advance written permission of the ASRT. Send reprint requests to the ASRT Communications Department, 15000 Central Ave. SE, Albuquerque, NM 87123-3909.*

# Preface to Practice Standards

A profession's practice standards serve as a guide for appropriate practice. The practice standards define the practice and establish general criteria to determine compliance. Practice standards are authoritative statements established by the profession for judging the quality of practice, service and education provided by individuals who practice in medical imaging and radiation therapy.

Practice Standards can be used by individual facilities to develop job descriptions and practice parameters. Those outside the imaging, therapeutic, and radiation science community can use the standards as an overview of the role and responsibilities of the individual as defined by the profession.

The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

## Format

The Practice Standards are divided into six sections: introduction, scope of practice, clinical performance, quality performance, professional performance and advisory opinion statements.

> *Introduction.* The introduction provides definitions for the practice and the education and certification for individuals in addition to an overview of the specific practice.
>
> *Scope of Practice*. The scope of practice delineates the parameters of the specific practice.
>
> *Clinical Performance Standards*. The clinical performance standards define the activities of the individual in the care of patients and delivery of diagnostic or therapeutic procedures. The section incorporates patient assessment and management with procedural analysis, performance and evaluation.
>
> *Quality Performance Standards*. The quality performance standards define the activities of the individual in the technical areas of performance including equipment and material assessment, safety standards and total quality management.
>
> *Professional Performance Standards*. The professional performance standards define the activities of the individual in the areas of education, interpersonal relationships, self-assessment and ethical behavior.
>
> *Advisory Opinion Statements*. The advisory opinions are interpretations of the standards intended for clarification and guidance for specific practice issues.

Each performance standards section is subdivided into individual standards. The standards are numbered and followed by a term or set of terms that identify the standards, such as

"assessment" or "analysis/determination." The next statement is the expected performance of the individual when performing the procedure or treatment. A rationale statement follows and explains why an individual should adhere to the particular standard of performance.

*Criteria.* Criteria are used in evaluating an individual's performance. Each set is divided into two parts: the general criteria and the specific criteria. Both criteria should be used when evaluating performance.

*General Criteria.* General criteria are written in a style that applies to imaging and radiation science individuals. These criteria are the same in all of the practice standards, with the exception of limited x-ray machine operators, and should be used for the appropriate area of practice.

*Specific Criteria.* Specific criteria meet the needs of the individuals in the various areas of professional performance. While many areas of performance within imaging and radiation sciences are similar, others are not. The specific criteria are drafted with these differences in mind.

# Introduction to Radiation Therapy Practice Standards

### Definition

The practice of radiation therapy is performed by health care professionals responsible for the administration of ionizing radiation for the purpose of treating diseases, primarily cancer.

The complex nature of cancer frequently requires the use of multiple treatment specialties. Radiation therapy is one such specialty. It requires an interdisciplinary team of radiation oncologists, radiation therapists, medical radiation physicists, medical dosimetrists and nurses. It is typically the radiation therapist who administers the radiation to the patient throughout the course of treatment. Radiation therapy integrates scientific knowledge, technical competency and patient interaction skills to deliver safe and accurate treatment with compassion.

Radiation therapists must demonstrate an understanding of anatomy, physiology, pathology and medical terminology. In addition, comprehension of oncology, radiobiology, radiation physics, radiation oncology techniques, radiation safety and the psychosocial aspects of cancer are required.

Radiation therapists must maintain a high degree of accuracy in positioning and treatment techniques. They must possess, utilize and maintain knowledge about radiation protection and safety. Radiation therapists assist the radiation oncologist in localizing the treatment area, participate in treatment planning and deliver high doses of ionizing radiation as prescribed by the radiation oncologist.

Radiation therapists are the primary liaison between patients and other members of the radiation oncology team. They also provide a link to other health care providers, such as social workers and dietitians. Radiation therapists must remain sensitive to the physical and emotional needs of the patient through good communication, patient assessment, patient monitoring and patient care skills. Radiation therapy often involves daily treatments extending over several weeks utilizing highly sophisticated equipment. It requires a great deal of initial planning as well as constant patient care and monitoring. As members of the health care team, radiation therapists participate in quality improvement processes and continually assess their professional performance.

