**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** | ) | |
| **Defendants.** | ) | |

**ERRATA FOR THE OPPOSITION OF RELATOR ROBERT C. O'LAUGHLIN, M.D. TO THE JOINT MOTION OF THE DEFENDANTS TO DISMISS THE AMENDED COMPLAINT**

Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin"), the Plaintiff and Relator in this matter, acting through his undersigned attorney, hereby submits the following errata for his Opposition to the Joint Motion of the Defendants to Dismiss the Amended Complaint (Dkt. 66):

| Page: Lines (Cell) | Original | Corrected |
|---|---|---|
| 3: Table (Count III-Comments) | Patients Supposedly Treated Named Physicians | Patients Supposedly Treated by Named Physicians |
| 3: Table: (Count IV-Comments) | Patients Supposedly Treated by Dr. O'Laughlin | Patients Supposedly Treated by Named Physicians |
| 13:14 | ¶ III.B.2.1 | ¶ III.B.1 |
| 23:21 | Kirti Lain | Kirti Jain |
| 24: 5th line under Table | whom | who |

By: <u>/S/ Andrew Grosso</u>

Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1101 Thirtieth Street, NW, Suite 500
Washington, D.C. 20007
Telephone: (202) 298-6500
Email: Agrosso@acm.org

Attorney for Relator Robert C. O'Laughlin, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon the United States this 9th day of March, 2020, by Electronic Service to all counsel of record.

.

/S Andrew Grosso_
Andrew Grosso, Esq.