**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION OF RELATOR ROBERT O'LAUGHLIN, M.D. TO FILE SUPPLEMENTAL AUTHORITY FOR HIS OPPOSITION TO THE JOINT MOTION OF THE DEFENDANTS TO DISMISS THE AMENDED COMPLAINT**

Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin"), the Plaintiff and Relator in this matter, acting through his undersigned attorney, hereby asks leave of this Honorable Court to file the attached Notice of Supplemental Authority ("Notice") for his Opposition to the Joint Motion of the Defendants to Dismiss the Amended Complaint ("Opposition," Dkt. 66). In support of this motion, Dr. O'Laughlin submits the following:

Upon further consideration, counsel for Dr. O'Laughlin recognized that he had omitted to provide in his argument a citation to the Code of Federal Regulations that supports and allows the Centers for Medicare and Medicaid Services to publish in its Medicare Benefits Policy Manual a requirement found therein that is quoted and relied upon by Dr. O'Laughlin in his Opposition. Since the requirement is critical to the Court's proper adjudication of the dispute presented by the Defendants' Motion to Dismiss and Dr. O'Laughlin's Opposition, Dr. O'Laughlin wishes to expressly bring this citation to the Court's attention; and to do so before

the Defendants must file their Reply to Dr. O'Laughlin's Opposition. No argument is presented in this Notice.

The undersigned has communicated by email and provided a copy of the Notice to opposing counsel Mr. Christopher Melton, this same day, March 11th, 2020, and has been told that Mr. Melton has no objection to the filing of this Notice.

By: /S/ Andrew Grosso
Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1101 Thirtieth Street, NW, Suite 500
Washington, D.C. 20007
Telephone: (202) 298-6500
Email: Agrosso@acm.org

Attorney for Relator Robert C. O'Laughlin, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon the United States this 11th day of March, 2020, by Electronic Service to all counsel of record.

.

/S Andrew Grosso_
Andrew Grosso, Esq.