**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** | ) | |
| **Defendants.** | ) | |

# ORDER

**THIS MATTER** comes on the Motion of the Relator Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin") to file a Notice of Supplemental Authority for his Opposition to the Joint Motion of the Defendants to Dismiss the Amended Complaint (Dkt. 66).

Having been fully advised, and the Defendants having no objection, it is

**ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Notice shall be filed in the Court's Docket in this matter.

______________________________
UNITED STATES DISTRICT JUDGE