**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY FOR THE OPPOSITION OF RELATOR ROBERT C. O'LAUGHLIN, M.D. TO THE JOINT MOTION OF THE DEFENDANTS TO DISMISS THE AMENDED COMPLAINT**

Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin"), the Plaintiff and Relator in this matter, acting through his undersigned attorney, hereby submits the following supplemental authority for his Opposition to the Joint Motion of the Defendants to Dismiss the Amended Complaint ("Opposition," Dkt. 66):

42 C.F.R. § 414.2(5) defines "Physician Services" to include "X-ray, radium, and radioactive isotope therapy, including materials and services of technicians." Dr. O'Laughlin submits this citation as an alternate to, and support independent from, 42 C.R.F. § 410.26(b)(5) (regarding "incident to services) for his argument that CMS properly and definitively requires the direct supervision of a physician for the provision of X-ray therapy in a nonprovider (freestanding) facility, as specified in the (quoted) Medicare Benefits Policy Manual, Chapter 15, Section 90. (Opposition at 6-7.)

By: /S/ Andrew Grosso

Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1101 Thirtieth Street, NW, Suite 500
Washington, D.C. 20007
Telephone: (202) 298-6500
Email: Agrosso@acm.org

Attorney for Relator Robert C. O'Laughlin, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon the United States this 11th day of March, 2020, by Electronic Service to all counsel of record.

.

/S Andrew Grosso_
Andrew Grosso, Esq.