**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** | ) | |
| **Defendants.** | ) | |

**RELATOR ROBERT O'LAUGHLIN, M.D.'s CONSOLIDATED (1) MOTION TO FILE TWO-PAGE SUR-REPLY IN SUPPORT OF HIS OPPOSITION TO THE JOINT MOTION OF THE DEFENDANTS TO DISMISS THE AMENDED COMPLAINT AND (2) RESPONSE TO THE MOTION OF DEFENDANTS FOR LEAVE TO EXTEND PAGE FOR DEFENDANTS' REPLY**

Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin"), the Plaintiff and Relator in this matter, acting through his undersigned attorney, submits this consolidated (1) motion to file his two-page sur-reply to the Defendants' Reply to Dr. O'Laughlin's Opposition to their Motion to Dismiss the Amended Complaint; and (2) response to the Motion of the Defendants for Leave to exceed the page limit for their Reply (Dkt. 72).

With regard to the Defendants' motion for leave, Dr. O'Laughlin has no objection.

With regard to his request for leave to file a sur-reply, Dr. O'Laughlin submits the following:

The Defendants have raised an argument not articulated in their motion to dismiss and not addressed by Dr. O'Laughlin in his opposition. This argument is found *inter alia* on page 8 of their Reply, and concerns the scope and applicability of "incident to" services regarding the requirement that the physician supervision of radiation oncology services must be conducted

(and billed) by a qualified radiation physician. Because the scope of "incident to services" is determined by CMS regulations and statutes not cited by the Defendants, Dr. O'Laughlin submits the accompanying two-page sur-reply for the purpose of making clear this scope.

By: /S/ Andrew Grosso

Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1101 Thirtieth Street, NW, Suite 500
Washington, D.C. 20007
Telephone: (202) 298-6500
Email: Agrosso@acm.org

Attorney for Relator Robert C. O'Laughlin, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon the United States this 23rd day of March, 2020, by Electronic Service to all counsel of record.

.

/S Andrew Grosso_
Andrew Grosso, Esq.