**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| ***ex rel.* ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION** |
| | ) | **NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C.,** | ) | |
| **dba ASHLAND BELLEFONTE CANCER** | ) | |
| **CENTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

**THIS MATTER** comes on the Motion of the Relator Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin") to file a Sur-Reply in support of his Opposition (Dkt. 66) to the Joint Motion of the Defendants to Dismiss the Amended Complaint.

Having been fully advised, and the Defendants having no objection, it is

**ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Relator's Sur-Reply shall be filed in the Court's Docket in this matter.

______________________________
UNITED STATES DISTRICT JUDGE