**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** <br><br> **Defendants.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |

**[PROPOSED] ORDER**

**THIS MATTER** comes on the Motion (Doc. 77) of the Relator Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin") for Limited Reconsideration of the Order Granting in Part and Denying in Part Defendants' Motion For Dismissal of Relator's Amended Complaint and for Amendment of Order (Doc. 76).

Having been fully advised, and for the reasons set forth in the Motion, it is

**ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that

[ ] The Memorandum and Order is amended to deny the Defendants' motion to dismiss as it applies to all supervisory services provided by physicians as alleged in Counts I, II, and VII of the Amended Complaint; [or]

[ ] The Memorandum and Order is amended to grant the Defendants' motion to dismiss without prejudice, as it applies to all supervisory services provided by physicians as alleged in Counts I, II, and VII of the Amended Complaint; and the Relator shall have fourteen days from

the date of this Order to amend this Complaint to provide additional detail for the legal theory described in his Motion.

______________________________
UNITED STATES DISTRICT JUDGE