# Fla. Admin. Code R. 64E-3.002(9) (2012)

**64E-3.002 Definitions.**

(1) "Approved educational or training program" means a program which is recognized and accepted by the American Registry of Radiologic Technologists or the Nuclear Medicine Technology Certification Board.

(2) "General diagnostic radiographic and general fluoroscopic equipment" means any medical diagnostic X-ray system except computed tomography systems which, by design, is not limited to examinations of specific anatomical regions.

(3) "General diagnostic radiographic and general fluoroscopic procedures" means those procedures other than angiography, arteriography, tomography, computed tomography, mobile imaging, portable imaging, digital vascular imaging, bronchography, fistulography, sialography, mammography, arthrography, lymphangiography, splenography, cholangiography, procedures which involve the use of contrast, special procedures for the reproductive system, and those procedures performed in an operating room.

(4) "Physical presence" means within the facility housing the equipment used by a basic X-ray machine operator.

(5) "Positioning" means the correct placement of the human body part to the image detector or radiation source, and the correct alignment of the radiation equipment to the landmarks of the body, and the major anatomical structures.

(6) "Rule" means Chapter 64E-3, F.A.C.

(7) "Technique" means the equipment setting and procedure protocol used to produce a diagnostic image or to accomplish the desired results.

(8) "Walk-in emergency center" means a facility which holds itself out to the public through published advertising as a walk-in emergency center, emergi-center, urgi-center, or walk-in center; indicates to the public that the facility is open to the public primarily for the purpose of providing emergency medical care; or any facility which uses any other title, designation or advertising indicating the same; and is not licensed under Chapter 395 or 641, F.S., or rules adopted thereunder.

(9) "Practice of radiologic technology" means the performance of activities requiring special knowledge and skills, including positioning, technique, safe operation of radiation equipment and radiation protection.

(10) "HIV/AIDS" means human immunodeficiency virus and acquired immune deficiency syndrome.

(11) "Assist with managing patients undergoing radiation therapy treatments" or "assist with radiation therapy technology duties" as specified in Section 468.302(3)(d), F.S., means performing radiation therapy tasks in which the general radiographer has been trained according to the program specified in paragraph 64E-3.0031(1)(b), F.A.C., and excluding those tasks prohibited in subsection 64E-3.0031(2), F.A.C. All assistance provided by a general radiographer must be physically checked and verified by the radiation therapy technologist before delivery of each treatment fraction.

(12) "Brachytherapy" means a method of radiation therapy in which sources of radioactive material are used to deliver radiation dose by surface, intracavitary, or interstitial application and excludes teletherapy.

(13) "Duties of a medical physicist" as specified in Section 468.302(3)(d), F.S., includes:

(a) Radiation beam calibration and characterization.

(b) Quality assurance, including dose rate verification; coincidence of light field to radiation beam; rotation; laser positioning; and operation of all interlocks, collision safety systems, optical distance indicators, and emergency switches.

(c) Instrument and device specification, acceptance testing, and commissioning.

(d) Image quality assessment and optimization of imaging systems and processes.

(e) Shielding design and protection analysis on radiation-emitting equipment and radiopharmaceuticals.

(f) Consultation and treatment planning with radiation oncologist to determine dose to be delivered.

(g) Consultation with radiation oncologist to assure accurate radiation dose to a specific patient.

(h) Informing radiation oncologist when critical structures appear to be reaching tolerance doses.

(i) Determination of dose delivered to patients.

(14) "Treatment planning" as specified in Section 468.302(3)(d), F.S., means the process by which the quantity and type of radiation to be delivered to the patient and the method of delivery are prescribed, characterized, modeled, shaped, verified, and documented to maximize the dose to the tumor volume while minimizing the dose to surrounding healthy tissue. Treatment planning includes determination of the need for and type of beam modifying devices; consultation with radiation oncologist, medical physicist, or dosimetrist to determine optimum fields to cover volume of interest; and determination of the accuracy of the proposed isodose plan and treatment prescription.

*Rulemaking Authority 468.303 FS. Law Implemented 381.0034, 468.302(3)(a), (b), 468.303, 468.304 FS. History–New 4-10-85, Formerly 10D-74.42, Amended 3-21-88, 9-17-92, 5-7-96, Formerly 10D-74.042, Amended 7-16-02, 3-4-08.*