**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| ***ex rel.* ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C.,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION FOR (1) LEAVE TO FILE SECOND AMENDED COMPLAINT AND (2) AN ORDER PRESERVING HIS RIGHT TO FILE ANY THIRD AMENDED COMPLAINT AFTER RULING ON PENDING MOTION FOR RECONSIDERATION**

Robert C. O'Laughlin, M.D., the Plaintiff and Relator in this matter, through his undersigned attorney, hereby respectfully moves this Court for leave to file his Second Amended Complaint. He also seeks and an Order to preserve his right, pursuant to this Court's previous Order (Doc. 79) dated October 27, 2020, to file an amended complaint after this Court's ruling on his Motion for Reconsideration.

In support of this Motion, Dr. O'Laughlin submits the following:

**MEMORANDUM**

Attached to this Motion as an Exhibit is the Relator's proposed Second Amended Complaint ("SAC"). This proposed SAC is in response to this Court's Order (Doc. 76) on the Defendant's Motion to Dismiss, which the Court granted in part and denied in part, and ruled that Dr. O'Laughlin could amend his First Amended Complaint "within fourteen (14) days after the

date of entry of this Order." By subsequent Order (Doc. 79), dated October 27, 2020, this fourteen-day deadline was extended, allowing the Relator "seven (7) days after "the ruling by this Court on the Relator's Motion for Reconsideration (Doc. 77), filed on October 22, 2020, to file any second amended complaint."

To date no ruling on the Relator's Motion for Reconsideration has been handed down.

The Court's initial Scheduling Order (Doc. 85) established July 16, 2021 as the deadline to amend pleadings. Although the initial Scheduling Order was amended[1] (Doc. 88), this July 16th deadline was left in place.

The filing of the SAC at this time, in addition to satisfying the July 16th deadline, is necessary to define the scope of discovery going forward. However, in the event that the Relator's Motion for Reconsideration is granted, in whole or in part, the Relator may need to amend his complaint a third time so as to incorporate the rulings by the Court.

Counsel for the Defendants, Christopher Melton, Esq., has informed the undersigned that he has no objection to this motion. A draft copy of the SAC was provided to Mr. Melton by email on April 2, 2021 in order to facilitate discovery.

A proposed order accompanies this motion.

**MEMORANDUM**

Fed. R. Civ. P. 6 provides that a Court may, for good cause, extend the time for an act to be performed "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ."

[1] The reason for amending the Scheduling Order was a medical issue involving Dr. O'Laughlin's counsel. See Unopposed Motion for Amendment of Scheduling Order Due to Attorney's Medical Issues (Doc. 87).

By: /S/ Andrew Grosso

Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1101 Thirtieth Street, NW, Suite 500
Washington, D.C. 20007
Telephone: (202) 298-6500
Email: Agrosso@acm.org

*Attorney for Relator Robert C. O'Laughlin, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon the United States this 15th day of July, 2021, by Electronic Service to all counsel of record.

.

/S Andrew Grosso
Andrew Grosso, Esq.