**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RADIATION THERAPY SERVICES, P.S.C., et al.**<br><br>**Defendants.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

**THIS MATTER** comes on the Unopposed Motion (Doc. 89) filed by the Relator Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin") for leave file his Second Amended Complaint.

Having been fully advised, and for good cause shown as set forth in the motion, it is

**ORDERED** that the motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Dr. O'Laughlin shall have seven (7) days after the ruling by this Court on the Relator's Motion for Reconsideration (Doc. 77), filed on October 22, 2020, to file any third amended complaint.

____________________________
UNITED STATES DISTRICT JUDGE

Signed in Chambers this ___________, July, 2021