UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Ashland Division

***Electronically Filed***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ROBERT C. O'LAUGHLIN, M.D.,<br><br>Plaintiffs<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C.,<br>ASHLAND BELLEFONTE CANCER CENTER, et al<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 0:16-CV-148-DLB |

**ORDER**

This matter having come before the Court on Defendants' Radiation Therapy Services, P.S.C. d/b/a Ashland Bellefonte Cancer Center; Kirti K. Jain, M.D., P.S.C. d/b/a Highlands Cancer Center; A One Biz Solutions, LLC; Manish Jain; and Kirti K. Jain, M.D. (collectively, "Defendants") Motion to Dismiss Relator's Second Amended Complaint, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion to Dismiss the Second Amended Complaint is **GRANTED**.

Entered this____ day of _______________, 2021.

Tendered by:
*/s/ Christopher A. Melton*
Christopher A. Melton
cmelton@wyattfirm.com
Victoria Boland Fuller
vfuller@wyattfirm.com
Jake Eldemire Smith
jeldemiresmith@wyattfirm.com
WYATT, TARRANT & COMBS
400 West Market Street, Suite 2000
Louisville, KY 40202
Phone (502) 589-5235

*Counsel for Defendants*