Eastern District of Kentucky
FILED
SEP 15 2021
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

**THIS MATTER** comes on the Un-Opposed Motion (Dkt. 99) filed by the Relator Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin") for an extension of time to file his response to the Defendants' motion to dismiss his second amendment complaint (Dkt. 95), now due September 17, 2021.

Having been fully advised, and for good cause shown as set forth in the motion, it is

**ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Relator shall have until September 27, 2021 to file his response to the Defendants' motion to dismiss his second amended complaint.

15 Sept. 21

Signed By:
*David L. Bunning*
United States District Judge

UNITED STATES DISTRICT JUDGE