UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-cv-148-DLB-EBA

UNITED STATES OF AMERICA
*ex rel.* ROBERT C. O'LAUGHLIN, M.D, PLAINTIFFS,

V.

**ORDER**

RADIATION THERAPY SERVICES,
P.S.C. d/b/a ASHLAND BELLEFONTE
CANCER CENTER, KIRTI K. JAIN, M.D.,
P.S.C. d/b/a HIGHLANDS CANCER
CENTER, A ONE BIZ SOLUTIONS, LLC,
MANISH JAIN, and KIRTI K. JAIN, M.D., DEFENDANTS.

*** *** *** ***

This matter is before the Court on Defendants' Motion to Stay, [R. 106], and Plaintiffs' Response. [R. 107]. Having considered the motions, and being sufficiently advised,

**IT IS ORDERED** that Defendants shall file any reply to Plaintiffs' Response on or before **Friday, November 19**, **2021.**

Signed November 8, 2021.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**