Eastern District of Kentucky
FILED

JAN 03 2022

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

**UNITED STATES OF AMERICA**
***ex rel.* ROBERT C. O'LAUGHLIN, M.D.**

**Plaintiffs,**

**v.**

**RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,**

**Defendants.**

**CIVIL ACTION NO. 0:16-CV-148-DLB**

**ORDER**

**THIS MATTER** comes on the Un-Opposed Motion (Dkt. 114) filed by the Relator Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin") for an extension of time for expert designations and expert discovery, with the Relator's expert designations due January 5, 2022, and the Defendants' expert designations due February 9, 2022. (Dkt. 88.).

Having been fully advised, and for good cause shown as set forth in the motion, it is

**ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the designation of experts and expert discovery is **STAYED** until the resolution of the following motions that are now pending: (1) the Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 95); (2) the Defendants' Motion to Stay Discovery (Dkt. 106); (3) Dr. O'Laughlin's Motion to Compel Discovery (Dkt. 109); and (4) the Defendants' Motion for a Protective Order (Dkt. 112).

Signed 1/3/2022.

Signed By:
Edward B. Atkins EBA
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE