Eastern District of Kentucky
FILED
JAN 28 2022
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

**UNITED STATES OF AMERICA** )
***ex rel.* ROBERT C. O'LAUGHLIN, M.D.** )
)
**Plaintiffs,** )
)
**v.** ) **CIVIL ACTION**
) **NO. 0:16-CV-148-DLB**
**RADIATION THERAPY SERVICES, P.S.C.,** )
**dba ASHLAND BELLEFONTE CANCER** )
**CENTER, et al.,** )
)
**Defendants.** )

# ORDER

**THIS MATTER** comes on the Un-Opposed Motion (Dkt. 118) filed by the Relator Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin") for an extension of time for the taking of depositions, with the deadline for all deposition now set for March 21, 2022. (Dkt. 88.).

Having been fully advised, and for good cause shown as set forth in the motion, it is

**ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the taking of depositions is **STAYED** until the resolution of the following motions that are now pending: (1) the Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 95); (2) the Defendants' Motion to Stay Discovery (Dkt. 106); (3) Dr. O'Laughlin's Motion to Compel Discovery (Dkt. 109); and (4) the Defendants' Motion for a Protective Order (Dkt. 112).

Signed 1/28/2022.

Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge