UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-CV-00148-ELB-EBA

UNITED STATES OF AMERICA *ex rel.*,
ROBERT C. O'LAUGHLIN, M.D., PLAINTIFF,

V. **ORDER**

RADIATION THERAPY
SERVICES P.S.C. d/b/a/
ASHLAND BELLEFONTE
CANCER CENTER *et al.* DEFENDANTS.

*** *** *** ***

Relator moves the Court to reconsider its Order [R. 136] concerning Relator's previous motion to compel [R. 109] and the Defendants motion for a protective order [R. 112]. [R. 137]. Having considered the matter, and being sufficiently advised,

**IT IS ORDERED** that the Defendants shall file any RESPONSE no later than FRIDAY, SEPTEMBER 2, 2022.

Signed August 26, 2022.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**