**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER**

**THIS MATTER** comes on the Motion (Doc. No. 142) filed by the Relator Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin") for a limited reconsideration of this Court's Order dated November 23, 2022 (Doc. No. 141) on the Motion of the Defendants to Dismiss the Third Amended Complaint.

Having been fully advised, and for good cause shown as set forth in the motion, it is

**ORDERED** that the motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Order dated November 23, 2022 is amended so as to replace the in this Order dismissing in their entirety Counts II and IV of the Third Amended Complaint (Dkt. 124) with the following:

> The Defendants' Motion to Dismiss the Third Amended Complaint is denied as to Counts' Three and Four to the extent that these counts of that complaint, allege that:
>
> > (b) no physician provided direct or personal supervision of the provision of these services; and

c) no physician was on the premises where and when these services were provided.

Signed _____________, 2022.

___________________________
UNITED STATES DISTRICT JUDGE