UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-CV-00148-DLB-EBA

UNITED STATES OF AMERICA, *ex rel.*,
ROBERT C. O'LAUGHLIN, M.D., PLAINTIFFS,

V. **ORDER**

RADIATION THERAPY SERVICES P.S.C., d/b/a
ASHLAND BELLEFONTE CANCER CENTER, *et al.*, DEFENDANTS.

*** *** *** ***

Defendants move for a hearing on the scope of discovery in this matter. [R. 159]. Defendants file their motion "*in lieu* of . . . a motion to compel." [*Id.* at pg. 1]. In short, the parties are at an impasse as to: (1) Defendants' request that Relator supplement his Rule 26(a)(1) disclosures; and (2) the appropriateness of certain entries in Relator's privilege log. Given the nature of the dispute, and the Relator's unrelated pending motion to compel [R. 158], the undersigned will direct briefing on the matter. Accordingly,

IT IS ORDERED that Defendants' motion for a hearing [R. 159] is DENIED. The parties shall file any appropriate motion concerning the discovery dispute no later than March 17, 2023.

Signed March 9, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**