# EXHIBIT 2

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 3-16-93
DEPUTY CLERK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 90-4996-Kn(GHKx) Date: March 16, 1993

Title: U.S.A. ex rel TAXPAYERS AGAINST FRAUD, et al. v. TELEDYNE IND.

DOCKET ENTRY

PRESENT: HON. GEORGE H. KING, U. S. MAGISTRATE JUDGE

Janet Irvin
Deputy Clerk

None
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: None Present

ATTORNEYS PRESENT FOR DEFENDANTS: None Present

PROCEEDINGS: (IN CHAMBERS)

Defendant Teledyne's Motion to Compel Production of the "Disclosure Statement" is DENIED. We find that such statement is protected by the work product doctrine. Fed. R. Civ. P. 26(b)(3). Moreover, we find that Relators have not waived the protection of the doctrine, and that Teledyne has not made a sufficient showing that it has substantial need of the "Disclosure Statement" in the preparation of its case and that it is unable without undue hardship to obtain the substantial equivalent of the "Disclosure Statement" by other means.

Having failed to make this showing, Teledyne necessarily has failed to meet whatever "far stronger showing of necessity" it would have to make for disclosure of "opinion work product." See Upjohn Co. v. U.S., 449 U.S. 383, 401-402 (1981).

Because the work product doctrine bars disclosure in this case, we need not discuss the parties' contentions with respect to the attorney client privilege.

cc: Judge Kenyon

cc: Joseph L. Stanganelli
Latham & Watkins
650 Town Center Dr., 20th Floor
Costa Mesa, CA. 92626

Ann E. Carlson
Hall & Phillips
10951 W. Pico Blvd. 3rd Fl.
Los Angeles, CA. 90067

MINUTES FORM 11
CIVIL-GEN

Initials of Deputy Clerk ____