UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-CV-00148-DLB-EBA

UNITED STATES OF AMERICA, *ex rel.*,
ROBERT C. O'LAUGHLIN, M.D., PLAINTIFFS,

V.

**ORDER**

RADIATION THERAPY SERVICES P.S.C, d/b/a,
ASHLAND BELLEFONTE CANCER CENTER, *et al.*, DEFENDANTS.

*** *** *** ***

By prior order, the undersigned granted in part Defendants' motion to compel. [R. 175]. In the conclusion, the undersigned directed O'Laughlin to "produce the Kuley Letter, the Bowman emails, and the Brown emails within seven days of" the order's entry. [*Id.* at 20]. Also, the undersigned directed O'Laughlin to "file his disclosure statement and *Touhy* request under seal and *ex parte* for *in camera* review" within seven days. [*Id.*]. To clarify O'Laughlin's obligation to also supplement his initial disclosures,

IT IS ORDERED that O'Laughlin shall supplement his initial disclosures in accord with the prior order, [R. 175 at pgs. 3–5], within seven days of this order's entry.

Signed July 28, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**