UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-CV-148-DLB

UNITED STATES OF AMERICA, ex rel.,
ROBERT C. O'LAUGHLIN, M.D., PLAINTIFFS,

V. ORDER

RADIATION THERAPY SERVICES, P.S.C., d/b/a
ASHLAND BELLEFONTE CANCER CENTER, et al., DEFENDANTS.

Upon the Court's own motion, and being advised,

IT IS ORDERED that exhibits 1 and 2 to the Court's order of August 28, 2023 [R. 180] shall be placed and maintained UNDER SEAL.

Signed August 28, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**