UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-CV-00148-DLB-EBA

UNITED STATES OF AMERICA, *ex rel.*,
ROBERT C. O'LAUGHLIN, M.D., PLAINTIFF,

V. **ORDER**

RADIATION THERAPY SERVICES P.S.C., d/b/a
ASHLAND BELLEFONTE CANCER CENTER, *et al.*, DEFENDANTS.

*** *** *** ***

By prior order, the undersigned scheduled a telephonic conference call in this matter for October 6, 2023, at 2:00 P.M. to discuss an ongoing discovery dispute. [R. 187]. Pursuant to this order, the parties submitted their summaries of this dispute, including Realtor Robert C. O'Laughlin, M.D.'s memorandum which was filed with the Court. [R. 188].[1] After reviewing these summaries and being otherwise sufficiently advised,

IT IS ORDERED that the telephonic conference call previously scheduled for this matter [R 187] is CANCELLED. The Memorandum of Realtor Robert C. O'Laughlin, M.D. [R. 188] is to be docketed as Plaintiff's Motion to Compel and the parties' briefing on the dispute, attached as exhibits hereto, is to be entered into the record. IT IS FURTHER ORDERED that the parties shall file any responses to the opposing parties' summaries on or before the close of business on October 16, 2023. The undersigned will then issue a subsequent order on Plaintiff's Motion to Compel.

Signed October 6, 2023.

[1] An errata to the memorandum was thereafter filed to address an error in a footnote. [R. 189].

**Signed By:**

***Edward B. Atkins*** EBA

**United States Magistrate Judge**