UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-CV-00148-DLB-EBA

UNITED STATES OF AMERICA
*ex rel.* ROBERT C. O'LAUGHLIN, M.D., PLAINTIFF,

V. **ORDER**

RADIATION THERAPY SERVICES, P.S.C., *et al.*, DEFENDANTS.

*** *** *** ***

This matter is before the Court on Plaintiff Robert C. O'Laughlin's Unopposed Motion to Amend the Scheduling Order. [R. 193]. Having considered the motion, and being fully advised,

IT IS ORDERED that the Parties' Joint Motion, [R. 193], is GRANTED. The deadlines set by the Scheduling Order entered December 15, 2022, [R. 150], are vacated to the extent set forth below.

1. Discovery shall close **December 22, 2023.**
2. A status report is due no later than **December 22, 2023 (close of discovery).** The report should indicate the progress of the case and the status of settlement negotiations, the likelihood of settlement, and the feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e. mediation, arbitration, settlement conference with the Court, summary jury trial, etc.)
3. The parties shall file any dispositive motions, Daubert motions, and motions in limine no later than **January 26, 2024.**
    a. Responses in opposition shall be filed no later than **March 1, 2024**.

b. Any replies shall be filed no later than **March 29, 2024**.

Signed October 11, 2023.

**Signed By:**

***Edward B. Atkins*** EBA

**United States Magistrate Judge**