UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:16-CV-00148-DLB-EBA

UNITED STATES OF AMERICA
*ex rel.* ROBERT C. O'LAUGHLIN, M.D., PLAINTIFF,

V. **ORDER**

RADIATION THERAPY SERVICES, P.S.C., *et al.*, DEFENDANTS.

*** *** *** ***

This matter is before the Court on Plaintiff Robert C. O'Laughlin's Motion for Leave to File a Memorandum in Reply to further support his motion to compel. [R. 186, 191]. However, having previously considered the information in the pleading when ruling on the motion to compel, and to clarify the record,

IT IS ORDERED that Plaintiff's Motion for Leave to File a Memorandum in Reply, [R. 186], is GRANTED.

Signed November 27, 2023.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**