# EXHIBIT NO. 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
Ashland Division

* * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF | * | |
| AMERICA ex rel. | * | |
| ROBERT C. | * | |
| O'LAUGHLIN, M.D., | * | |
| Plaintiffs | * | Civil Action No. |
| vs. | * | 0:16-CV-148-DLB |
| RADIATION THERAPY | * | |
| SERVICES, P.S.C., | * | |
| dba Ashland | * | |
| BELLEFONTE CANCER | * | |
| CENTER, et al., | * | |
| Defendants | * | |

* * * * * * * *

COPY

VIDEOTAPED DEPOSITION OF
STEPHANIE HOWARD
September 27, 2023

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

VIDEOTAPED DEPOSITION

OF

STEPHANIE HOWARD, taken on behalf of the Plaintiffs herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Leah Lambert, a Court Reporter and Notary Public in and for the State of Kentucky, at the Holiday Inn Express and Suites, 1900 Colby Taylor Drive, Richmond, Kentucky, on Wednesday, September 27, 2023 beginning at 10:05 a.m.

A P P E A R A N C E S

ANDREW GROSSO, ESQUIRE
Andrew Grosso & Associates
1250 Connecticut Avenue, NW
Suite 700
Washington, D.C 20035
COUNSEL FOR PLAINTIFFS

VICTORIA FULLER, ESQUIRE
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville, KY 40202
COUNSEL FOR DEFENDANTS

Q. What --- are there instances where they overlap, where patient --- you see ---?

A. You can't overlap. I mean, it's Ashland and Highlands --- Ashland and Prestonsburg.

Q. So you can't be in two places ---?

A. Two places at once, no. But you can be in two places in one day.

Q. So if you were at --- were there instances where --- that's enough for that. One moment, please.

ATTORNEY GROSSO:

This will be what, Exhibit 11?

COURT REPORTER:

Uh-huh (yes).

---

(Whereupon, Exhibit 11, Schedules, was marked for identification.)

---

BY ATTORNEY GROSSO:

Q. Please look at this. This is a

Q. Do you recognize this document?
A. Do I recognize the doctor?
Q. No. Do you recognize the form in this document?
A. No.
Q. Have you seen forms like this?
A. No.
Q. Never?
A. No.
Q. All right.
Who supervised the provision of chemotherapy? Let me rephrase that. Who provided chemotherapy?
A. The nurses.
Q. The nurses. The doctors did or did not?
A. No.
Q. The NPs did or did not?
A. No.
Q. Who supervised the provision of the chemotherapy?
A. Our doctors.
Q. The NPs did not?
A. Not typically. I mean, we can, but I haven't that I recall.

Q. Okay.
So you don't recall supervising chemotherapy at the Highlands clinic?
A. No. I mean, I remember even when we go to tumor boards, they would, you know, be calling or texting to find out how long it would before we get back.
Q. What is a tumor board?
A. It's where you collectively have different disciplines, whether it be physical therapy, dietary, social services, and you discuss patients and you get other physician's opinions on the best treatment to make sure, I guess, that there are other options out there, whether they qualify for clinical trial.
Q. Where did these tumor boards take place?
A. For us, it was Highlands.
Q. Where?
A. At the hospital.
Q. Where is the hospital?
A. Across the parking lot from the

cancer center.
Q. So the Highlands, they're discontinuous buildings?
A. Yes.
Q. Who would go to the tumor meetings?
A. Dr. Jain and staff.
Q. Other doctors?
A. Yeah. Our radiation doctors did. Dr. Batoo did. I don't remember if Dr. Hayek ever did. Some docs would zoom in and they were our docs, but were they --- I don't recall who they were.
Q. It wasn't zoom back then.
A. Well, you know, telephone. How's that?
Q. Okay.
A. They had a teleconference in the middle of the room.
Q. Why would the nurses text, quote, you, unquote, meaning whoever ---?
A. Because I was with him.
Q. What?

A. I was with Dr. Jain.
Q. Were there not other NPS or medical doctors at the center during the tumor boards?
A. If there were doctors there, we went over to tumor board. It was at 7:00 in the morning, so I mean, it was ---.
Q. When did the center open?
A. 9:00 I want to say. 9:00.
Q. 9:00 in the morning?
A. Uh-huh (yes).
Q. When did you get there?
A. Usually about 8:00. I would drop my daughter off and then I would go.
Q. Who opened the center?
A. Well, there's a lot of times I was the first one there.
Q. Who would close the center?
A. I don't know.
Q. Did you close it?
A. There are times that I was first one in, last one out, but, you know, ---.

