# EXHIBIT NO. 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

* * * * * * * * *

| | | |
|---|---|---|
| | * | |
| UNITED STATES OF | * | |
| AMERICA, ex rel. | * | |
| ROBERT C. O'LAUGHLIN, | * | |
| M.D., | * | |
| Plaintiffs | * | Case No. |
| vs. | * | 0:16-CV-148-DLB |
| RADIATION THERAPY | * | |
| SERVICES, P.S.C., | * | |
| d/b/a ASHLAND | * | |
| BELLEFONTE CANCER | * | |
| CENTER, et al., | * | |
| Defendants | * | |
| | * | |

* * * * * * * *

DEPOSITION OF
THERESA KINTIGOS
December 13, 2023

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

DEPOSITION

OF

THERESA KINTIGOS, taken on behalf of the Plaintiff and Relator herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Nicholas Martin, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, via Zoom, on Wednesday, December 13, 2023, beginning at 10:19 a.m.

A P P E A R A N C E S

ANDREW GROSSO, ESQUIRE
Grosso and Associates
1101 30th Street, NW
Washington, D.C., 20007
COUNSEL FOR PLAINTIFFS

VICTORIA FULLER, ESQUIRE
Wyatt, Tarrant and Combs
400 West Market Street, Suite 2000
Louisville, KY 40202
COUNSEL FOR DEFENDANTS

Precision Cancer Center prior to that?
A. I don't remember if I was certified before that or not.
Q. What is your education?
A. I was doing my associate's degree in teaching, but I quit the last year.
Q. Where?
A. At Ashland Community and Technical College.
Q. Now, you began working at Precision Cancer Centers in 2006, I think you said?
A. Correct.
Q. Where did you work before that?
A. Northeast Head Start.
Q. Doing what?
A. I was a preschool teacher for three and four-year-olds.
Q. And you left that for this?
A. No. There was some complications there.
Q. All right.
What was the name of the cancer centers when you first joined in 2016?

A. When I first started, I was just, like, doing medical records, changing us over from paper charts to electronic charts. And then he moved me. I had duties. I done front desk duties, the receptionist. I worked as an MA.

Q. You mean a medical assistant?

A. Yes, correct. Medical assistant.

Q. What else?

A. I mean, that's basically it. I worked --- I've done, like, weekend shots for patients, but that's part of the medical assistant's job.

Q. Okay.

You say that Mr. Manish Jain hired you. Who did you interview with?

A. Manish Jain. And then I think the other guy there was Pritik. I guess he worked under Manish.

Q. Did you work directly in any way with Doctor Kirti K. Jain?

A. I traveled with him to the

Prestonsburg office and was his medical assistant.

Q. Okay.

Explain that to me. What do you mean by saying that you traveled with him?

A. Sometimes, like, when we first started, we was going to Prestonsburg two days a week. So we would go there, like, I think it was on Tuesday and Friday. I'm not sure of days.

And then I would drive him to Prestonsburg, and then I would work his patients up to put them in the room. Like, take their vitals and ask all of the questions, their health questions and stuff like that, and then give him the chart. And he'd take care of the patients. And then if they needed blood draws, I would draw their blood, and then they would go and be checked out.

Q. All right.

Let's talk about that somewhat. I have documents that assist in

there and see patients there.
Q. Oh, did you see patients in both places on the same day?
A. Not --- I can't recall if we did.
Q. What I mean by, for example, did Doctor Kirti Jain see patients in the morning in one facility, and then the two of you drove to the second facility and stayed the afternoon?
A. We have done that on occasions.
Q. Occasions. Was that normal or was it less than normal or was it rare?
A. It was rare that we done that.
Q. Do you recall --- and, again, I'm not holding you to this. But do you recall the schedule over the years for Doctor Kirti Jain while you were driving with him back and forth?
A. I can't recall exactly what days. I just know that there was days that we went to the Prestonsburg office and days we was here at the Ashland office.

Q. All right.
Do you recall Thursdays, which office you may have been in?
A. On the days that we was at the office really depend on where the other providers was, because his schedule reflect with other providers to make sure there was a provider in each building.
Q. Okay.
Now, one moment.
Do you remember something we refer to or is referred to as tumor board meetings?
A. Yes.
Q. What were those, if you know?
A. What I was told about tumor boards is where the physicians go and patients that they were trying to decide what they were going to do with them, their steps before treatments and stuff like that. You know, the steps they was going to take, whether they was going to do biopsies, you know. And if some of them had

then also while we were figuring out the computer issues. So thank you for that. Okay.

Let's go back to your role as a medical assistant. I think we've touched upon that a little bit briefly. Your testimony was that included a few different activities, such as prepping the patient maybe before the physician would go in and see them in an exam room.

Is that correct?

A. Correct.

Q. What else would you do? Did you sit in on, for example, chemotherapy administration?

A. I have worked in the chemo room and prepped the patients in there. And, you know, I work in the chemo room with the nurses sometimes, but I don't administer any chemotherapy. It's just like injections, like our leukine, Sarzio, Vitamin B-12, flu vaccines, those type things.

Q. So all of the things that you

A. Correct.
Q. Was there ever an occasion where you left a chemo administration room and were not able to find a physician?
A. Never.
Q. Okay.
And you've been a medical assistant for how many years?
A. I've been here at the practice almost 17 years. And I've worked as a medical assistant probably 14, 15 of those years.
Q. Okay.
So for the 14 or 15 years that you served as a medical assistant, any time a patient started experiencing an adverse reaction during chemo, you were able to find a physician.
Is that correct?
A. Correct.
Q. Okay.
If we can go back to Exhibit 5, is what I have it marked as.

ATTORNEY FULLER:

Correct?
A. Correct.
Q. Okay.
So we can assume then, you were the one doing this particular service on April 19th?
A. Correct.
Q. Okay.
So this is an injection of leukine.
Correct?
A. Correct.
Q. And you were trained in how to do leukine injections, but you were not trained on how to do chemotherapy drug injections or infusions.
Correct?
A. Correct.
Q. Okay.
Can you explain, based on your understanding, why you were able to do leukine but not a chemotherapy drug administration or, I'm sorry, injection or infusion?
A. Well, leukine is just to help

to build up, like, their immunity and blood. It's not a chemotherapy drug. Only a registered nurse can administer chemotherapy drugs.
Q. Uh-huh (yes.) Do you know, is there --- is there an increased chance of maybe a stronger adverse reaction to a chemotherapy drug than perhaps leukine?

ATTORNEY GROSSO:

Objection, foundation.

BY ATTORNEY FULLER:

Q. If you know?
A. I don't really know, but it's just Leukine, you know, with our training and everything. We do --- like, for the very first one, I said we give 250. That is just to make sure that the patient is okay with it. And it goes to 500. But we still do not give these injections without a nurse physician or a nurse practitioner in the building with their first dose.
Q. Correct. But just to be clear