# EXHIBIT NO. 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF KENTUCKY
ASHLAND DIVISION

* * * * * * * *

UNITED STATES OF *
AMERICA ex rel. *
ROBERT C. *
O'LAUGHLIN, M.D., *
Plaintiffs * Case No.
vs. * NO.0:16-CV-148-DLB
RADIATION THERAPY *
SERVICES, P.S.C., *
dba ASHLAND *
BELLEFONTE CANCER *
CENTER, et al., *
Defendants *

* * * * * * * *

DEPOSITION OF
KATRINA HOLLIMAN
December 14, 2023

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

DEPOSITION

OF

KATRINA HOLLIMAN, taken on behalf of the Plaintiffs, herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Nicholas Martin, a Court Reporter and Notary Public in and for the Commonwealth of Kentucky, at Sargent's Court Reporting Services, Inc., 2333 Alexandria Drive, Suite 204, Lexington, Kentucky, on Thursday, December 14, 2023, beginning at 9:33 a.m.

A P P E A R A N C E S

ANDREW GROSSO, ESQUIRE
Andrew Grosso & Associates
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
COUNSEL FOR ROBERT C. O'LAUGHLIN, M.D.

VICTORIA FULLER, ESQUIRE
Wyatt, Tarrant & Combs
400 West Market Street
Suite 2000
Louisville, KY 40202
COUNSEL FOR DEFENDANTS

A. Well, sometimes they'd come in and say bye, and sometimes you'd go back to find them and they wouldn't be there, they'd be gone.
Q. How often did that happen, that infusions were being given of chemotherapy and there was nobody either ---? By nobody, I mean either a physician or a nurse practitioner.
A. I don't think it was ---. I mean, it wasn't every day. There might be a day or two, and usually it was at the very end. We might have just a little bit of time left, maybe an hour left.
I mean, it happened weekly, but it wasn't every day.
Q. Who was the nurse practitioner?
A. Stephanie. I don't even know what her new name is.
Q. Howard?
A. That's one of her names, yeah.
Q. Roberts?
A. Roberts, yeah.
Q. VanDine.

But basically us nurses were the one that placed them on this schedule, because we knew what we could do, how we could work it out, how quickly we could get them set up and going, depending on what type of chemo they were getting, you know, what their regimen was.
Q. To what extent was the chemo schedule for patients determined by the availability of a physician or nurse practitioner to be on the premises?
A. Well, we couldn't start it until they were there.
Q. Now, what about the availability of just a physician, regardless of whether there's a nurse practitioner on the premises?
A. I don't remember that ever being an issue. As long as Stephanie was there we could start.
Q. All right.
I've skipped through a couple of emails in this thread. So the last

Is it possible that they left during that lag period at the end of a chemotherapy session after the drugs were administered, but either you were running a port flush or sitting with the patient.

ATTORNEY GROSSO:

Objection, form.

THE WITNESS:

I mean, there were times, but --- there were times ---.

BY ATTORNEY FULLER:

Q. I'm just asking if it's possible.

A. It is possible.

Q. Okay.

While we're on the topic of drugs and ones that perhaps aren't necessarily chemotherapy, but maybe administered ancillary, too.

I believe Mr. Grosso showed you a spreadsheet with dates of service on the weekends.

And you said that those likely