# EXHIBIT NO. 8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
Ashland Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT C. O'LAUGHLIN, M.D. | ) | |
| PLAINTIFFS | ) | |
| v. | ) | CIVIL ACTION NO. 0:16-CV-148-DLB |
| RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONE CANCER CENTER, et al. | ) | |
| DEFENDANTS | ) | |

**AFFIDAVIT OF DONNIE R. STACY, II**

Donnie R. Stacy, II states as follows under penalty of perjury:

1. My name is Donnie R. Stacy, II.

2. I am over the age of eighteen (18) and have personal knowledge of the matters set forth herein.

3. I am a medical doctor currently licensed in Kentucky and formerly licensed in West Virginia and am board certified in Radiation Oncology.

4. From August 2011 until June 2012, I was employed with Ashland Bellefonte Cancer Center ("ABCC") and I provided services at ABCC and Highlands Cancer Center ("HCC"). I also provided services at Logan Regional Cancer Center ("LCC").

5. LCC provided only radiation therapy administration services. It did not provide any chemotherapy or medical oncology services. LCC did not own the office suite in which it was located. Instead, LCC leased its office space from Logan Regional Medical Center ("LRMC"), a

Logan, WV Hospital unaffiliated with Ashland Bellefonte Cancer Center ("ABCC"), Highlands Cancer Center ("HCC") or Dr. Kirti Jain.

6. During my employment at ABCC, I provided coverage of radiation oncology services at all three cancer clinics, ABCC, HCC, and LCC, throughout the week. I do not have any detailed recollection of the schedules of Dr. Kirti Jain, or any other physician at ABCC, HCC, or LCC.

7. I do not have any recollection of any instances in which chemotherapy infusion services were delivered at ABCC or HCC without a physician present, nor do I recall any discussion of any instances of chemotherapy services being rendered at ABCC or HCC without a physician present.

Further, Affiant sayeth naught.

**VERIFICATION**

I AFFIRM UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE IN THIS AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF THIS ____st DAY OF SEPTEMBER, 2023.

Donnie Stacy
_______________________
Donnie Stacy, M.D.

STATE OF KENTUCKY )
) :SS
COUNTY OF )

6th The foregoing instrument was subscribed, sworn to and acknowledged before me this day of October, 2023, by Donnie Stacy.

My commission expires: April 16 2025.

Christine Brashear
_______________________
NOTARY PUBLIC

CHRISTINE BRASHEAR NOTARY PUBLIC STATE OF KENTUCKY

61838093.1