# EXHIBIT NO. 9

# DECLARATION OF FADI HAYEK, M.D.

**I, FADI HAYEK, M.D., hereby declare:**

1. My name is Fadi Hayek.

2. I am over the age of eighteen (18) and have personal knowledge of the matters set forth herein.

3. I am a licensed medical doctor and am board-certified in Medical Oncology and Hematology.

4. From 2006 until the end of 2013, I was employed with Ashland Bellefonte Cancer Center ("ABCC") and I provided services at ABCC and Highlands Cancer Center ("HCC").

5. As a medical oncologist, I did not work at Logan Regional Cancer Center ("LCC").

6. As I had previously indicated to Counsel for Dr. Robert O'Laughlin, I do not have any recollection of what days I would have worked at which clinics, nor do I have any specific recollections of my schedule during my employment at ABCC/HCC.

7. I do not recall any instances in which chemotherapy infusion services were delivered at ABCC or HCC without a physician present, nor do I recall any discussion of any instances of chemotherapy services being rendered at ABCC or HCC without a physician present.

8. I have no reason to believe that chemotherapy services were rendered at ABCC or HCC without the requisite physician supervision.

F.H.

9. I have no knowledge of any fraudulent activity perpetrated at ABCC, HCC, or by Dr. Kirti Jain, nor do I have any reason to believe that ABCC, HCC, or Dr. Kirti Jain has engaged in any fraudulent activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2023, in the State of Indiana.

Fadi Hayek, M.D.