# EXHIBIT NO. 10

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
Ashland Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ROBERT C. O'LAUGHLIN, M.D.<br><br>PLAINTIFFS<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONE CANCER CENTER, et al.<br><br>DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 0:16-CV-148-DLB |

**AFFIDAVIT OF KATHRYN MCCOY**

Kathryn McCoy states as follows under penalty of perjury:

1. My name is Kathryn McCoy.

2. I am over the age of eighteen (18) and have personal knowledge of the matters set forth herein.

3. I am a radiation therapist, licensed to practice in the State of Kentucky.

4. Between on or about November of 2011 through on or about September or October 2015, I was employed as a radiation therapist at Logan Regional Cancer Center ("LCC") in Logan, West Virginia.

5. LCC provided only radiation therapy administration services. It did not provide any chemotherapy or medical oncology services.

6. LCC did not own the office suite in which it was located. Instead, LCC leased its office space from Logan Regional Medical Center ("LRMC"), a Logan, WV Hospital unaffiliated

with Ashland Bellefonte Cancer Center ("ABCC"), Highlands Cancer Center ("HCC") or Dr. Kirti Jain. LCC shared its office suite with Dr. Waris Waris, a medical oncologist employed by LRMC. Dr. Waris was not an employee of LCC, ABCC or HCC. The delivery of chemotherapy services for Dr. Waris' patients did not occur at his office suite, but instead were delivered at LRMC.

7. During my employment at LCC, I would, on very few occasions, be asked to provide coverage for radiation therapy delivery services at ABCC or HCC when the radiation therapists at those facilities were unavailable. Such coverage was infrequent and only occurred a few times a year.

8. Radiation treatment delivery is a purely technical service. Physicians do not deliver the service, and are only consulted on as-needed bases, such as when a patient is not tolerating the treatment well, or is feeling ill during treatment delivery. During the occasions that I delivered radiation treatment services at ABCC and/or HCC, I did not have many instances where interactions with medical oncologists was necessary or warranted.

9. I cannot specifically recall any instances in which chemotherapy services were being delivered at HCC or ABCC when an oncologist was not present at the facility.

Further, Affiant sayeth naught.

## VERIFICATION

I AFFIRM UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE IN THIS AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF THIS 27st DAY OF SEPTEMBER, 2023.

Kathryn McCoy
Kathryn McCoy

STATE OF KENTUCKY )
) :SS
COUNTY OF Pike )

The foregoing instrument was subscribed, sworn to and acknowledged before me this MDL day of September, 2023, by Kathryn McCoy.

My commission expires: 7/20/2025.

Matthew David Larson
NOTARY PUBLIC

61838093.1

Matthew David Larson KYNP53306 NOTARY PUBLIC STATE ... KENTUCKY



Scanned with CamScanner