# EXHIBIT NO. 19

[redacted]rom 12/27/2013 To 06/30/2014

# Itemized Statement

| Statement Date | Last Patient Payment |
|---|---|
| 8/1/2023 | 9/1/2014 **Amt** $0.00 |
| **Patient Name** | **Account Number** |
| [redacted] | [redacted] |
| **Amount Due** | **Amount Paid** |
| ($21.00) | |

Please send this portion with your payment

**DATE OF SERVICE** **12/30/2013** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|---|
| 85025 | CBC W DIFF | | $30.00 | | |
| | Jan 24 2014 adjustment/payment from KY MEDICAID | | | $21.98 | $8.02 |
| | | **Insurance sub totals:** | $30.00 | $21.98 | $8.02 |
| | Total patient adjustment/payment to date Jan 24 2014 | | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | | **$0.00** |

**DATE OF SERVICE** **1/3/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|---|
| 85025 | CBC W DIFF | | $30.00 | | |
| | Jan 16 2014 adjustment/payment from WELLCARE OF KY | | | $18.65 | $11.35 |
| | | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Jan 16 2014 | | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | | **$0.00** |

**DATE OF SERVICE** **1/8/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| J7030 | NORMAL SALINE 1000 CC | $30.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $16.50 | $13.50 |
| 96361 | IV HYDRATION EACH ADDL HOUR UP TO 8 HOURS | $58.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $44.56 | $13.44 |
| J2469 | ALOXI 25 MCG | $750.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $337.30 | $412.70 |
| J1940 | LASIX 20MG | $10.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $5.50 | $4.50 |
| J3480 | POTASSIUM CHLORIDE 2 MEQ | $50.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $27.50 | $22.50 |
| J1100 | DECADRON 1 MG | $200.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $110.00 | $90.00 |
| J9181 | ETOPOSIDE 10 MG | $400.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $314.51 | $85.49 |
| J9060 | CISPLATIN 10MG | $534.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $367.94 | $166.06 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96417 | CHEMO IV INF EACH ADDL SEQ INFUSED CHEMO DRUG UP TO 1 HOUR | $161.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $90.01 | $70.99 |
| 96415 | CHEMO IV INF EACH ADDL HOUR UP TO 8 HOURS | $75.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $42.39 | $32.61 |
| 96375 | IV PUSH EACH ADDL SEQ TX DX DRUG | $123.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $64.32 | $58.68 |
| 96367 | IV INF EACH ADDL SEQ TX DX DRUG UP TO 1 HOUR | $60.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $32.19 | $27.81 |
| 96366 | IV INFUSION TX DX DRUG EACH ADDL HOUR UP TO 8 HOURS | $38.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $19.96 | $18.04 |
| | **Insurance sub totals:** | $2,842.00 | $1,670.71 | $1,171.29 |
| | Total patient adjustment/payment to date Mar 12 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE** **1/9/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Feb 10 2014 adjustment/payment from WELLCARE OF KY | | $103.09 | $40.91 |
| J7030 | NORMAL SALINE 1000 CC | $37.50 | | |
| | Feb 10 2014 adjustment/payment from WELLCARE OF KY | | $20.62 | $16.88 |
| 96361 | IV HYDRATION EACH ADDL HOUR UP TO 8 HOURS | $58.00 | | |
| | ** Pending Insurance Adjudication | | $0.00 | $0.00 |
| J1940 | LASIX 20MG | $12.50 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $6.87 | $5.63 |
| J3480 | POTASSIUM CHLORIDE 2 MEQ | $62.50 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $34.37 | $28.13 |
| J1100 | DECADRON 1 MG | $250.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $137.50 | $112.50 |
| J9181 | ETOPOSIDE 10 MG | $500.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $414.51 | $85.49 |
| J9060 | CISPLATIN 10MG | $667.50 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $501.44 | $166.06 |
| J2997 | ACTIVASE 1MG | $287.50 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $158.12 | $129.38 |
| 36593 | DECLOTTING ACCESS DEVICE OR CATHETER | $60.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $23.63 | $36.37 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96417 | CHEMO IV INF EACH ADDL SEQ INFUSED CHEMO DRUG UP TO 1 HOUR | $161.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $90.01 | $70.99 |
| 96415 | CHEMO IV INF EACH ADDL HOUR UP TO 8 HOURS | $75.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $42.39 | $32.61 |
| 96367 | IV INF EACH ADDL SEQ TX DX DRUG UP TO 1 HOUR | $120.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $64.38 | $55.62 |
| 96375 | IV PUSH EACH ADDL SEQ TX DX DRUG | $41.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $21.44 | $19.56 |
| 96366 | IV INFUSION TX DX DRUG EACH ADDL HOUR UP TO 8 HOURS | $38.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $19.96 | $18.04 |
| JMSNP | STEPHENSON MARYANN CHARGES | $0.00 | | |
| | Jan 28 2014 adjustment/payment from WELLCARE OF KY | | $0.00 | $0.00 |
| | **Insurance sub totals:** | $2,840.50 | $1,817.71 | $961.79 |
| | Total patient adjustment/payment to date Jan 28 2014 | | $0.00 | $3.00 |
| **Balance for Date of Service** | | | | **$58.00** |

