UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
Ashland Division

***Electronically Filed***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ROBERT C. O'LAUGHLIN, M.D.,<br><br>Plaintiffs<br><br>v.<br><br>RADIATION THERAPY SERVICES, P.S.C.,<br>ASHLAND BELLEFONTE CANCER CENTER, et al<br><br>Defendant | ) | Civil Action No. 0:16-CV-148-DLB |

**ORDER**

This matter, having come before the Court on the Defendants' Motion for Summary Judgment, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment in favor of the Defendants, Radiation Therapy Services, P.S.C. d/b/a Ashland Bellefonte Cancer Center; Kirti K. Jain, M.D., P.S.C. d/b/a Highlands Cancer Center; A One Biz Solutions, LLC; Manish Jain; and Kirti K. Jain, M.D., is **GRANTED**. The claims brought by the Relator, on behalf of the United States of America are **DISMISSED** in their entirety **WITH PREJUDICE**.

Entered this____ day of _______________, 2024.