**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING OF DEPOSITION OF JESSICA DOVE (IN TWO PARTS)**

The Relator, Dr. Robert O'Laughlin, by and through undersigned counsel, hereby gives notice of the filing of the deposition transcript of Jessica Dove, taken on September 29, 2013 in the above captioned case, to be used in support of Dr. O'Laughlin's Response to the Defendants' Motion for Summary Judgment. This transcript this in two part, the second part having been treated by the parties, without Court Order, as "sealed" to protect Protected Health Information ("PHI") of patients of the Defendants. These transcript have been redacted to remove all such PHI.

By: /S/ Andrew Grosso

Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1250 Connecticut Avenue NW, Suite 700
Washington, D.C. 20036
Telephone: (202) 298-6500
Email: Agrosso@acm.org

Attorney for Relator Robert C. O'Laughlin, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Response has been served this 3rd[th] day of March 2024, by Electronic Service to all counsel of record.

/S Andrew Grosso
Andrew Grosso, Esq.