**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,**<br><br>**Defendants.** | ) | **CIVIL ACTION**<br>**NO. 0:16-CV-148-DLB** |

**NOTICE OF FILING OF DEPOSITION OF STEPHANIE HOWARD**

The Relator, Dr. Robert O'Laughlin, by and through undersigned counsel, hereby gives notice of the filing of the deposition transcript of Stephanie Howard, aka Stephanie Roberts, aka Stephanie Van Dine, taken on September 27, 2013 in the above captioned case, to be used in support of Dr. O'Laughlin's Response to the Defendants' Motion for Summary Judgment. This transcript has been redacted to remove Protected Health Information of patients of the Defendants.

By: /S/ Andrew Grosso

Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1250 Connecticut Avenue NW, Suite 700
Washington, D.C. 20036
Telephone: (202) 298-6500
Email: Agrosso@acm.org

Attorney for Relator Robert C. O'Laughlin, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response has been served this 3rd[th] day of March 2024, by Electronic Service to all counsel of record.

/S Andrew Grosso
Andrew Grosso, Esq.