UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ROBERT C. O'LAUGHLIN, M.D., | ) | |
| PLAINTIFFS, | ) | |
| V. | ) | C/A No. 0:16-CV-00148-DLB-EBA |
| RADIATION THERAPY SERVICES P.S.C., d/b/a/, ASHLAND BELLEFONTE CANCER CENTER, *et al.*, | ) | |
| DEFENDANTS | ) | |

---

**DECLARATION OF MARK HOGLE**

I, Mark Hogle, declare and state as follows:

1. I am the Director, for the Enterprise Architecture & Data Group, Office of Information Technology, Centers for Medicare & Medicaid Services, Department of Health and Human Services. I have been employed by the Centers for Medicare and Medicaid Services ("CMS") for 20 years, and have worked directly with the CMS computer files since February, 2003. My duties and responsibilities have included, among others, management of the CMS information environment through the receipt, control, editing, quality assurance, and basic monitoring of CMS program data, ensuring the data added to the databases is of the highest possible quality. The information in this certification is based on my personal knowledge of the record-keeping systems and procedures used by CMS in creating and maintaining the Integrated Data Repository (IDR). The IDR contains a subset of data transmitted by

the Common Working File (CWF), a computerized database maintained by CMS in connection with its processing and payment of Medicare claims.

**Medicare Parts A and B Data in the Integrated Data Repository**

2. The IDR has been maintained for the purpose of establishing a complete record of all CWF-processed Part A and Part B Medicare claims submitted by providers or beneficiaries and payments made by Medicare for services rendered to Medicare beneficiaries. The IDR is maintained for programmatic purposes including policy formulation, program management, actuarial projections, customer information, research, auditing services provided to beneficiaries, auditing payments made by Medicare contractors (Fiscal Intermediaries, Carriers & Medicare Administrative Contractors (MAC)), identifying system weaknesses, and designing improvements in the Medicare program.

3. The creation of the IDR begins with the submission of claims for payment, either by a provider of services to Medicare beneficiaries or by the beneficiary. Providers are required to submit particular information directly to the Medicare contractor in a claim for payment including, among other information, the Health Insurance Claim Number (HIC No.) or Medicare Beneficiary Identifier (MBI) of the Medicare beneficiary, the place of service, the type of service, the procedure or test performed by Common Procedural Terminology Code (CPT code), any modifiers to those codes, the International Classification of Diseases, 9th or 10th Revision, code (ICD-9 or ICD- 10 code) submitted in support of the test or procedure, the date of service, and the amount claimed (collectively referred to herein as "Provider Supplied Data"). The provider generally submits the claim to the Medicare contractor (Fiscal Intermediary, Carrier or Medicare Administrative Contractor (MAC)) for processing soon after the services are delivered.

4. When a provider's claim for payment is received by the Medicare contractor, the

claim is subjected to standard validation edits including, for example, whether the provider is an approved Medicare provider. If any errors in the data are discovered in this validation editing and screening process, the claim is returned to the provider. Once the claim data has been validated, the Medicare contractor then adds additional information to each claim which is generally payment amounts and processing indicators internal to CMS systems. The Medicare contractor then submits the claim to the Common Working File (CWF) through the CWF host sites. The CWF host sites also adds additional information to the claim such as the accretion date; as well as perform additional standard validation editing and screening, including edits in connection with payment approval before transmitting to CMS.

5. The CWF data is transmitted to CMS's Central Office on a daily basis. After it is transmitted to CMS, it is subjected to the Medicare Quality Assurance System ("CWFMQA"), which is a standardized quality assurance edit and data screening system that is applied to the claims prior to the weekly loading of that information into the Integrated Data Repository. The Integrated Data Repository contains both institutional claims (Inpatient/Skilled Nursing Facility, Outpatient, ESRD, Home Health and Hospice) claims processed by Fiscal Intermediaries and MACs; and non-institutional claims processed by local Carriers, Durable Medical Equipment Regional Carriers and MACs.

6. The data that is loaded into the IDR is subjected to standard quality assurance edits and data screening to assure accuracy and reliability at each stage in the process of compiling those records (Medicare contractor, CWF and CWFMQA, and the IDR).

7. There are some situations where the contractor processing the claim may modify the incoming data submitted by the provider based upon a review of the provider's medical records or documented direction from CMS. In those instances, the originally submitted claim image is always captured and an audit trail is created automatically of what was

changed and by whom. Aside from this scenario, provider Supplied Data is not modified unless the provider withdraws, supplements, or resubmits a claim.

8. At the request of Relators' counsel, CMS provided certain fee for service carrier claims data for services rendered from 2012 through 2015. The claims extract reflected claims records maintained by CMS in the IDR, and they were created from the IDR. A synopsis was provided which reflected the fields used to pull the data for the claims. A record layout describing the data fields provided was also supplied. The data extract was mailed to counsel on January 13, 2022 on the USB drive provided by them.

9. All such claim records are maintained by CMS in the IDR, and the extract was created from the IDR. The records were kept in the course of the regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit.

I declare under penalty of perjury on this 3rd day of October, 2023 that the foregoing statements are true and correct and that the records contained in the IDR are true and correct copies of the claims.

Mark P. Hogle -S

Digitally signed by Mark P. Hogle -S
Date: 2023.10.03 11:42:14 -04'00'

Mark Hogle