# AFFIDAVIT

STATE OF KENTUCKY )
COUNTY OF FRANKLIN )
)

____Jade Bullen_____________________________, being duly sworn, deposes and says:

1. I am competent and an adult over 18 years of age.

2. I am an employee of CHFS/DMS, working as a Systems Consultant IT in the Division of Information Systems.

3. In this capacity, I am familiar with the types of records created and maintained by Medicaid in the ordinary course of its business, and the process by which those records are created, kept, and maintained.

4. I have reviewed the data and determined that the records are actual records created, kept, and maintained by Medicaid in the course of regularly conducted activity as a regular practice of Claims Processing.

5. All of the attached documents were made or maintained by personnel at or about the date reflected on the documents, and were made or maintained by Medicaid personnel with knowledge of those matters. Further, the documents were based upon information maintained by Kentucky Medicaid and were made in the ordinary course of business.

Further the Affiant sayeth not.

Jade Bullen
_____________________________________

Sworn to and subscribed before me this _14___ day of ___August______________, 2023.

Tina Tucker KYNP 69447
_____________________________________
NOTARY PUBLIC

My Commission Expires: May 2, 2027