**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| ***ex rel.*** **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION** |
| | ) | **NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C.,** | ) | |
| **dba ASHLAND BELLEFONTE CANCER** | ) | |
| **CENTER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF ANDREW GROSSO, ESQ.**
**IN SUPPORT OF RELATOR'S OPPOSITON TO**
**TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Andrew Grosso, an attorney duly admitted pro hac vice before this Court in this matter, declares as follows:

I represent the Relator in the above captioned matter, Dr. Robert C. O'Laughlin, M.D. ("Dr. O'Laughlin"). I submit this declaration in support of Dr. O'Laughlin's Opposition to the Defendants' Motion for Summary Judgment. Accompanying this Declaration are the following:

1. Exhibit 1 is a true and correct copy of a Mileage Reimbursement Record, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp No. CC Defendants0027745.

2. Exhibit 2 is a true and correct copy of pages 503 though 508 of the 2011 edition of the American Medical Association's Code of Current Procedural Terminal (CPT), Professional Edition.

3. Exhibits 3A and 3B are spreadsheets of subsets of Medicare claims data obtained from the Centers for Medicare and Medicaid Services, as such data was verified by the CMS custodian of records (Doc. 201, Decl. M. Hogle).

4. Exhibits 3C and 3D are spreadsheets of subsets of Kentucky Medicaid claims data obtained from the Kentucky Cabinet for Health and Family Services (CHFS), as such data was verified by the CHFS custodian of records (Doc. 202, Decl. J. Bullen).

5. Exhibit 4 is a true and correct copy of employment records of Dr. Venu Konala and Dr. Sameer Batoo, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp No. CC Defendants0003723.

6. Exhibit 5 is a true and correct copy of an employment record of Dr. Anshu Jain, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp No. CC Defendants0003715.

7. Exhibit 6 is a true and correct copy of a letter-agreement for the employment of Dr. Juergen Bertram as a locum tenens with Ashland Bellefonte Cancer Center, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp Nos. CC Defendants0034894-96.

8. Exhibit 7 is a true and correct copy of a letter-agreement for the employment of Dr. Ram Batra as a locum tenens with Ashland Bellefonte Cancer Center, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp No. CC Defendants0034897.

9. Exhibit 8 is a true and correct copy of an excerpt of the Master Schedule of Ashland Bellefonte Cancer Center, redacted to remove patient identifications, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp Nos. CC Defendants0028337-732.

10. Exhibit 9 is 8 is a true and correct copy of an excerpt of the Master Schedule of Highlands Cancer Center, redacted to remove patient identifications, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp Nos. CC Defendants0029853-30339.

11. Exhibit 10 is a true and correct copy of key for codes for the CMS Medicare data, provided to the undersigned by Attorney Jessica Bowman, Office of the General counsel of the U.S. Department of Health and Human Services. It has been converted from its native Excel format into an Adobe pdf format.

12. Exhibit 11 is a list of identification numbers for providers employed at Ashland BCC and Highlands CC, including their National Provider Identification numbers, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp Nos. CC Defendants0001943-46.

13. Exhibit 12 is a composite of Itemized Statements, redacted to remove patient identifications, one provided to the undersigned by Dr. O'Laughlin and bearing the Bates Stamp Nos. ROL-252 and 257; and the remainder provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp Nos. beginning with "CC Defendants."

14.Exhibit 13 is a composite of Medical Administrative Records, redacted to remove patient identifications, provided to the undersigned by Defendants' counsel in this matter and bearing the Bates Stamp Nos. beginning with "CC Defendants."

15. Exhibit 14A is a spreadsheet of a subset of Medicare claims data obtained from the Centers for Medicare and Medicaid Services, as such data was verified by the CMS custodian of records (Doc. 201, Decl. M. Hogle).

16. Exhibits 14B and 14C are spreadsheets of subsets Kentucky Medicaid claims data obtained from the Kentucky Cabinet for Health and Family Services (CHFS), as such data was verified by the CHFS custodian of records (Doc. 202, Decl. J. Bullen).

17. Exhibit 15A is a spreadsheet of a subset of Medicare claims data obtained from the Centers for Medicare and Medicaid Services, as such data was verified by the CMS custodian of records (Doc. 201, Decl. M. Hogle).

18. Exhibit 15B and 15C are spreadsheets of subsets of Kentucky Medicaid claims data obtained from the Kentucky Cabinet for Health and Family Services (CHFS), as such data was verified by the CHFS custodian of records (Doc. 202, Decl. J. Bullen).

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

**Executed this 4th day of March, 2024,**
**in Tampa, in the Middle District of Florida.**

Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1250 Connecticut Avenue NW, Suite 700
Washington, D.C. 20036
Telephone: (202) 298-6500
Email: Agrosso@acm.org

Attorney for Relator Robert C. O'Laughlin, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Response has been served this 4th day of March 2024, by Electronic Service to all counsel of record.

/S Andrew Grosso
Andrew Grosso, Esq.