# EXHIBIT 1

# Ashland Bellefonte Cancer Center

## Mileage Reimbursement Report

Name: Carly Osborne Dept: Marketing

| Date: | Location: | Miles: |
|---|---|---|
| | | |
| 5/16/2018 | HCC Area | 157.5 |
| 5/22/2018 | HCC Area (Paintsville) | 155.6 |
| 5/23/2018 | ABCC Area (Ashland) | 7.2 |
| 5/24/2018 | ABCC Area (Olive Hill & Ashland) | 83.4 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Total Miles: 403.7

miles @ .45/mile = $ 181.67

| | |
|---|---|
| Employee Signature: Carly Osborne | Date:5/25/2018 |
| Supervisor Signature: | Date: |

Ashland to Huntington – 20 miles*
Ashland to Prestonsburg – 70 miles*
*One way