# EXHIBIT 2

**96118** Neuropsychological testing (eg, Halstead-Reitan Neuropsychological Battery, Wechsler Memory Scales and Wisconsin Card Sorting Test), per hour of the psychologist's or physician's time, both face-to-face time administering tests to the patient and time interpreting these test results and preparing the report

➔ *CPT Changes: An Insider's View* 2006, 2008

(96118 is also used in those circumstances when additional time is necessary to integrate other sources of clinical data, including previously completed and reported technician- and computer-administered tests)

(Do not report 96118 for the interpretation and report of 96119 or 96120)

**96119** Neuropsychological testing (eg, Halstead-Reitan Neuropsychological Battery, Wechsler Memory Scales and Wisconsin Card Sorting Test), with qualified health care professional interpretation and report, administered by technician, per hour of technician time, face-to-face

➔ *CPT Changes: An Insider's View* 2006

**96120** Neuropsychological testing (eg, Wisconsin Card Sorting Test), administered by a computer, with qualified health care professional interpretation and report

➔ *CPT Changes: An Insider's View* 2006

**96125** Standardized cognitive performance testing (eg, Ross Information Processing Assessment) per hour of a qualified health care professional's time, both face-to-face time administering tests to the patient and time interpreting these test results and preparing the report

➔ *CPT Changes: An Insider's View* 2008

(For psychological and neuropsychological testing by a physician or psychologist, see 96101-96103, 96118-96120)

## Health and Behavior Assessment/Intervention

Health and behavior assessment procedures are used to identify the psychological, behavioral, emotional, cognitive, and social factors important to the prevention, treatment, or management of physical health problems.

The focus of the assessment is not on mental health but on the biopsychosocial factors important to physical health problems and treatments. The focus of the intervention is to improve the patient's health and well-being utilizing cognitive, behavioral, social, and/or psychophysiological procedures designed to ameliorate specific disease-related problems.

Codes 96150-96155 describe services offered to patients who present with primary physical illnesses, diagnoses, or symptoms and may benefit from assessments and interventions that focus on the biopsychosocial factors related to the patient's health status. These services do not represent preventive medicine counseling and risk factor reduction interventions.

For patients that require psychiatric services (90801-90899) as well as health and behavior assessment/intervention (96150-96155), report the predominant service performed. Do not report 96150-96155 in conjunction with 90801-90899 on the same date.

Evaluation and Management services codes (including Counseling Risk Factor Reduction and Behavior Change Intervention [99401-99412]), should not be reported on the same day.

(For health and behavior assessment and/or intervention performed by a physician, see **Evaluation and Management** or **Preventive Medicine** services codes)

**96150** Health and behavior assessment (eg, health-focused clinical interview, behavioral observations, psychophysiological monitoring, health-oriented questionnaires), each 15 minutes face-to-face with the patient; initial assessment

➔ *CPT Assistant* Mar 02:4, Feb 04:11, Mar 04:10, May 05:1, Jun 05:10, Aug 09:9; *CPT Changes: An Insider's View* 2002

**96151** re-assessment

➔ *CPT Assistant* Mar 02:4, Feb 04:11, Mar 04:10, May 05:1, Jun 05:10, Aug 09:9; *CPT Changes: An Insider's View* 2002

**96152** Health and behavior intervention, each 15 minutes, face-to-face; individual

➔ *CPT Assistant* Mar 02:4, Feb 04:11, Mar 04:10, May 05:1, Jun 05:10, Aug 09:9; *CPT Changes: An Insider's View* 2002

**96153** group (2 or more patients)

➔ *CPT Assistant* Mar 02:4, Feb 04:11, Mar 04:10, May 05:1, Jun 05:10, Aug 09:9; *CPT Changes: An Insider's View* 2002

**96154** family (with the patient present)

➔ *CPT Assistant* Mar 02:4, Feb 04:11, Mar 04:10, May 05:1, Jun 05:10, Aug 09:9; *CPT Changes: An Insider's View* 2002

**96155** family (without the patient present)

➔ *CPT Assistant* Mar 02:4, 12, Feb 04:11, Mar 04:10, May 05:1, Jun 05:10, Aug 09:9; *CPT Changes: An Insider's View* 2002

## Hydration, Therapeutic, Prophylactic, Diagnostic Injections and Infusions, and Chemotherapy and Other Highly Complex Drug or Highly Complex Biologic Agent Administration

Physician work related to hydration, injection, and infusion services predominantly involves affirmation of treatment plan and direct supervision of staff.