Radiation therapists think critically and use independent, professional and ethical judgment in all aspects of their work. They engage in continuing education, to include their area of practice, to enhance patient care, radiation safety, public education, knowledge and technical competence.

### Education and Certification

Radiation therapists prepare for their role on the interdisciplinary team by successfully completing an accredited educational program in radiation therapy and attaining appropriate primary certification by American Registry of Radiologic Technologists. Those passing the radiation therapy examination use the credential R.T.(T).

To maintain ARRT certification, radiation therapists must complete appropriate continuing education requirements to sustain a level of expertise and awareness of changes and advances in practice.

**Overview**

An interdisciplinary team of radiation oncologists, radiation therapists, dosimetrists, medical physicists and other support staff plays a critical role in the delivery of health services as new modalities emerge and the need for radiation therapy treatment procedures evolve. A comprehensive procedure list for the radiation therapist is impractical because clinical activities vary by practice needs and expertise of the radiation therapist. As radiation therapists gain more experience, knowledge and clinical competence, the clinical activities for the radiation therapist may evolve.

State statute, regulation or lawful community custom may dictate practice parameters. *Wherever there is a conflict between these standards and state or local statutes or regulations, the state or local statutes or regulations supersede these standards*. A radiation therapist should, within the boundaries of all applicable legal requirements and restrictions, exercise individual thought, judgment and discretion in the performance of the procedure.

# Radiation Therapist Scope of Practice

The scope of practice of the medical imaging and radiation therapy professional includes:

- Receiving, relaying and documenting verbal, written and electronic orders in the patient's medical record.
- Corroborating patient's clinical history with procedure, ensuring information is documented and available for use by a licensed independent practitioner.
- Verifying informed consent.
- Assuming responsibility for patient needs during procedures.
- Preparing patients for procedures.
- Applying principles of ALARA to minimize exposure to patient, self and others.
- Performing venipuncture as prescribed by a licensed independent practitioner.
- Starting and maintaining intravenous access as prescribed by a licensed independent practitioner.
- Identifying, preparing and/or administering medications as prescribed by a licensed independent practitioner.
- Evaluating images for technical quality, ensuring proper identification is recorded.
- Identifying and managing emergency situations.
- Providing education.
- Educating and monitoring students and other health care providers.
- Performing ongoing quality assurance activities.

The scope of practice of the radiation therapist also includes:

1. Delivering radiation therapy treatments as prescribed by a radiation oncologist.
2. Performing simulation, treatment planning procedures and dosimetric calculations as prescribed by a radiation oncologist.
3. Utilizing imaging technologies for the explicit purpose of simulation, treatment planning and treatment delivery as prescribed by a radiation oncologist.

4. Detecting and reporting significant changes in patients' conditions and determining when to withhold treatment until the physician is consulted.

5. Monitoring doses to normal tissues within the irradiated volume to ensure tolerance levels are not exceeded.

6. Constructing/preparing immobilization, beam directional and beam modification devices.

7. Participating in brachytherapy procedures.

# Radiation Therapy Clinical Performance Standards

## Standard One – Assessment

The radiation therapist collects pertinent data about the patient and the procedure.

*Rationale*
Information about the patient's health status is essential in providing appropriate imaging and therapeutic services.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Gathers relevant information from the patient, medical record, significant others and health care providers.
2. Reconfirms patient identification and verifies the procedure requested or prescribed.
3. Reviews the patient's medical record to verify the appropriateness of a specific examination or procedure.
4. Verifies the patient's pregnancy status.
5. Assesses factors that may contraindicate the procedure, such as medications, patient history, insufficient patient preparation or artifacts.
6. Recognizes signs and symptoms of an emergency.

*Specific Criteria*
The radiation therapist:

1. Assesses the patient's risk for allergic reaction to medication prior to administration.
2. Assesses the patient's need for information and reassurance.
3. Monitors side effects and reactions to treatment.
4. Reviews treatment record prior to treatment or simulation.
5. Monitors doses to normal tissues.
6. Recognizes the patient's need for referral to other care providers such as a social worker, nurse or dietitian.