Q. When would treatment of chemotherapy services begin for the patients?
A. I know for a fact on tumor board days, it was when we got back from tumor board. They would give premeds, like dexamethasone, steroids, things that could be given, Pepcid, those kinds of medications.
Q. On days when there was --- were no tumor boards ---?
A. I had nothing to do with it. So I don’t know.
Q. You don't know when the ---?
A. I don't know the timing. I just do not.
Q. Were there times when chemotherapy services were provided to patients before the doctors got to the center?
A. To my knowledge and after talking to my nurses, no, but that’s ---.
Q. When you say after talking to your nurses ---?

go to ---?
A. No, docs usually didn't. I mean, and I would go in on occasion.
Q. You would go in on occasion. When you say on occasion, what do you mean by on occasion?
A. I mean, there were different times that I was there on Saturdays and Sundays.
Q. Why?
A. Why?
Q. Why?
A. Usually because I was behind on charting.
Q. Okay.
So you would go in and you catch up in your charting. Were there sometimes or always patients there getting injections?
A. No.
Q. Did you go in every weekend?
A. No.
Q. Did you go in every weekend when there was a patient there?
A. No.

Q. Did some other nurse practitioner go in when you didn't go in and there was a patient there?
A. I can't speak to Ashland. In Prestonsburg, I was the only one.
Q. Okay.
Now, what is Leukine?
A. It --- you produce more white blood cells with it, healthier white blood cells.
Q. So why is it given?
A. To increase your white blood cell count.
Q. What --- this bears back to what we were talking about earlier, but what is the relation, if any, between white blood cell production and chemotherapy?
A. Because it's --- the white blood cells are produced in the bone marrow, so it stuns the bone marrow, so ---.
Q. The chemo?
A. Chemotherapy will stun the bone marrow. And so at times, their

oncologists on premises?
A. Uh-huh (yes).
Q. Yes?
A. Yes.
Q. Were there days when you didn't have a medical or a radiation oncologist on the premises until you got a locum after Dr. Hayek left?
A. On the premises during chemotherapy, is that what ---
Q. Yes.
A. --- you're asking? No. To my knowledge, no.
Q. To your knowledge.
A. To my knowledge. Again, I ---.
Q. To your knowledge or your memory?
A. To my knowledge. I mean, I don't know that we ever gave chemotherapy without a physician.
Q. After Hayek left December 27 and before Dr. Bertram ---
A. Batoo.
Q. -- Bertram, ---
A. Oh, okay.

Q. --- who was the locum?
A. I have no idea.
Q. Do you know whether there was a locum?
A. I know we had locums. To be able to tell you exactly when they were there, I can't tell you.
Q. Okay.
And until Dr. --- after Dr. Bertram left, before Dr. Batoo arrived ---?
A. You know, I'm not going to know that.
Q. You don't know?
A. No.

ATTORNEY GROSSO:

I think I've reached the end. It's your witness, if you so wish.

ATTORNEY FULLER:

I'd like to, but if we wouldn't mind taking just another maybe 15 minute break.

ATTORNEY GROSSO:

Actually, before we can

BY ATTORNEY FULLER:

Q. I promise I will try to be brief. I appreciate the time you've already given us and the attention you've been giving, and we've gone through a number of different things, so I will try to not take up much more of your time.

Can we revisit --- and I apologize if I mispronounce this Leukine?

A. Leukine.

Q. Leukine. Thank you. Can you, again kind of describe generally what it does?

A. Basically, it produces more healthy white blood cells.

Q. Okay.

A. It's a granulocyte basically. It produces more granulocytes.

Q. Okay.

Is it a kind of chemotherapy drug?

A. No.

Q. Okay.

Do you know is it given IN instances when someone is not receiving chemotherapy?
A. Yes.
Q. Okay.
So there are other conditions where someone might be given Leukine, but they aren't receiving chemotherapy.
A. Yes.
Q. Okay.
And I think Mr. Grosso mentioned, you know, it was part of a chemotherapy regimen. That doesn't necessarily mean it's chemotherapy.
Correct?
A. No. A regimen can even include the premeds. So you can have dexamethasone, Benadryl, Pepcid, and that's all connected to the regimen.
Q. Correct. Okay.
And so, again, that wouldn't necessarily mean ---
A. Those are not chemotherapy.
Q. --- it's not a chemo drug.

I apologize, 16. Mary Marcum. I have it as 16.

THE WITNESS:

I have it as 16 as well.

BY ATTORNEY FULLER:

Q. Can we discuss ---?

A. Maybe one you didn't have,

Q. Oh, that actually could have been one.

A. Yeah, because there was one you didn't have.

Q. Can we discuss kind of briefly your recollection of locums? We touched upon it a little bit, kind of throughout, but just kind of what do you remember about locums being on site, you know, if you have any specific memories of maybe physicians they would have covered while you were there that you can recall just kind of anything in general about ---?

A. I mean, I can remember an Indian lady that came. Date wise, I can't tell you.

Q. That's okay.

A. But I remember there was an Indian lady. Now that I saw Bertram's face, I remember him. Later we had Ramon. I just know different ones would come in. But to be able to remember names, I can't.
Q. No, that's okay. Do you remember kind of generally who they would cover for sometimes or just ---?
A. Basically they would cover on the days that either Dr. Jain couldn't be there because when Dr. Hayek left, Dr. Jain picked up the days that he was coming up --- up to Prestonsburg.
Q. Okay.
So Dr. Jain would --- he would sometimes have locum coverage himself. Is that what ---
A. Yes.
Q. --- you're saying?
A. Yes.
Q. Okay. Okay.
So someone would cover for Dr. Jain?
A. And plus he had physicians in