**DATE OF SERVICE 1/10/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| J1642 | HEPARIN PER 10 UNITS | $50.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $50.00 | $0.00 |
| J7030 | NORMAL SALINE 1000 CC | $30.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $16.50 | $13.50 |
| 96361 | IV HYDRATION EACH ADDL HOUR UP TO 8 HOURS | $58.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $44.56 | $13.44 |
| J1940 | LASIX 20MG | $10.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $5.50 | $4.50 |
| J3480 | POTASSIUM CHLORIDE 2 MEQ | $50.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $27.50 | $22.50 |
| J1100 | DECADRON 1 MG | $200.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $110.00 | $90.00 |
| J9060 | CISPLATIN 10MG | $534.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $367.94 | $166.06 |
| J9181 | ETOPOSIDE 10 MG | $400.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $314.51 | $85.49 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96417 | CHEMO IV INF EACH ADDL SEQ INFUSED CHEMO DRUG UP TO 1 HOUR | $161.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $90.01 | $70.99 |
| 96415 | CHEMO IV INF EACH ADDL HOUR UP TO 8 HOURS | $75.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $42.39 | $32.61 |
| 96367 | IV INF EACH ADDL SEQ TX DX DRUG UP TO 1 HOUR | $120.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $64.38 | $55.62 |
| 96366 | IV INFUSION TX DX DRUG EACH ADDL HOUR UP TO 8 HOURS | $38.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $19.96 | $18.04 |
| 96375 | IV PUSH EACH ADDL SEQ TX DX DRUG | $41.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $21.44 | $19.56 |
| | **Insurance sub totals:** | $2,090.00 | $1,354.07 | $735.93 |
| | Total patient adjustment/payment to date Feb 19 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 1/14/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Jan 28 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Jan 28 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 1/16/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Feb 6 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| 99214 | EST PT OFFICE VISIT LEVEL 4 | $200.00 | | |
| | Feb 6 2014 adjustment/payment from WELLCARE OF KY | | $130.89 | $66.11 |
| JSRNP | ROBERT STEPHAINE CHARGES | $0.00 | | |
| | Jan 21 2014 adjustment/payment from WELLCARE OF KY | | $0.00 | $0.00 |
| | **Insurance sub totals:** | $230.00 | $149.54 | $77.46 |
| | Total patient adjustment/payment to date Jan 21 2014 | | $0.00 | $3.00 |
| **Balance for Date of Service** | | | | **$0.00** |

CONTAINS UNREDACTED PHI-
CONFIDENTIAL ATTORNEYS'
EYES ONLY SUBJECT TO
PROTECTIVE ORDER

**DATE OF SERVICE** 1/24/2014 **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Feb 10 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Feb 10 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE** 1/27/2014 **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 78815 | PET WITH CT FOR ATTENUATION CORR | $5,000.00 | | |
| | Feb 10 2014 adjustment/payment from WELLCARE OF KY | | $2,750.00 | $2,247.00 |
| | **Insurance sub totals:** | $5,000.00 | $2,750.00 | $2,247.00 |
| | Total patient adjustment/payment to date Feb 10 2014 | | $0.00 | $3.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE** 1/27/2014 **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Feb 10 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| J1642 | HEPARIN PER 10 UNITS | $62.50 | | |
| | Feb 10 2014 adjustment/payment from WELLCARE OF KY | | $62.50 | $0.00 |
| | **Insurance sub totals:** | $92.50 | $81.15 | $11.35 |
| | Total patient adjustment/payment to date Feb 10 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE** 1/28/2014 **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99215 | EST PT OFFICE VISIT LEVEL 5 | $250.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $148.66 | $98.34 |
| 90471 | VACCINE ADMINISTRATION | $50.00 | | |
| | ** Pending Insurance Adjudication | | $0.00 | $0.00 |
| 90658 | FLU VACCINATION IM | $30.00 | | |
| | Feb 19 2014 adjustment/payment from WELLCARE OF KY | | $11.05 | $18.95 |
| | **Insurance sub totals:** | $330.00 | $159.71 | $117.29 |
| | Total patient adjustment/payment to date Feb 19 2014 | | $0.00 | $3.00 |
| **Balance for Date of Service** | | | | **$50.00** |