If a significant, separately identifiable Evaluation and Management service is performed, the appropriate E/M

service code should be reported using modifier 25 in addition to 96360-96549. For same day E/M service, a different diagnosis is not required.

If performed to facilitate the infusion or injection, the following services are included and are not reported separately:

a. Use of local anesthesia

b. IV start

c. Access to indwelling IV, subcutaneous catheter or port

d. Flush at conclusion of infusion

e. Standard tubing, syringes, and supplies

(For declotting a catheter or port, use 36593)

When multiple drugs are administered, report the service(s) and the specific materials or drugs for each.

When administering multiple infusions, injections or combinations, only one "initial" service code should be reported, unless protocol requires that two separate IV sites must be used. If an injection or infusion is of a subsequent or concurrent nature, even if it is the first such service within that group of services, then a subsequent or concurrent code from the appropriate section should be reported (eg, the first IV push given subsequent to an initial one-hour infusion is reported using a subsequent IV push code).

In order to determine which service should be reported as the initial service when there is more than one type of service, hierarchies have been created. These vary by whether the physician or a facility is reporting. The order of selection for physicians is based upon the physician knowledge of the clinical condition(s) and treatment(s). The hierarchy that facilities are to use is based upon a structural algorithm. When these codes are reported by the physician, the "initial" code that best describes the key or primary reason for the encounter should always be reported irrespective of the order in which the infusions or injections occur.

When these codes are reported *by the facility*, the following instructions apply. The initial code should be selected using a hierarchy whereby chemotherapy services are primary to therapeutic, prophylactic, and diagnostic services which are primary to hydration services. Infusions are primary to pushes, which are primary to injections. This hierarchy is to be followed by facilities and supersedes parenthetical instructions for add-on codes that suggest an add-on of a higher hierarchical position may be reported in conjunction with a base code of a lower position. (For example, the hierarchy would not permit reporting 96376 with 96360, as 96376 is a higher order code. IV push is primary to hydration.)

When reporting codes for which infusion time is a factor, use the actual time over which the infusion is administered. Intravenous or intra-arterial push is defined as: (a) an injection in which the health care professional who administers the substance/drug is continuously present to administer the injection and observe the patient, or (b) an infusion of 15 minutes or less.

## Hydration

Codes 96360-96361 are intended to report a hydration IV infusion to consist of a pre-packaged fluid and electrolytes (eg, normal saline, D5-1/2 normal saline+30mEq KCl/liter), but are not used to report infusion of drugs or other substances. Hydration IV infusions typically require direct physician supervision for purposes of consent, safety oversight, or intraservice supervision of staff. Typically such infusions require little special handling to prepare or dispose of, and staff that administer these do not typically require advanced practice training. After initial set-up, infusion typically entails little patient risk and thus little monitoring. These codes are not intended to be reported by the physician in the facility setting.

**96360** Intravenous infusion, hydration; initial, 31 minutes to 1 hour

*CPT Changes: An Insider's View* 2009

(Do not report 96360 if performed as a concurrent infusion service)

(Do not report intravenous infusion for hydration of 30 minutes or less)

**+ 96361** each additional hour (List separately in addition to code for primary procedure)

*CPT Changes: An Insider's View* 2009

(Use 96361 in conjunction with 96360)

(Report 96361 for hydration infusion intervals of greater than 30 minutes beyond 1 hour increments)

(Report 96361 to identify hydration if provided as a secondary or subsequent service after a different initial service [96360, 96365, 96374, 96409, 96413] is administered through the same IV access)

## Therapeutic, Prophylactic, and Diagnostic Injections and Infusions (Excludes Chemotherapy and Other Highly Complex Drug or Highly Complex Biologic Agent Administration)

A therapeutic, prophylactic, or diagnostic IV infusion or injection (other than hydration) is for the administration of substances/drugs. When fluids are used to administer the drug(s), the administration of the fluid is considered incidental hydration and is not separately reportable. These services typically require direct physician supervision for any or all purposes of patient assessment, provision of consent, safety oversight, and intra-service supervision of staff. Typically, such infusions require special consideration to prepare, dose or dispose of, require practice training and competency for staff who

administer the infusions, and require periodic patient assessment with vital sign monitoring during the infusion. These codes are not intended to be reported by the physician in the facility setting.