7. Monitors and assesses patients throughout the treatment course and follow-up visits.

8. Reviews treatment protocol criteria and assesses conditions affecting treatment delivery.

# Radiation Therapy Clinical Performance Standards

## Standard Two – Analysis/Determination

The radiation therapist analyzes the information obtained during the assessment phase and develops an action plan for completing the procedure.

*Rationale*
Determining the most appropriate action plan enhances patient safety and comfort, optimizes diagnostic and therapeutic quality and improves efficiency.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Selects the most appropriate and efficient action plan after reviewing all pertinent data and assessing the patient's abilities and condition.

2. Employs professional judgment to adapt imaging and therapeutic procedures to improve diagnostic quality and therapeutic outcome.

3. Consults appropriate medical personnel to determine a modified action plan.

4. Determines the need for and selects supplies, accessory equipment, shielding and immobilization devices.

5. Determines the course of action for an emergency or problem situation.

6. Determines that all procedural requirements are in place to achieve a quality diagnostic or therapeutic procedure.

*Specific Criteria*
The radiation therapist:

1. Participates in decisions about appropriate simulation techniques and treatment positions.

2. Reviews patient treatment records prior to each treatment for prescription or treatment procedure changes.

3. Reviews doses daily to ensure that treatment does not exceed prescribed dose, normal tissue tolerance or treatment protocol constraints.

4. Reviews portal images prior to treatment.

5. Determines when to contact the licensed independent practitioner regarding patient side effects or questions.

6. Determines when to withhold treatment until a licensed independent practitioner is contacted.

# Radiation Therapy Clinical Performance Standards

## Standard Three – Patient Education

The radiation therapist provides information about the procedure and related health issues according to protocol.

*Rationale*
Communication and education are necessary to establish a positive relationship.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Verifies that the patient has consented to the procedure and fully understands its risks, benefits, alternatives and follow-up. The radiation therapist verifies that written or informed consent has been obtained.

2. Provides accurate explanations and instructions at an appropriate time and at a level the patients and their care providers can understand. Addresses patient questions and concerns regarding the procedure.

3. Refers questions about diagnosis, treatment or prognosis to a licensed independent practitioner.

4. Provides related patient education.

5. Explains precautions regarding administration of medications.

*Specific Criteria*
The radiation therapist:

1. Provides information regarding risks and benefits of radiation.

2. Instructs patient in the maintenance of treatment field markings.

3. Provides information and instruction on proper skin care, diet and self-care procedures.

4. Anticipates a patient's need for information and provides it throughout the treatment course.

# Radiation Therapy Clinical Performance Standards

## Standard Four – Performance

The radiation therapist performs the action plan.

*Rationale*
Quality patient services are provided through the safe and accurate performance of a deliberate plan of action.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Performs procedural timeout.
2. Implements an action plan.
3. Explains each step of the action plan to the patient as it occurs and elicits the cooperation of the patient.
4. Uses an integrated team approach.
5. Modifies the action plan according to changes in the clinical situation.
6. Administers first aid or provides life support.
7. Utilizes accessory equipment.
8. Assesses and monitors the patient's physical, emotional and mental status.
9. Applies principles of sterile technique.
10. Positions patient for anatomic area of interest, respecting patient ability and comfort.
11. Immobilizes patient for procedure.
12. Monitors the patient for reactions to medications.

*Specific Criteria*
The radiation therapist:

1. Fabricates individualized immobilization, custom blocks and other beam-modifying devices.

2. Assists the radiation oncologist in determining the optimum treatment field to cover the target volume.

3. Prepares and positions patient for simulation and treatment.

4. Achieves precision patient alignment utilizing imaging and external markings.

5. Creates and manages simulation and portal images.

6. Obtains radiation oncologist's approval of simulation images prior to initiation of treatment.

7. Plans and delivers the treatment as directed and prescribed by the radiation oncologist.

8. Calculates monitor units and treatment times.

9. Performs pretreatment imaging.

10. Monitors the patient visually and aurally during treatment.

11. Prepares or assists in preparing brachytherapy sources and equipment.

12. Monitors the treatment console during treatment.

13. Utilizes knowledge of biological effects of ionizing radiation on tissue to minimize radiation dose to normal tissues.