**DATE OF SERVICE** 2/6/2014 **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Feb 25 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Feb 25 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE** 1/27/2014 **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 78815 | PET WITH CT FOR ATTENUATION CORR | $237.70 | | |
| | Apr 10 2014 adjustment/payment from WELLCARE OF KY | | $160.20 | $77.50 |
| | Apr 10 2014 adjustment/payment from WELLCARE OF KY | | ($0.46) | $0.46 |
| | **Insurance sub totals:** | $237.70 | $159.74 | $77.96 |
| | Total patient adjustment/payment to date Apr 10 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE** 2/19/2014 **PHYSICIAN** STEPHENSON,MARY ANN,, NP

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Feb 27 2015 adjustment/payment from WELLCARE OF KY | | $21.80 | $8.20 |
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Feb 27 2015 adjustment/payment from WELLCARE OF KY | | $114.07 | $29.93 |
| | **Insurance sub totals:** | $177.00 | $135.87 | $38.13 |
| | Total patient adjustment/payment to date Feb 27 2015 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$3.00** |

**DATE OF SERVICE** 2/27/2014 **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Mar 12 2014 adjustment/payment from WELLCARE OF KY | | $103.09 | $40.91 |
| JMSNP | STEPHENSON MARYANN CHARGES | $0.00 | | |
| | Mar 3 2014 adjustment/payment from WELLCARE OF KY | | $0.00 | $0.00 |
| | **Insurance sub totals:** | $147.00 | $103.09 | $40.91 |
| | Total patient adjustment/payment to date Mar 3 2014 | | $0.00 | $3.00 |
| **Balance for Date of Service** | | | | **$0.00** |

CONTAINS UNREDACTED PHI-
CONFIDENTIAL ATTORNEYS'
EYES ONLY SUBJECT TO
PROTECTIVE ORDER

**DATE OF SERVICE 3/5/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| J2469 | ALOXI 25 MCG | $937.50 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $524.80 | $412.70 |
| J1100 | DECADRON 1 MG | $250.00 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $137.50 | $112.50 |
| J9181 | ETOPOSIDE 10 MG | $500.00 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $414.51 | $85.49 |
| J9045 | PARAPLATIN 50MG | $5,740.00 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $5,664.73 | $75.27 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | ($2.37) | $2.37 |
| 96417 | CHEMO IV INF EACH ADDL SEQ INFUSED CHEMO DRUG UP TO 1 HOUR | $161.00 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $90.01 | $70.99 |
| 96415 | CHEMO IV INF EACH ADDL HOUR UP TO 8 HOURS | $75.00 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $42.39 | $32.61 |
| 96375 | IV PUSH EACH ADDL SEQ TX DX DRUG | $82.00 | | |
| | Apr 28 2014 adjustment/payment from WELLCARE OF KY | | $42.88 | $39.12 |
| | **Insurance sub totals:** | $8,098.50 | $7,112.48 | $986.02 |
| | Total patient adjustment/payment to date Apr 28 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 3/6/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| J9181 | ETOPOSIDE 10 MG | $500.00 | | |
| | Mar 20 2014 adjustment/payment from WELLCARE OF KY | | $414.51 | $85.49 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Mar 20 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| J1642 | HEPARIN PER 10 UNITS | $62.50 | | |
| | Mar 20 2014 adjustment/payment from WELLCARE OF KY | | $62.50 | $0.00 |
| | **Insurance sub totals:** | $885.50 | $656.39 | $229.11 |
| | Total patient adjustment/payment to date Mar 20 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 3/7/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| J1642 | HEPARIN PER 10 UNITS | $62.50 | | |
| | Apr 23 2014 adjustment/payment from WELLCARE OF KY | | $62.50 | $0.00 |
| J9181 | ETOPOSIDE 10 MG | $500.00 | | |
| | Apr 10 2014 adjustment/payment from WELLCARE OF KY | | $414.51 | $85.49 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Apr 10 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96415 | CHEMO IV INF EACH ADDL HOUR UP TO 8 HOURS | $75.00 | | |
| | Apr 10 2014 adjustment/payment from WELLCARE OF KY | | $42.39 | $32.61 |
| | **Insurance sub totals:** | $960.50 | $698.78 | $261.72 |
| | Total patient adjustment/payment to date Apr 10 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