See codes 96401-96549 for the administration of chemotherapy or other highly complex drug or highly complex biologic agent services. These highly complex services require advanced practice training and competency for staff who provide these services; special considerations for preparation, dosage or disposal; and commonly, these services entail significant patient risk and frequent monitoring. Examples are frequent changes in the infusion rate, prolonged presence of nurse administering the solution for patient monitoring and infusion adjustments, and frequent conferring with the physician about these issues.

(Do not report 96365-96379 with codes for which IV push or infusion is an inherent part of the procedure [eg, administration of contrast material for a diagnostic imaging study])

## *Coding Tip*

**Instructions for Reporting Medication Administration With Chemotherapy and Other Highly Complex Drug or Highly Complex Biologic Agent Administration**

The administration of medications (eg, antibiotics, steroidal agents, antiemetics, narcotics, analgesics) administered independently or sequentially as supportive management of chemotherapy administration, should be separately reported using 96360, 96361, 96365, 96379 as appropriate.

*CPT Coding Guidelines, Cardiovascular, Cardiography Implantable and Wearable Cardiac Device Evaluations*

**96365** Intravenous infusion, for therapy, prophylaxis, or diagnosis (specify substance or drug); initial, up to 1 hour
➔ *CPT Changes: An Insider's View* 2009

**+ 96366** each additional hour (List separately in addition to code for primary procedure)
➔ *CPT Changes: An Insider's View* 2009

(Report 96366 in conjunction with 96365, 96367)

(Report 96366 for additional hour[s] of sequential infusion)

(Report 96366 for infusion intervals of greater than 30 minutes beyond 1 hour increments)

**+ 96367** additional sequential infusion, up to 1 hour (List separately in addition to code for primary procedure)
➔ *CPT Changes: An Insider's View* 2009

(Report 96367 in conjunction with 96365, 96374, 96409, 96413 if provided as a secondary or subsequent service after a different initial service is administered through the same IV access. Report 96367 only once per sequential infusion of same infusate mix)

**+ 96368** concurrent infusion (List separately in addition to code for primary procedure)
➔ *CPT Changes: An Insider's View* 2009

(Report 96368 only once per encounter)

(Report 96368 in conjunction with 96365, 96366, 96413, 96415, 96416)

**96369** Subcutaneous infusion for therapy or prophylaxis (specify substance or drug); initial, up to 1 hour, including pump set-up and establishment of subcutaneous infusion site(s)
➔ *CPT Changes: An Insider's View* 2009

(For infusions of 15 minutes or less, use 96372)

**+ 96370** each additional hour (List separately in addition to code for primary procedure)
➔ *CPT Changes: An Insider's View* 2009

(Use 96370 in conjunction with 96369)

(Use 96370 for infusion intervals of greater than 30 minutes beyond 1 hour increments)

**+ 96371** additional pump set-up with establishment of new subcutaneous infusion site(s) (List separately in addition to code for primary procedure)
➔ *CPT Changes: An Insider's View* 2009

(Use 96371 in conjunction with 96369)

(Use 96369, 96371 only once per encounter)

**96372** Therapeutic, prophylactic, or diagnostic injection (specify substance or drug); subcutaneous or intramuscular
➔ *CPT Changes: An Insider's View* 2009

(For administration of vaccines/toxoids, see 96365, 96366, 90471, 90472)

(Report 96372 for non-antineoplastic hormonal therapy injections)

(Report 96401 for anti-neoplastic nonhormonal injection therapy)

(Report 96402 for anti-neoplastic hormonal injection therapy)

(Physicians do not report 96372 for injections given without direct physician supervision. To report, use 99211. Hospitals may report 96372 when the physician is not present)

(96372 does not include injections for allergen immunotherapy. For allergen immunotherapy injections, see 95115-95117)

**96373** intra-arterial
➔ *CPT Changes: An Insider's View* 2009

**96374** intravenous push, single or initial substance/drug
➔ *CPT Changes: An Insider's View* 2009

**+ 96375** each additional sequential intravenous push of a new substance/drug (List separately in addition to code for primary procedure)
➔ *CPT Changes: An Insider's View* 2009

(Use 96375 in conjunction with 96365, 96374, 96409, 96413)

Case: 0:16-cv-00148-DLB-EBA Doc #: 223-2 Filed: 03/04/24 Page: 5 of 7 - Page ID#: 5459

(Report 96375 to identify intravenous push of a new substance/drug if provided as a secondary or subsequent service after a different initial service is administered through the same IV access)