# Radiation Therapy Clinical Performance Standards

## Standard Five – Evaluation

The radiation therapist determines whether the goals of the action plan have been achieved.

*Rationale*
Careful examination of the procedure is important to determine that expected outcomes have been met.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Evaluates the patient and the procedure to identify variances that may affect the expected outcome.
2. Completes the evaluation process in a timely, accurate and comprehensive manner.
3. Measures the procedure against established policies, protocols and benchmarks.
4. Identifies exceptions to the expected outcome.
5. Develops a revised action plan to achieve the intended outcome.
6. Communicates revised action plan to appropriate team members.

*Specific Criteria*
The radiation therapist:

1. Checks treatment calculations.
2. Verifies the accuracy of the patient setup prior to treatment delivery.
3. Compares pretreatment and portal images to simulation images using anatomical landmarks or fiducial markers.
4. Verifies treatment console readouts and settings prior to initiating treatment and upon termination of treatment.
5. Evaluates the patient daily for any untoward effects, reactions and therapeutic responses.

# Radiation Therapy Clinical Performance Standards

## Standard Six – Implementation

The radiation therapist implements the revised action plan.

*Rationale*
It may be necessary to make changes to the action plan to achieve the expected outcome.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Bases the revised plan on the patient's condition and the most appropriate means of achieving the expected outcome.

2. Takes action based on patient and procedural variances.

3. Measures and evaluates the results of the revised action plan.

4. Notifies appropriate health care provider when immediate clinical response is necessary based on procedural findings and patient condition.

*Specific Criteria*
The radiation therapist:

1. Reports deviations from the standard or planned treatment.

2. Initiates treatment field changes indicated on simulation or portal images.

3. Initiates treatment field changes based on pretreatment imaging.

4. Develops additional treatment plans to achieve an adequate dose distribution.

5. Adapts procedures to equipment limitations and patient needs.

6. Works with radiation oncologists, physicists and dosimetrists to compensate for treatment inaccuracies.

# Radiation Therapy Clinical Performance Standards

## Standard Seven – Outcomes Measurement

The radiation therapist reviews and evaluates the outcome of the procedure.

*Rationale*
To evaluate the quality of care, the radiation therapist compares the actual outcome with the expected outcome.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Reviews all diagnostic or therapeutic data for completeness and accuracy.

2. Uses evidenced-based practice to determine whether the actual outcome is within established criteria.

3. Evaluates the process and recognizes opportunities for future changes.

4. Assesses the patient's physical, emotional and mental status prior to discharge.

*Specific Criteria*
The radiation therapist:

1. Monitors patient status during procedures, throughout the treatment course and for follow-up care.

# Radiation Therapy Clinical Performance Standards

## Standard Eight – Documentation

The radiation therapist documents information about patient care, the procedure and the final outcome.

*Rationale*
Clear and precise documentation is essential for continuity of care, accuracy of care and quality assurance.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Documents diagnostic, treatment and patient data in the medical record in a timely, accurate and comprehensive manner.
2. Documents exceptions from the established criteria or procedures.
3. Provides pertinent information to authorized individual(s) involved in the patient's care.
4. Records information used for billing and coding procedures.
5. Archives images or data.
6. Verifies patient consent is documented.
7. Documents procedural timeout.

*Specific Criteria*
The radiation therapist:

1. Documents radiation exposure parameters.
2. Maintains imaging and treatment records according to institutional policy.

# Radiation Therapy Quality Performance Standards

## Standard One – Assessment

The radiation therapist collects pertinent information regarding equipment, procedures and the work environment.

*Rationale*
The planning and provision of safe and effective medical services relies on the collection of pertinent information about equipment, procedures and the work environment.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Determines that services are performed in a safe environment, minimizing potential hazards, in accordance with established guidelines.