CONTAINS UNREDACTED PHI-CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**DATE OF SERVICE 3/12/2014** **PHYSICIAN** STEPHENSON,MARY ANN,, NP

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $114.07 | $29.93 |
| | **Insurance sub totals:** | $147.00 | $114.07 | $29.93 |
| | Total patient adjustment/payment to date Sep 30 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$3.00** |

**DATE OF SERVICE 3/12/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Mar 27 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Mar 27 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 3/18/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Apr 4 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Apr 4 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 3/21/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Apr 4 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Apr 4 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 3/26/2014** **PHYSICIAN** STEPHENSON,MARY ANN,, NP

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $19.87 | $10.13 |
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $117.07 | $29.93 |
| | **Insurance sub totals:** | $177.00 | $136.94 | $40.06 |
| | Total patient adjustment/payment to date Sep 30 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 3/31/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| J2469 | ALOXI 25 MCG | $937.50 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $524.80 | $412.70 |
| J9181 | ETOPOSIDE 10 MG | $500.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $414.51 | $85.49 |
| J9045 | PARAPLATIN 50MG | $5,740.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $5,664.73 | $75.27 |
| J1100 | DECADRON 1 MG | $250.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $137.50 | $112.50 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96417 | CHEMO IV INF EACH ADDL SEQ INFUSED CHEMO DRUG UP TO 1 HOUR | $161.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $90.01 | $70.99 |
| 96375 | IV PUSH EACH ADDL SEQ TX DX DRUG | $82.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $42.88 | $39.12 |
| 96415 | CHEMO IV INF EACH ADDL HOUR UP TO 8 HOURS | $75.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $42.39 | $32.61 |
| | **Insurance sub totals:** | $8,098.50 | $7,114.85 | $983.65 |
| | Total patient adjustment/payment to date May 14 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 3/31/2014** **PHYSICIAN** STEPHENSON,MARY ANN,, NP

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $114.07 | $29.93 |
| | **Insurance sub totals:** | $147.00 | $114.07 | $29.93 |
| | Total patient adjustment/payment to date Sep 30 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$3.00** |

**DATE OF SERVICE 4/1/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| J1642 | HEPARIN PER 10 UNITS | $62.50 | | |
| | Jun 18 2014 adjustment/payment from WELLCARE OF KY | | $62.50 | $0.00 |
| J9181 | ETOPOSIDE 10 MG | $500.00 | | |
| | May 6 2014 adjustment/payment from WELLCARE OF KY | | $414.51 | $85.49 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | May 6 2014 adjustment/payment from WELLCARE OF KY | | $176.38 | $143.62 |
| 96415 | CHEMO IV INF EACH ADDL HOUR UP TO 8 HOURS | $75.00 | | |
| | May 6 2014 adjustment/payment from WELLCARE OF KY | | $42.39 | $32.61 |
| | **Insurance sub totals:** | $960.50 | $695.78 | $261.72 |
| | Total patient adjustment/payment to date May 6 2014 | | $0.00 | $3.00 |
| **Balance for Date of Service** | | | | **$0.00** |

CONTAINS UNREDACTED PHI-
CONFIDENTIAL ATTORNEYS'
EYES ONLY SUBJECT TO
PROTECTIVE ORDER

**DATE OF SERVICE 4/2/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| J9181 | ETOPOSIDE 10 MG | $500.00 | | |
| | May 6 2014 adjustment/payment from WELLCARE OF KY | | $414.51 | $85.49 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | May 6 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96415 | CHEMO IV INF EACH ADDL HOUR UP TO 8 HOURS | $75.00 | | |
| | May 6 2014 adjustment/payment from WELLCARE OF KY | | $42.39 | $32.61 |
| | **Insurance sub totals:** | $898.00 | $636.28 | $261.72 |
| | Total patient adjustment/payment to date May 6 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 4/7/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Apr 30 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Apr 30 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 4/14/2014** **PHYSICIAN** STEPHENSON,MARY ANN,, NP