**+ 96376** each additional sequential intravenous push of the same substance/drug provided in a facility (List separately in addition to code for primary procedure)

*CPT Changes: An Insider's View* 2009

(Do not report 96376 for a push performed within 30 minutes of a reported push of the same substance or drug)

(96376 may be reported by facilities only)

**96379** Unlisted therapeutic, prophylactic, or diagnostic intravenous or intra-arterial injection or infusion

*CPT Changes: An Insider's View* 2009

(For allergy immunology, see 95004 et seq)

## Chemotherapy and Other Highly Complex Drug or Highly Complex Biologic Agent Administration

Chemotherapy administration codes 96401-96549 apply to parenteral administration of non-radionuclide anti-neoplastic drugs; and also to anti-neoplastic agents provided for treatment of noncancer diagnoses (eg, cyclophosphamide for auto-immune conditions) or to substances such as certain monoclonal antibody agents, and other biologic response modifiers. The highly complex infusion of chemotherapy or other drug or biologic agents requires physician work and/or clinical staff monitoring well beyond that of therapeutic drug agents (96360-96379) because the incidence of severe adverse patient reactions are typically greater. These services can be provided by any physician. Chemotherapy services are typically highly complex and require direct physician supervision for any or all purposes of patient assessment, provision of consent, safety oversight, and intraservice supervision of staff. Typically, such chemotherapy services require advanced practice training and competency for staff who provide these services; special considerations for preparation, dosage, or disposal; and commonly, these services entail significant patient risk and frequent monitoring. Examples are frequent changes in the infusion rate, prolonged presence of the nurse administering the solution for patient monitoring and infusion adjustments, and frequent conferring with the physician about these issues. When performed to facilitate the infusion of injection, preparation of chemotherapy agent(s), highly complex agent(s), or other highly complex drugs is included and is not reported separately. To report infusions that do not require this level of complexity, see 96360-96379. Codes 96401-96402, 96409-96425, 96521-96523 are not intended to be reported by the physician in the facility setting.

The term "chemotherapy" in 96401-96549 includes other highly complex drugs or highly complex biologic agents.

Report separate codes for each parenteral method of administration employed when chemotherapy is administered by different techniques. The administration of medications (eg, antibiotics, steroidal agents, antiemetics, narcotics, analgesics) administered independently or sequentially as supportive management of chemotherapy administration, should be separately reported using 96360, 96361, 96365, 96379 as appropriate.

Report both the specific service as well as code(s) for the specific substance(s) or drug(s) provided. The fluid used to administer the drug(s) is considered incidental hydration and is not separately reportable.

Regional (isolation) chemotherapy perfusion should be reported using the codes for arterial infusion (96420-96425). Placement of the intra-arterial catheter should be reported using the appropriate code from the **Cardiovascular Surgery** section. Placement of arterial and venous cannula(s) for extracorporeal circulation via a membrane oxygenator perfusion pump should be reported using 36823. Code 36823 includes dose calculation and administration of the chemotherapy agent by injection into the perfusate. Do not report 96409-96425 in conjunction with 36823.

(For home infusion services, see 99601-99602)

## Injection and Intravenous Infusion Chemotherapy and Other Highly Complex Drug or Highly Complex Biologic Agent Administration

Intravenous or intra-arterial push is defined as: (a) an injection in which the healthcare professional who administers the substance/drug is continuously present to administer the injection and observe the patient, or (b) an infusion of 15 minutes or less.

**96401** Chemotherapy administration, subcutaneous or intramuscular; non-hormonal anti-neoplastic

*CPT Assistant* Nov 05:1, Jan 06:47, Jan 07:30, May 07:3, Jun 07:4, Feb 09:17; *CPT Changes: An Insider's View* 2006

**96402** hormonal anti-neoplastic

*CPT Assistant* Nov 05:1, Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2006

**96405** Chemotherapy administration; intralesional, up to and including 7 lesions

*CPT Assistant* Sep 96:5, Aug 97:19, Feb 01:10, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2006

**96406** intralesional, more than 7 lesions

*CPT Assistant* Sep 96:5, Aug 97:19, Feb 01:10, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2006

Case: 0:16-cv-00148-DLB-EBA Doc #: 223-2 Filed: 03/04/24 Page: 6 of 7 - Page ID#: 5460



**96409** intravenous, push technique, single or initial substance/drug

*CPT Assistant* Nov 05:1, Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2006