2. Confirms that equipment performance, maintenance and operation comply with manufacturer's specifications.

3. Verifies that protocol and procedure manuals include recommended criteria and are reviewed and revised.

*Specific Criteria*
The radiation therapist:

1. Inspects ancillary devices prior to use.

2. Monitors treatment unit operation during use.

3. Observes the environment for any potential radiation hazards.

4. Participates in radiation protection, patient safety, risk management and quality management activities.

# Radiation Therapy Quality Performance Standards

## Standard Two – Analysis/Determination

The radiation therapist analyzes information collected during the assessment phase to determine the need for changes to equipment, procedures or the work environment.

*Rationale*
Determination of acceptable performance is necessary to provide safe and effective services.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Assesses services, procedures and environment to meet or exceed established guidelines and adjusts the action plan.

2. Monitors equipment to meet or exceed established standards and adjusts the action plan.

3. Assesses and maintains the integrity of medical supplies such as a lot/expiration, sterility, etc.

*Specific Criteria*
The radiation therapist:

1. Verifies the mathematical accuracy of the prescription and the daily treatment summary.

2. Reviews treatment record and verifies calculations before treatment delivery.

# Radiation Therapy Quality Performance Standards

## Standard Three – Education

The radiation therapist informs the patient, public and other health care providers about procedures, equipment and facilities.

*Rationale*
Quality assurance activities provide valid and reliable information regarding the performance of equipment, materials and processes.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Elicits confidence and cooperation from the patient, the public and other health care providers by providing timely communication and effective instruction.

2. Presents explanations and instructions at the learner's level of understanding.

3. Educates the patient, public and other health care providers about procedures along with the biological effects of radiation, sound wave or magnetic field and protection.

4. Provides information to patients, health care providers, students and the public concerning the role and responsibilities of individuals in the profession.

*Specific Criteria*
The radiation therapist:

1. Informs the patient and significant others about appropriate and essential uses of radiation and corrects misconceptions.

2. Instructs other health care providers about radiation protection procedures.

3. Assists in development and production of educational materials for patients and the general public.

# Radiation Therapy Quality Performance Standards

## Standard Four – Performance

The radiation therapist performs quality assurance activities.

*Rationale*
Equipment, materials and processes depend on ongoing quality assurance activities that evaluate performance based on established guidelines.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Maintains current information on equipment, materials and processes.

2. Performs ongoing quality assurance activities.

3. Performs quality control testing of equipment.

*Specific Criteria*
The radiation therapist:

1. Adheres to radiation safety rules and standards.

2. Makes the decision to discontinue patient treatment until equipment is operating properly.

3. Verifies that only the patient is in the treatment room prior to initiating treatment.

4. Demonstrates safe handling, storing and disposal of brachytherapy sources.

# Radiation Therapy Quality Performance Standards

## Standard Five – Evaluation

The radiation therapist evaluates quality assurance results and establishes an appropriate action plan.

*Rationale*
Equipment, materials and processes depend on ongoing quality assurance activities that evaluate performance based on established guidelines.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Validates quality assurance testing conditions and results.

2. Evaluates quality assurance results.

3. Formulates an action plan.

*Specific Criteria*
The radiation therapist:

1. Reviews portal and pretreatment images for accuracy.

2. Performs treatment chart checks.

3. Reviews treatment deviations and determines causes.

# Radiation Therapy Quality Performance Standards

## Standard Six – Implementation

The radiation therapist implements the quality assurance action plan for equipment, materials and processes.

*Rationale*
Implementation of a quality assurance action plan promotes safe and effective services.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Obtains assistance to support the quality assurance action plan.

2. Implements the quality assurance action plan.

*Specific Criteria*
The radiation therapist:

1. Formulates recommendations for process improvements to minimize treatment deviations.

# Radiation Therapy Quality Performance Standards

## Standard Seven – Outcomes Measurement

The radiation therapist assesses the outcome of the quality management action plan for equipment, materials and processes.

*Rationale*
Outcomes assessment is an integral part of the ongoing quality management action plan to enhance diagnostic and therapeutic services.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Reviews the implementation process for accuracy and validity.

2. Determines that actual outcomes are within established criteria.

3. Develops and implements a modified action plan.

*Specific Criteria*
The radiation therapist:

1. Reviews and evaluates quality assurance tools and instruments periodically for effectiveness.

# Radiation Therapy Quality Performance Standards

## Standard Eight – Documentation

The radiation therapist documents quality assurance activities and results.