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $19.87 | $10.13 |
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $117.07 | $29.93 |
| | **Insurance sub totals:** | $177.00 | $136.94 | $40.06 |
| | Total patient adjustment/payment to date Sep 30 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 4/18/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | May 6 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date May 6 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 4/28/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 78815 | PET WITH CT FOR ATTENUATION CORR | $5,000.00 | | |
| | May 14 2014 adjustment/payment from WELLCARE OF KY | | $2,750.00 | $2,250.00 |
| | **Insurance sub totals:** | $5,000.00 | $2,750.00 | $2,250.00 |
| | Total patient adjustment/payment to date May 14 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 5/6/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 96523 | PORT FLUSH GLOBAL | $46.00 | | |
| | May 27 2014 adjustment/payment from WELLCARE OF KY | | $21.61 | $24.39 |
| J1642 | HEPARIN PER 10 UNITS | $62.50 | | |
| | May 27 2014 adjustment/payment from WELLCARE OF KY | | $62.50 | $0.00 |
| | **Insurance sub totals:** | $108.50 | $84.11 | $24.39 |
| | Total patient adjustment/payment to date May 27 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 5/6/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99215 | EST PT OFFICE VISIT LEVEL 5 | $250.00 | | |
| | Jul 3 2014 adjustment/payment from WELLCARE OF KY | | $250.00 | $0.00 |
| | **Insurance sub totals:** | $250.00 | $250.00 | $0.00 |
| | Total patient adjustment/payment to date Jul 3 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 5/20/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| J2997 | ACTIVASE 1MG | $287.50 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $158.12 | $129.38 |
| 36593 | DECLOTTING ACCESS DEVICE OR CATHETER | $60.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $26.63 | $33.37 |
| J1626 | KYTRIL 100MCG | $487.50 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $441.15 | $46.35 |
| J1100 | DECADRON 1 MG | $125.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $68.75 | $56.25 |
| J9351 | TOPOTECAN 0 1 MG | $6,800.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $6,132.56 | $667.44 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96375 | IV PUSH EACH ADDL SEQ TX DX DRUG | $82.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $42.88 | $39.12 |
| | **Insurance sub totals:** | $8,195.00 | $7,068.12 | $1,126.88 |
| | Total patient adjustment/payment to date Jun 30 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 5/20/2014** **PHYSICIAN** STEPHENSON,MARY ANN,, NP

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $114.07 | $32.93 |
| | **Insurance sub totals:** | $147.00 | $114.07 | $32.93 |
| | Total patient adjustment/payment to date Sep 30 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 5/23/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Jun 30 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 5/27/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| J1626 | KYTRIL 100MCG | $487.50 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $441.15 | $46.35 |
| J1100 | DECADRON 1 MG | $125.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $68.75 | $56.25 |
| J9351 | TOPOTECAN 0 1 MG | $6,800.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $6,132.56 | $667.44 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96375 | IV PUSH EACH ADDL SEQ TX DX DRUG | $82.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $42.88 | $39.12 |
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Jun 30 2014 adjustment/payment from WELLCARE OF KY | | $106.09 | $40.91 |
| JMSNP | STEPHENSON MARYANN CHARGES | $0.00 | | |
| | May 28 2014 adjustment/payment from WELLCARE OF KY | | $0.00 | $0.00 |
| | **Insurance sub totals:** | $7,994.50 | $6,989.46 | $1,005.04 |
| | Total patient adjustment/payment to date May 28 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 6/3/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | ** Pending Insurance Adjudication | | $103.09 | $40.91 |
| 85025 | CBC W DIFF | $30.00 | | |
| | ** Pending Insurance Adjudication | | $18.65 | $11.35 |
| | Dec 2 2014 adjustment/payment from WELLCARE OF KY | | $0.00 | ($0.42) |
| JMSNP | STEPHENSON MARYANN CHARGES | $0.00 | | |
| | ** Pending Insurance Adjudication | | $0.00 | $0.00 |
| J9351 | TOPOTECAN 0 1 MG | $3,400.00 | | |
| | ** Pending Insurance Adjudication | | $3,066.28 | $333.72 |
| J1626 | KYTRIL 100MCG | $487.50 | | |
| | ** Pending Insurance Adjudication | | $441.15 | $46.35 |
| J1100 | DECADRON 1 MG | $125.00 | | |
| | ** Pending Insurance Adjudication | | $68.75 | $56.25 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | ** Pending Insurance Adjudication | | $0.00 | $0.00 |
| 96367 | IV INF EACH ADDL SEQ TX DX DRUG UP TO 1 HOUR | $120.00 | | |
| | ** Pending Insurance Adjudication | | $0.00 | $0.00 |
| | **Insurance sub totals:** | $4,632.50 | $3,697.92 | $488.16 |
| | Total patient adjustment/payment to date Jun 3 2014 | | $0.00 | $0.00 |
| | Suspended visit payment $1.00 | | | |
| **Balance for Date of Service** | | | | **$446.42** |