**+ 96411** intravenous, push technique, each additional substance/drug (List separately in addition to code for primary procedure)

*CPT Assistant* Nov 05:1, Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2006

(Use 96411 in conjunction with 96409, 96413)

**96413** Chemotherapy administration, intravenous infusion technique; up to 1 hour, single or initial substance/drug

*CPT Assistant* Nov 05:1, Jan 07:30, May 07:3, Sep 07:3, Dec 07:15, Feb 09:17; *CPT Changes: An Insider's View* 2006

(Report 96361 to identify hydration if administered as a secondary or subsequent service in association with 96413 through the same IV access)

(Report 96366, 96367, 96375 to identify therapeutic, prophylactic, or diagnostic drug infusion or injection, if administered as a secondary or subsequent service in association with 96413 through the same IV access)

**+ 96415** each additional hour (List separately in addition to code for primary procedure)

*CPT Assistant* Nov 05:1, Jan 07:30, May 07:3, Sep 07:3, Dec 07:15, Feb 09:17; *CPT Changes: An Insider's View* 2006, 2007

(Use 96415 in conjunction with 96413)

(Report 96415 for infusion intervals of greater than 30 minutes beyond 1-hour increments)

**96416** initiation of prolonged chemotherapy infusion (more than 8 hours), requiring use of a portable or implantable pump

*CPT Assistant* Nov 05:1, Jan 07:30, May 07:3, Sep 07:3, Dec 07:15, Feb 09:17; *CPT Changes: An Insider's View* 2006

(For refilling and maintenance of a portable pump or an implantable infusion pump or reservoir for drug delivery, see 96521-96523)

**+ 96417** each additional sequential infusion (different substance/drug), up to 1 hour (List separately in addition to code for primary procedure)

*CPT Assistant* Nov 05:1, Jan 07:30, May 07:3, Jun 07:4, Feb 09:17; *CPT Changes: An Insider's View* 2006

(Use 96417 in conjunction with 96413)

(Report only once per sequential infusion. Report 96415 for additional hour(s) of sequential infusion)

## Intra-Arterial Chemotherapy and Other Highly Complex Drug or Highly Complex Biologic Agent Administration

**96420** Chemotherapy administration, intra-arterial; push technique

*CPT Assistant* Aug 97:19, Nov 98:37, Nov 99:54, Feb 01:10, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Jun 07:4, Feb 09:17

*Clinical Examples in Radiology* Summer 08:1, 2, 4

**96422** infusion technique, up to 1 hour

*CPT Assistant* Dec 96:10, Aug 97:19, Nov 98:37, Feb 01:10, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Dec 07:15, Feb 09:17

**+ 96423** infusion technique, each additional hour (List separately in addition to code for primary procedure)

*CPT Assistant* Dec 96:10, Nov 98:37, Feb 01:10, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Dec 07:15, Feb 09:17; *CPT Changes: An Insider's View* 2006, 2007

(Use 96423 in conjunction with 96422)

(Report 96423 for infusion intervals of greater than 30 minutes beyond 1-hour increments)

(For regional chemotherapy perfusion via membrane oxygenator perfusion pump to an extremity, use 36823)

**96425** infusion technique, initiation of prolonged infusion (more than 8 hours), requiring the use of a portable or implantable pump

*CPT Assistant* Nov 99:54, Feb 01:10, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Jun 07:4, Feb 09:17

(For refilling and maintenance of a portable pump or an implantable infusion pump or reservoir for drug delivery, see 96521-96523)

## Other Injection and Infusion Services

Code 96523 does not require direct physician supervision. Codes 96521-96523 may be reported when these devices are used for therapeutic drugs other than chemotherapy.

(For collection of blood specimen from a completely implantable venous access device, use 36591)

**96440** Chemotherapy administration into pleural cavity, requiring and including thoracentesis

*CPT Assistant* Feb 01:10, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Jun 07:4, Feb 09:17

▶(96445 has been deleted. To report intraperitoneal chemotherapy administration, use 96446)◀

● **96446** Chemotherapy administration into the peritoneal cavity via indwelling port or catheter

*CPT Changes: An Insider's View* 2011

**96450** Chemotherapy administration, into CNS (eg, intrathecal), requiring and including spinal puncture

*CPT Assistant* Feb 01:10, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2002

(For intravesical (bladder) chemotherapy administration, use 51720)

(For insertion of subarachnoid catheter and reservoir for infusion of drug, see 62350, 62351, 62360-62362; for insertion of intraventricular catheter and reservoir, see 61210, 61215)