*Rationale*
Documentation provides evidence of quality assurance activities designed to enhance safety.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Maintains documentation of quality assurance activities, procedures and results in accordance with established guidelines.

2. Documents in a timely, accurate and comprehensive manner.

*Specific Criteria*
The radiation therapist:

1. Reports any treatment deviations.

# Radiation Therapy Professional Performance Standards

## Standard One – Quality

The radiation therapist strives to provide optimal patient care.

*Rationale*
Patients expect and deserve optimal care during diagnosis and treatment.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Collaborates with others to elevate the quality of care.

2. Participates in ongoing quality assurance programs.

3. Adheres to standards, policies and established guidelines.

4. Applies professional judgment and discretion while performing diagnostic study or treatment.

5. Anticipates and responds to patient needs.

6. Respects cultural variations.

*Specific Criteria*
The radiation therapist:

1. Advocates the need for two credentialed radiation therapists to be available per treatment unit for treatment delivery.

# Radiation Therapy Professional Performance Standards

## Standard Two – Self-Assessment

The radiation therapist evaluates personal performance.

*Rationale*
Self-assessment is necessary for personal growth and professional development.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Assesses personal work ethics, behaviors and attitudes.

2. Evaluates performance and recognizes opportunities for educational growth and improvement.

3. Recognizes and applies personal and professional strengths.

4. Participates in professional societies and organizations.

*Specific Criteria*
None added.

# Radiation Therapy Professional Performance Standards

## Standard Three – Education

The radiation therapist acquires and maintains current knowledge in practice.

*Rationale*
Advancements in the profession require additional knowledge and skills through education.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Completes education related to practice.

2. Maintains credentials and certification related to practice.

3. Participates in continuing education to maintain and enhance competency and performance.

4. Shares knowledge and expertise with others.

*Specific Criteria*
None added.

# Radiation Therapy Professional Performance Standards

## Standard Four – Collaboration and Collegiality

The radiation therapist promotes a positive and collaborative practice atmosphere with other members of the health care team.

*Rationale*
To provide quality patient care, all members of the health care team must communicate effectively and work together efficiently.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Shares knowledge and expertise with members of the health care team.

2. Develops collaborative partnerships to enhance quality and efficiency.

3. Promotes understanding of the profession.

*Specific Criteria*
The radiation therapist:

1. Interacts with other members of the radiation oncology team.

2. Instructs others in postprocedural radiation safety.

# Radiation Therapy Professional Performance Standards

## Standard Five – Ethics

The radiation therapist adheres to the profession's accepted ethical standards.

*Rationale*
Decisions made and actions taken on behalf of the patient are based on a sound ethical foundation.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Provides health care services with respect for the patient's dignity, age-specific needs and culture.

2. Acts as a patient advocate.

3. Takes responsibility for decisions made and actions taken.

4. Delivers patient care and service free from bias or discrimination.

5. Respects the patient's right to privacy and confidentiality.

6. Adheres to the established practice standards of the profession.

*Specific Criteria*
None added.

# Radiation Therapy Professional Performance Standards

## Standard Six – Research and Innovation

The radiation therapist participates in the acquisition and dissemination of knowledge and the advancement of the profession.

*Rationale*
Scholarly activities such as research, scientific investigation, presentation and publication advance the profession.

*General Stipulation*
The individual must be educationally prepared and clinically competent as a prerequisite to professional practice. Federal and state laws, accreditation standards necessary to participate in government programs and lawful institutional policies and procedures supersede these standards.

*General Criteria*
The radiation therapist:

1. Reads and evaluates research relevant to the profession.

2. Participates in data collection.

3. Investigates innovative methods for application in practice.

4. Shares information with colleagues through publication, presentation and collaboration.

5. Adopts new best practices.

6. Pursues lifelong learning.

*Specific Criteria*
None added.

# Radiation Therapy Advisory Opinion Statements

Injecting Medication in Peripherally Inserted Central Catheter Lines or Ports with a Power Injector.