**DATE OF SERVICE 6/11/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Jul 10 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | **Insurance sub totals:** | $30.00 | $18.65 | $11.35 |
| | Total patient adjustment/payment to date Jul 10 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

**DATE OF SERVICE 6/16/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | ** Pending Insurance Adjudication | | $18.65 | $11.35 |
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | ** Pending Insurance Adjudication | | $103.09 | $43.91 |
| J1626 | KYTRIL 100MCG | $487.50 | | |
| | ** Pending Insurance Adjudication | | $487.04 | $0.46 |
| J1100 | DECADRON 1 MG | $125.00 | | |
| | ** Pending Insurance Adjudication | | $68.75 | $56.25 |
| J9351 | TOPOTECAN 0 1 MG | $6,800.00 | | |
| | ** Pending Insurance Adjudication | | $0.00 | $0.00 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | ** Pending Insurance Adjudication | | $179.38 | $143.62 |
| 96367 | IV INF EACH ADDL SEQ TX DX DRUG UP TO 1 HOUR | $120.00 | | |
| | ** Pending Insurance Adjudication | | $64.38 | $55.62 |
| J1642 | HEPARIN PER 10 UNITS | $62.50 | | |
| | ** Pending Insurance Adjudication | | $62.50 | $0.00 |
| JMSNP | STEPHENSON MARYANN CHARGES | $0.00 | | |
| | ** Pending Insurance Adjudication | | $0.00 | $0.00 |
| J2997 | ACTIVASE 1MG | $287.50 | | |
| | ** Pending Insurance Adjudication | | $158.12 | $129.38 |
| 36593 | DECLOTTING ACCESS DEVICE OR CATHETER | $60.00 | | |
| | ** Pending Insurance Adjudication | | $23.63 | $36.37 |
| | **Insurance sub totals:** | $8,442.50 | $1,165.54 | $476.96 |
| | Total patient adjustment/payment to date Sep 18 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$6,800.00** |

**DATE OF SERVICE 6/23/2014** **PHYSICIAN** STEPHENSON,MARY ANN,, NP

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Jul 21 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | ($8.20) | $8.20 |
| J1626 | KYTRIL 100MCG | $487.50 | | |
| | Jul 21 2014 adjustment/payment from WELLCARE OF KY | | $441.15 | $46.35 |
| J9351 | TOPOTECAN 0 1 MG | $3,825.00 | | |
| | Jul 21 2014 adjustment/payment from WELLCARE OF KY | | $3,449.56 | $375.44 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | ($281.58) | $281.58 |
| J1100 | DECADRON 1 MG | $125.00 | | |
| | Jul 21 2014 adjustment/payment from WELLCARE OF KY | | $68.75 | $56.25 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | ($42.19) | $42.19 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Jul 21 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | ($107.72) | $107.72 |
| 96367 | IV INF EACH ADDL SEQ TX DX DRUG UP TO 1 HOUR | $120.00 | | |
| | Jul 21 2014 adjustment/payment from WELLCARE OF KY | | $64.38 | $55.62 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | ($41.72) | $41.72 |
| 85610 | PROTHROMBIN TIME | $17.00 | | |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | $12.70 | $4.30 |
| 99214 | EST PT OFFICE VISIT LEVEL 4 | $200.00 | | |
| | Jul 21 2014 adjustment/payment from WELLCARE OF KY | | $130.89 | $66.11 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | $0.00 | $51.84 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | ($130.89) | ($66.11) |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | $156.10 | $40.90 |
| | May 12 2015 adjustment/payment from WELLCARE OF KY | | $0.00 | ($51.84) |
| | May 12 2015 adjustment/payment from WELLCARE OF KY | | ($29.93) | $32.93 |
| JMSNP | STEPHENSON MARYANN CHARGES | $0.00 | | |
| | Jun 24 2014 adjustment/payment from WELLCARE OF KY | | $0.00 | $0.00 |
| | **Insurance sub totals:** | $5,127.50 | $3,879.33 | $1,248.17 |
| | Total patient adjustment/payment to date Jun 24 2014 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **($511.34)** |