**96521** Refilling and maintenance of portable pump

*CPT Assistant* Nov 05:1, Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2006

**96522** Refilling and maintenance of implantable pump or reservoir for drug delivery, systemic (eg, intravenous, intra-arterial)

*CPT Assistant* Jul 06:1, Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2006

(For refilling and maintenance of an implantable infusion pump for spinal or brain drug infusion, use 95990-95991)

**96523** Irrigation of implanted venous access device for drug delivery systems

*CPT Assistant* Jan 07:30, May 07:3, Feb 09:17; *CPT Changes: An Insider's View* 2006

►(Do not report 96523 in conjunction with other services. To report collection of blood specimen, use 36591)◄

**96542** Chemotherapy injection, subarachnoid or intraventricular via subcutaneous reservoir, single or multiple agents

*CPT Assistant* Aug 97:19, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Feb 09:17

(For radioactive isotope therapy, use 79005)

**96549** Unlisted chemotherapy procedure

*CPT Assistant* Aug 97:19, Jul 01:2, Nov 05:1, Jan 07:30, May 07:3, Jun 07:4

## Photodynamic Therapy

(To report ocular photodynamic therapy, use 67221)

**96567** Photodynamic therapy by external application of light to destroy premalignant and/or malignant lesions of the skin and adjacent mucosa (eg, lip) by activation of photosensitive drug(s), each phototherapy exposure session

*CPT Assistant* Aug 03:15, Aug 09:7, Mar 10:10; *CPT Changes: An Insider's View* 2002

✚ **96570** Photodynamic therapy by endoscopic application of light to ablate abnormal tissue via activation of photosensitive drug(s); first 30 minutes (List separately in addition to code for endoscopy or bronchoscopy procedures of lung and gastrointestinal tract)

*CPT Assistant* Nov 99:54, Sep 00:5; *CPT Changes: An Insider's View* 2000, 2010

►(Report 96570 with modifier 52 for service of less than 23 minutes with report)◄

✚ **96571** each additional 15 minutes (List separately in addition to code for endoscopy or bronchoscopy procedures of lung and gastrointestinal tract)

*CPT Assistant* Nov 99:54, Sep 00:5; *CPT Changes: An Insider's View* 2000, 2010

►(For 23-37 minutes of service, use 96570. For 38-52 minutes of service, use 96570 in conjunction with 96571)◄

(96570, 96571 are to be used in addition to bronchoscopy, endoscopy codes)

(Use 96570, 96571 in conjunction with 31641, 43228 as appropriate)

## Special Dermatological Procedures

Dermatologic services are typically consultative, and any of the five levels of consultation (99241-99255) may be appropriate.

In addition, services and skills outlined under **Evaluation and Management** levels of service appropriate to dermatologic illnesses should be coded similarly.

(For intralesional injections, see 11900, 11901)

(For Tzanck smear, see 88160-88161)

**96900** Actinotherapy (ultraviolet light)

**96902** Microscopic examination of hairs plucked or clipped by the examiner (excluding hair collected by the patient) to determine telogen and anagen counts, or structural hair shaft abnormality

*CPT Assistant* Nov 97:46-47

**96904** Whole body integumentary photography, for monitoring of high risk patients with dysplastic nevus syndrome or a history of dysplastic nevi, or patients with a personal or familial history of melanoma

*CPT Changes: An Insider's View* 2007

**96910** Photochemotherapy; tar and ultraviolet B (Goeckerman treatment) or petrolatum and ultraviolet B

**96912** psoralens and ultraviolet A (PUVA)

**96913** Photochemotherapy (Goeckerman and/or PUVA) for severe photoresponsive dermatoses requiring at least 4-8 hours of care under direct supervision of the physician (includes application of medication and dressings)

**96920** Laser treatment for inflammatory skin disease (psoriasis); total area less than 250 sq cm

*CPT Changes: An Insider's View* 2003

**96921** 250 sq cm to 500 sq cm

*CPT Changes: An Insider's View* 2003

**96922** over 500 sq cm

*CPT Changes: An Insider's View* 2003

(For laser destruction of premalignant lesions, see 17000-17004)

(For laser destruction of cutaneous vascular proliferative lesions, see 17106-17108)

(For laser destruction of benign lesions, see 17110-17111)

(For laser destruction of malignant lesions, see 17260-17286)

**96999** Unlisted special dermatological service or procedure