**DATE OF SERVICE 6/26/2014** **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Jul 31 2014 adjustment/payment from WELLCARE OF KY | | $18.65 | $11.35 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | ($18.65) | ($11.35) |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | $19.07 | $10.93 |
| 85610 | PROTHROMBIN TIME | $17.00 | | |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | $11.27 | $5.73 |
| 99215 | EST PT OFFICE VISIT LEVEL 5 | $250.00 | | |
| | Jul 31 2014 adjustment/payment from WELLCARE OF KY | | $148.66 | $98.34 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | $0.00 | ($40.90) |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | $0.00 | $101.34 |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | ($148.66) | ($98.34) |
| | Jan 8 2015 adjustment/payment from WELLCARE OF KY | | $206.10 | $40.90 |
| | May 12 2015 adjustment/payment from WELLCARE OF KY | | $0.00 | ($101.34) |
| | May 12 2015 adjustment/payment from WELLCARE OF KY | | $0.00 | $43.90 |
| | **Insurance sub totals:** | $297.00 | $236.44 | $60.56 |
| | Total patient adjustment/payment to date May 12 2015 | | $0.00 | $0.00 |
| **Balance for Date of Service** | | | | **$0.00** |

CONTAINS UNREDACTED PHI-CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**DATE OF SERVICE** 6/30/2014 **PHYSICIAN** JAIN,KIRTI,K, MD

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 85025 | CBC W DIFF | $30.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $16.50 | $13.50 |
| 85610 | PROTHROMBIN TIME | $17.00 | | |
| | Oct 6 2014 adjustment/payment from WELLCARE OF KY | | $0.00 | $0.00 |
| J1626 | KYTRIL 100MCG | $487.50 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $441.15 | $46.35 |
| J1100 | DECADRON 1 MG | $125.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $68.75 | $56.25 |
| J9351 | TOPOTECAN 0 1 MG | $6,800.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $6,132.56 | $667.44 |
| 96413 | CHEMO IV INF SINGLE INITIAL DRUG INITIAL HOUR | $323.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $179.38 | $143.62 |
| 96367 | IV INF EACH ADDL SEQ TX DX DRUG UP TO 1 HOUR | $120.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $64.38 | $55.62 |
| | **Insurance sub totals:** | $7,902.50 | $6,902.72 | $982.78 |
| | Total patient adjustment/payment to date Sep 30 2014 | | $0.00 | $0.00 |

**Balance for Date of Service** **$17.00**

**DATE OF SERVICE** 6/30/2014 **PHYSICIAN** STEPHENSON,MARY ANN,, NP

| PROCEDURE | DESCRIPTION | CHARGE | ADJUSTMENT | PAYMENT |
|---|---|---|---|---|
| 99213 | EST PT OFFICE VISIT LEVEL 3 | $147.00 | | |
| | Sep 30 2014 adjustment/payment from WELLCARE OF KY | | $117.07 | $29.93 |
| | **Insurance sub totals:** | $147.00 | $117.07 | $29.93 |
| | Total patient adjustment/payment to date Sep 30 2014 | | $0.00 | $0.00 |

**Balance for Date of Service** **$0.00**

TOTAL SUSPENDED PATIENT PAYMENTS $1.00
** Pending Insurance Adjudication

| | |
|---|---|
| TOTAL CHARGES | $83,140.20 |
| TOTAL INSURANCE PAYMENTS | $16,461.70 |
| TOTAL INSURANCE ADJUSTMENTS | $59,280.08 |
| TOTAL PATIENT PAYMENTS | $18.00 |
| TOTAL PATIENT ADJUSTMENTS | $0.00 |
| OTHER CREDITS | $0.00 |

| 0 To 30 Days | 30 To 60 Days | 60 To 90 Days | 90 to 120 | Over 120 |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | ($21.00) |

**PAY THIS AMOUNT** **($21.00)**