# EXHIBIT 3A

| Claim Service Date | Claim Submission Date | Claim Place Of Service Physician Organization Name | Claim Control No. | Claim Line No. | Claim Line HCPCS Code | Claim Billing Provider NPI Number | Provider Rendering Provider NPI Number | Claim Submitted Charge Amount | Claim Payment Amount | Claim Line Submitted Charge Amount | Claim Line Provider Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 27 | 213 | 15 | 5 | 163 | 91 | 127 | 69 | 55 | 193 | 179 |
| 12/27/13 | 12/30/13 | Ashland | 662813364340980 | 4 | 96372 | 1760592133 | 1952370066 | $829.00 | $255.80 | $37.00 | $18.21 |
| 12/27/13 | 12/30/13 | Ashland | 662813364341190 | 2 | 96372 | 1760592133 | 1952370066 | $787.00 | $242.38 | $37.00 | $18.21 |
| 12/27/13 | 12/30/13 | Ashland | 662813364341320 | 2 | 96372 | 1760592133 | 1932123205 | $787.00 | $242.38 | $37.00 | $18.21 |
| 12/27/13 | 12/30/13 | Ashland | 662813364341370 | 4 | 96372 | 1760592133 | 1952370066 | $829.00 | $255.80 | $37.00 | $18.21 |
| 12/27/13 | 12/31/13 | Ashland | 662813365404880 | 3 | 96365 | 1760592133 | 1952370066 | $2,849.50 | $534.10 | $117.00 | $52.20 |
| 12/27/13 | 12/31/13 | Ashland | 662813365404910 | 1 | 96523 | 1760592133 | 1932123205 | $96.00 | $17.30 | $46.00 | $17.30 |
| 12/27/13 | 12/31/13 | Ashland | 662813365405020 | 10 | 96367 | 1760592133 | 1952370066 | $8,016.50 | $990.08 | $60.00 | $22.46 |
| 12/27/13 | 12/31/13 | Ashland | 662813365405020 | 11 | 96375 | 1760592133 | 1952370066 | $8,016.50 | $990.08 | $41.00 | $15.65 |
| 12/27/13 | 12/31/13 | Ashland | 662813365405020 | 9 | 96413 | 1760592133 | 1952370066 | $8,016.50 | $990.08 | $323.00 | $98.62 |
| 12/27/13 | 12/31/13 | Ashland | 662813365405040 | 4 | 96413 | 1760592133 | 1952370066 | $2,755.50 | $973.13 | $323.00 | $98.62 |
| 12/30/13 | 12/31/13 | Ashland | 662813365404980 | 3 | 96367 | 1760592133 | 1952370066 | $6,602.50 | $272.03 | $60.00 | $22.46 |
| 12/30/13 | 12/31/13 | Ashland | 662813365404980 | 2 | 96375 | 1760592133 | 1952370066 | $6,602.50 | $272.03 | $41.00 | $15.65 |
| 12/30/13 | 12/31/13 | Ashland | 662813365404980 | 9 | 96413 | 1760592133 | 1952370066 | $6,602.50 | $272.03 | $323.00 | $98.62 |
| 12/30/13 | 12/31/13 | Ashland | 662813365404980 | 11 | 96415 | 1760592133 | 1952370066 | $6,602.50 | $272.03 | $75.00 | $21.53 |
| 12/30/13 | 12/31/13 | Ashland | 662813365404980 | 10 | 96417 | 1760592133 | 1952370066 | $6,602.50 | $272.03 | $161.00 | $49.19 |
| 12/30/13 | 1/3/14 | Ashland | 662814003390040 | 1 | 96523 | 1760592133 | 1952370066 | $96.00 | $17.30 | $46.00 | $17.30 |
| 12/30/13 | 1/3/14 | Ashland | 662814003390080 | 1 | 96523 | 1760592133 | 1952370066 | $96.00 | $17.30 | $46.00 | $17.30 |
| 12/30/13 | 1/3/14 | Ashland | 662814003390120 | 3 | 96365 | 1760592133 | 1952370066 | $329.00 | $97.79 | $117.00 | $52.20 |
| 12/30/13 | 1/3/14 | Ashland | 662814003390230 | 2 | 96372 | 1760592133 | 1932123205 | $787.00 | $242.38 | $37.00 | $18.21 |
| 12/30/13 | 1/3/14 | Ashland | 662814003390250 | 2 | 96372 | 1760592133 | 1952370066 | $787.00 | $242.38 | $37.00 | $18.21 |
| 12/30/13 | 1/3/14 | Ashland | 662814003390280 | 4 | 96372 | 1760592133 | 1952370066 | $829.00 | $255.80 | $37.00 | $18.21 |
| 12/30/13 | 1/22/14 | Ashland | 662814022316240 | 4 | 96416 | 1760592133 | 1952370066 | $1,321.00 | $141.21 | $355.00 | $97.84 |
| 12/30/13 | 12/31/13 | Ashland | 822213365123450 | 3 | 96365 | 1760592133 | 1952370066 | $1,923.00 | $114.29 | $117.00 | $52.20 |
| 12/30/13 | 12/31/13 | Ashland | 822213365123450 | 4 | 96366 | 1760592133 | 1952370066 | $1,923.00 | $114.29 | $76.00 | $30.92 |
| 1/3/14 | 1/6/14 | Ashland | 662814006330220 | 4 | 96360 | 1760592133 | 1952370066 | $943.00 | $301.80 | $97.00 | $39.46 |
| 1/3/14 | 1/6/14 | Ashland | 662814006330220 | 5 | 96361 | 1760592133 | 1952370066 | $943.00 | $301.80 | $29.00 | $10.58 |
| 1/3/14 | 1/6/14 | Ashland | 662814006330220 | 2 | 96372 | 1760592133 | 1952370066 | $943.00 | $301.80 | $37.00 | $17.73 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1/3/14** | **1/6/14** | **Ashland** | **662814006330510** | **2** | **96372** | **1760592133** | **1952370066** | **$787.00** | **$250.83** | **$37.00** | **$17.73** |
| 1/3/14 | 1/6/14 | Ashland | 662814006330640 | 2 | 96372 | 1760592133 | 1952370066 | $787.00 | $250.83 | $37.00 | $17.73 |
| **1/3/14** | **1/6/14** | **Ashland** | **662814006330700** | **2** | **96372** | **1760592133** | **1952370066** | **$787.00** | **$250.83** | **$37.00** | **$17.73** |
| 2/5/14 | 2/7/14 | Ashland | 662814038329740 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $14.64 | $46.00 | $14.64 |
| **2/5/14** | **2/7/14** | **Ashland** | **662814038329780** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 2/5/14 | 2/7/14 | Ashland | 662814038329890 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/7/14** | **2/12/14** | **Ashland** | **662814043406870** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$264.17** | **$37.00** | **$17.73** |
| 2/7/14 | 2/12/14 | Ashland | 662814043406950 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| **2/7/14** | **2/12/14** | **Ashland** | **662814043407000** | **3** | **96361** | **1760592133** | **1952370066** | **$934.50** | **$91.77** | **$87.00** | **$31.75** |
| **2/7/14** | **2/12/14** | **Ashland** | **662814043407000** | **6** | **96374** | **1760592133** | **1952370066** | **$934.50** | **$91.77** | **$94.00** | **$39.01** |
| **2/7/14** | **2/12/14** | **Ashland** | **662814043407000** | **7** | **96375** | **1760592133** | **1952370066** | **$934.50** | **$91.77** | **$41.00** | **$15.51** |
| 2/7/14 | 2/12/14 | Ashland | 662814043407010 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/7/14** | **2/12/14** | **Ashland** | **662814043407070** | **1** | **96523** | **1760592133** | **1952370066** | **$108.50** | **$17.01** | **$46.00** | **$17.01** |
| 2/7/14 | 2/11/14 | Ashland | 822214042174730 | 2 | 96365 | 1760592133 | 1952370066 | $179.50 | $54.04 | $117.00 | $47.69 |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335130** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 2/12/14 | 2/17/14 | Ashland | 662814048335160 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335230** | **3** | **96375** | **1760592133** | **1952370066** | **$11,010.80** | **$606.60** | **$82.00** | **$31.03** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335230** | **2** | **96411** | **1760592133** | **1952370066** | **$11,010.80** | **$606.60** | **$135.30** | **$42.51** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335230** | **12** | **96413** | **1760592133** | **1952370066** | **$11,010.80** | **$606.60** | **$323.00** | **$91.97** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335230** | **4** | **96415** | **1760592133** | **1952370066** | **$11,010.80** | **$606.60** | **$150.00** | **$39.51** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335230** | **5** | **96416** | **1760592133** | **1952370066** | **$11,010.80** | **$606.60** | **$355.00** | **$95.59** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335230** | **13** | **96417** | **1760592133** | **1952370066** | **$11,010.80** | **$606.60** | **$161.00** | **$43.04** |
| 2/12/14 | 2/17/14 | Ashland | 662814048335290 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335370** | **10** | **96375** | **1760592133** | **1952370066** | **$8,056.00** | **$251.57** | **$82.00** | **$31.03** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335370** | **8** | **96413** | **1760592133** | **1952370066** | **$8,056.00** | **$251.57** | **$323.00** | **$91.97** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335370** | **2** | **96415** | **1760592133** | **1952370066** | **$8,056.00** | **$251.57** | **$75.00** | **$19.76** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335370** | **9** | **96417** | **1760592133** | **1952370066** | **$8,056.00** | **$251.57** | **$161.00** | **$43.04** |
| 2/12/14 | 2/17/14 | Ashland | 662814048335480 | 5 | 96375 | 1760592133 | 1952370066 | $1,364.00 | $139.38 | $41.00 | $15.51 |
| 2/12/14 | 2/17/14 | Ashland | 662814048335480 | 4 | 96413 | 1760592133 | 1952370066 | $1,364.00 | $139.38 | $323.00 | $91.97 |
| 2/12/14 | 2/17/14 | Ashland | 662814048335480 | 6 | 96415 | 1760592133 | 1952370066 | $1,364.00 | $139.38 | $75.00 | $19.76 |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335530** | **5** | **96375** | **1760592133** | **1952370066** | **$8,016.50** | **$2,187.00** | **$41.00** | **$15.51** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335530** | **4** | **96413** | **1760592133** | **1952370066** | **$8,016.50** | **$2,187.00** | **$323.00** | **$91.97** |
| **2/12/14** | **2/17/14** | **Ashland** | **662814048335530** | **6** | **96415** | **1760592133** | **1952370066** | **$8,016.50** | **$2,187.00** | **$75.00** | **$19.76** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/12/14 | 2/17/14 | Ashland | 662814048335670 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| 2/12/14 | 2/28/14 | Ashland | 662814059332870 | 3 | 96365 | 1760592133 | 1952370066 | $379.00 | $2.94 | $117.00 | $0.00 |
| **2/12/14** | **11/27/14** | **Ashland** | **662814331295240** | **2** | **96365** | **1760592133** | **1952370066** | **$367.00** | **$0.00** | **$117.00** | **$0.00** |
| 2/12/14 | 1/8/15 | Ashland | 662815008311190 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $90.18 | $117.00 | $47.69 |
| **2/14/14** | **2/18/14** | **Ashland** | **662814049330610** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 2/14/14 | 2/18/14 | Ashland | 662814049330630 | 4 | 96360 | 1760592133 | 1952370066 | $1,138.00 | $301.80 | $97.00 | $39.46 |
| 2/14/14 | 2/18/14 | Ashland | 662814049330630 | 5 | 96361 | 1760592133 | 1952370066 | $1,138.00 | $301.80 | $29.00 | $10.58 |
| 2/14/14 | 2/18/14 | Ashland | 662814049330630 | 2 | 96372 | 1760592133 | 1952370066 | $1,138.00 | $301.80 | $37.00 | $17.73 |
| **2/14/14** | **2/18/14** | **Ashland** | **662814049330680** | **6** | **96360** | **1760592133** | **1952370066** | **$1,180.00** | **$315.14** | **$97.00** | **$39.46** |
| **2/14/14** | **2/18/14** | **Ashland** | **662814049330680** | **7** | **96361** | **1760592133** | **1952370066** | **$1,180.00** | **$315.14** | **$29.00** | **$10.58** |
| **2/14/14** | **2/18/14** | **Ashland** | **662814049330680** | **4** | **96372** | **1760592133** | **1952370066** | **$1,180.00** | **$315.14** | **$37.00** | **$17.73** |
| 2/14/14 | 2/18/14 | Ashland | 662814049330760 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/14/14** | **2/18/14** | **Ashland** | **662814049330840** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 2/14/14 | 2/18/14 | Ashland | 662814049330930 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/14/14** | **2/19/14** | **Ashland** | **662814050327450** | **5** | **96375** | **1760592133** | **1952370066** | **$1,589.00** | **$144.54** | **$41.00** | **$15.51** |
| **2/14/14** | **2/19/14** | **Ashland** | **662814050327450** | **4** | **96413** | **1760592133** | **1952370066** | **$1,589.00** | **$144.54** | **$323.00** | **$91.97** |
| **2/14/14** | **2/19/14** | **Ashland** | **662814050327450** | **6** | **96415** | **1760592133** | **1952370066** | **$1,589.00** | **$144.54** | **$75.00** | **$19.76** |
| 2/14/14 | 2/20/14 | Ashland | 662814051372010 | 4 | 96367 | 1760592133 | 1952370066 | $7,898.00 | $2,172.96 | $60.00 | $21.23 |
| 2/14/14 | 2/20/14 | Ashland | 662814051372010 | 3 | 96413 | 1760592133 | 1952370066 | $7,898.00 | $2,172.96 | $323.00 | $91.97 |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319660** | **8** | **96367** | **1760592133** | **1952370066** | **$3,186.80** | **$1,020.32** | **$60.00** | **$21.23** |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319660** | **9** | **96375** | **1760592133** | **1952370066** | **$3,186.80** | **$1,020.32** | **$41.00** | **$15.51** |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319660** | **7** | **96411** | **1760592133** | **1952370066** | **$3,186.80** | **$1,020.32** | **$135.30** | **$42.51** |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319660** | **6** | **96413** | **1760592133** | **1952370066** | **$3,186.80** | **$1,020.32** | **$323.00** | **$91.97** |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319660** | **10** | **96415** | **1760592133** | **1952370066** | **$3,186.80** | **$1,020.32** | **$75.00** | **$19.76** |
| 2/19/14 | 2/21/14 | Ashland | 662814052319670 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319700** | **1** | **96523** | **1760592133** | **1952370066** | **$108.50** | **$17.01** | **$46.00** | **$17.01** |
| 2/19/14 | 2/21/14 | Ashland | 662814052319720 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319740** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 2/19/14 | 2/21/14 | Ashland | 662814052319810 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319820** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 2/19/14 | 2/21/14 | Ashland | 662814052319880 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/19/14** | **2/21/14** | **Ashland** | **662814052319990** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| **2/19/14** | **3/3/14** | **Ashland** | **662814062436990** | **2** | **96367** | **1760592133** | **1952370066** | **$14,726.00** | **$374.93** | **$120.00** | **$42.46** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/19/14 | 3/3/14 | Ashland | 662814062436990 | 3 | 96375 | 1760592133 | 1952370066 | $14,726.00 | $374.93 | $82.00 | $31.03 |
| 2/19/14 | 3/3/14 | Ashland | 662814062436990 | 12 | 96413 | 1760592133 | 1952370066 | $14,726.00 | $374.93 | $323.00 | $91.97 |
| 2/19/14 | 3/3/14 | Ashland | 662814062436990 | 4 | 96415 | 1760592133 | 1952370066 | $14,726.00 | $374.93 | $225.00 | $59.27 |
| 2/19/14 | 3/3/14 | Ashland | 662814062436990 | 13 | 96417 | 1760592133 | 1952370066 | $14,726.00 | $374.93 | $161.00 | $43.04 |
| 2/21/14 | 2/26/14 | Ashland | 662814057347740 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| 2/21/14 | 2/26/14 | Ashland | 662814057347810 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| 2/21/14 | 2/26/14 | Ashland | 662814057347840 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $264.17 | $37.00 | $17.73 |
| 2/21/14 | 2/26/14 | Ashland | 662814057347890 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| 2/21/14 | 2/26/14 | Ashland | 662814057347950 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| 2/21/14 | 2/27/14 | Ashland | 662814058435230 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| 2/21/14 | 2/27/14 | Ashland | 662814058435360 | 3 | 96365 | 1760592133 | 1952370066 | $379.00 | $93.12 | $117.00 | $47.69 |
| 2/25/14 | 2/28/14 | Ashland | 662814059332640 | 4 | 96413 | 1760592133 | 1952370066 | $10,677.50 | $586.88 | $323.00 | $91.97 |
| 2/25/14 | 2/28/14 | Ashland | 662814059332640 | 5 | 96415 | 1760592133 | 1952370066 | $10,677.50 | $586.88 | $75.00 | $19.76 |
| 2/25/14 | 2/28/14 | Ashland | 662814059332750 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $264.17 | $37.00 | $17.73 |
| 2/25/14 | 3/3/14 | Ashland | 662814062436900 | 4 | 96367 | 1760592133 | 1952370066 | $9,321.50 | $481.82 | $60.00 | $21.23 |
| 2/25/14 | 3/3/14 | Ashland | 662814062436900 | 5 | 96375 | 1760592133 | 1952370066 | $9,321.50 | $481.82 | $123.00 | $46.55 |
| 2/25/14 | 3/3/14 | Ashland | 662814062436900 | 13 | 96413 | 1760592133 | 1952370066 | $9,321.50 | $481.82 | $323.00 | $91.97 |
| 2/25/14 | 3/3/14 | Ashland | 662814062436900 | 3 | 96415 | 1760592133 | 1952370066 | $9,321.50 | $481.82 | $225.00 | $59.27 |
| 2/25/14 | 3/3/14 | Ashland | 662814062436900 | 2 | 96417 | 1760592133 | 1952370066 | $9,321.50 | $481.82 | $161.00 | $43.04 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437210 | 8 | 96375 | 1760592133 | 1952370066 | $5,395.00 | $331.43 | $82.00 | $31.03 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437210 | 7 | 96413 | 1760592133 | 1952370066 | $5,395.00 | $331.43 | $323.00 | $91.97 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437270 | 5 | 96367 | 1760592133 | 1952370066 | $4,989.50 | $283.01 | $60.00 | $21.23 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437270 | 4 | 96375 | 1760592133 | 1952370066 | $4,989.50 | $283.01 | $123.00 | $46.55 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437270 | 13 | 96413 | 1760592133 | 1952370066 | $4,989.50 | $283.01 | $323.00 | $91.97 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437270 | 3 | 96415 | 1760592133 | 1952370066 | $4,989.50 | $283.01 | $150.00 | $39.51 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437270 | 2 | 96417 | 1760592133 | 1952370066 | $4,989.50 | $283.01 | $161.00 | $43.04 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437330 | 5 | 96411 | 1760592133 | 1952370066 | $1,678.30 | $280.85 | $135.30 | $42.51 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437330 | 3 | 96413 | 1760592133 | 1952370066 | $1,678.30 | $280.85 | $323.00 | $91.97 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437330 | 4 | 96415 | 1760592133 | 1952370066 | $1,678.30 | $280.85 | $75.00 | $19.76 |
| 2/25/14 | 3/3/14 | Ashland | 662814062437330 | 6 | 96521 | 1760592133 | 1952370066 | $1,678.30 | $280.85 | $320.00 | $92.94 |
| 2/26/14 | 2/28/14 | Ashland | 662814059332760 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| 2/26/14 | 3/3/14 | Ashland | 662814062436910 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| 2/26/14 | 3/3/14 | Ashland | 662814062436970 | 11 | 96367 | 1760592133 | 1952370066 | $19,847.00 | $5,640.14 | $120.00 | $42.46 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/26/14 | 3/3/14 | Ashland | 662814062436970 | 2 | 96375 | 1760592133 | 1952370066 | $19,847.00 | $5,640.14 | $82.00 | $31.03 |
| 2/26/14 | 3/3/14 | Ashland | 662814062436970 | 10 | 96413 | 1760592133 | 1952370066 | $19,847.00 | $5,640.14 | $323.00 | $91.97 |
| 2/26/14 | 3/3/14 | Ashland | 662814062436970 | 3 | 96415 | 1760592133 | 1952370066 | $19,847.00 | $5,640.14 | $75.00 | $19.76 |
| **2/26/14** | **3/3/14** | **Ashland** | **662814062437280** | **2** | **96372** | **1760592133** | **1952370066** | **$505.75** | **$134.28** | **$37.00** | **$17.73** |
| 2/26/14 | 3/17/14 | Ashland | 662814076384710 | 2 | 96365 | 1760592133 | 1952370066 | $3,467.00 | $378.28 | $117.00 | $47.69 |
| **2/28/14** | **3/5/14** | **Ashland** | **662814064310650** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$264.17** | **$37.00** | **$17.73** |
| 2/28/14 | 3/5/14 | Ashland | 662814064310710 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $264.17 | $37.00 | $17.73 |
| **2/28/14** | **3/5/14** | **Ashland** | **662814064310780** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$264.17** | **$37.00** | **$17.73** |
| 2/28/14 | 3/5/14 | Ashland | 662814064310820 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **2/28/14** | **3/5/14** | **Ashland** | **662814064310850** | **2** | **96365** | **1760592133** | **1952370066** | **$409.00** | **$103.52** | **$117.00** | **$47.69** |
| 3/7/14 | 3/11/14 | Ashland | 662814070416210 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **3/7/14** | **3/11/14** | **Ashland** | **662814070416240** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$264.17** | **$37.00** | **$17.73** |
| 3/7/14 | 3/11/14 | Ashland | 662814070416330 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **3/7/14** | **3/12/14** | **Ashland** | **662814071368840** | **6** | **96367** | **1760592133** | **1952370066** | **$1,608.00** | **$150.26** | **$60.00** | **$21.23** |
| **3/7/14** | **3/12/14** | **Ashland** | **662814071368840** | **4** | **96413** | **1760592133** | **1952370066** | **$1,608.00** | **$150.26** | **$323.00** | **$91.97** |
| **3/7/14** | **3/12/14** | **Ashland** | **662814071368840** | **5** | **96415** | **1760592133** | **1952370066** | **$1,608.00** | **$150.26** | **$75.00** | **$19.76** |
| 3/7/14 | 3/12/14 | Ashland | 662814071368850 | 7 | 96367 | 1760592133 | 1952370066 | $6,589.00 | $393.30 | $60.00 | $21.23 |
| 3/7/14 | 3/12/14 | Ashland | 662814071368850 | 8 | 96375 | 1760592133 | 1952370066 | $6,589.00 | $393.30 | $41.00 | $15.51 |
| 3/7/14 | 3/12/14 | Ashland | 662814071368850 | 6 | 96413 | 1760592133 | 1952370066 | $6,589.00 | $393.30 | $323.00 | $91.97 |
| **3/7/14** | **3/12/14** | **Ashland** | **662814071368860** | **7** | **96367** | **1760592133** | **1952370066** | **$11,183.00** | **$734.34** | **$120.00** | **$42.46** |
| **3/7/14** | **3/12/14** | **Ashland** | **662814071368860** | **6** | **96413** | **1760592133** | **1952370066** | **$11,183.00** | **$734.34** | **$323.00** | **$91.97** |
| 3/7/14 | 3/12/14 | Ashland | 662814071368870 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $90.18 | $117.00 | $47.69 |
| 3/7/14 | 6/18/14 | Ashland | 662814169372670 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $264.17 | $37.00 | $17.73 |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078358990** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 3/14/14 | 3/19/14 | Ashland | 662814078359060 | 4 | 96367 | 1760592133 | 1952370066 | $7,120.50 | $1,380.45 | $60.00 | $21.23 |
| 3/14/14 | 3/19/14 | Ashland | 662814078359060 | 3 | 96413 | 1760592133 | 1952370066 | $7,120.50 | $1,380.45 | $323.00 | $91.97 |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359090** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359172** | **3** | **96361** | **1760592133** | **1952370066** | **$923.00** | **$279.76** | **$87.00** | **$31.75** |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359172** | **6** | **96367** | **1760592133** | **1952370066** | **$923.00** | **$279.76** | **$120.00** | **$42.46** |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359172** | **1** | **96375** | **1760592133** | **1952370066** | **$923.00** | **$279.76** | **$82.00** | **$31.03** |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359172** | **4** | **96413** | **1760592133** | **1952370066** | **$923.00** | **$279.76** | **$323.00** | **$91.97** |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359172** | **2** | **96415** | **1760592133** | **1952370066** | **$923.00** | **$279.76** | **$150.00** | **$39.51** |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359172** | **5** | **96417** | **1760592133** | **1952370066** | **$923.00** | **$279.76** | **$161.00** | **$43.04** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/14/14 | 3/19/14 | Ashland | 662814078359220 | 5 | 96360 | 1760592133 | 1952370066 | $1,138.50 | $304.09 | $97.00 | $39.46 |
| 3/14/14 | 3/19/14 | Ashland | 662814078359220 | 6 | 96372 | 1760592133 | 1952370066 | $1,138.50 | $304.09 | $37.00 | $17.73 |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359260** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 3/14/14 | 3/19/14 | Ashland | 662814078359320 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **3/14/14** | **3/19/14** | **Ashland** | **662814078359370** | **1** | **96523** | **1760592133** | **1952370066** | **$46.00** | **$17.01** | **$46.00** | **$17.01** |
| **3/14/14** | **3/18/14** | **Ashland** | **822214077120170** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 3/21/14 | 3/26/14 | Ashland | 662814085379200 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **3/21/14** | **3/26/14** | **Ashland** | **662814085379230** | **1** | **96365** | **1760592133** | **1952370066** | **$117.00** | **$47.69** | **$117.00** | **$47.69** |
| 3/21/14 | 3/26/14 | Ashland | 662814085379240 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **3/21/14** | **3/26/14** | **Ashland** | **662814085379270** | **5** | **96372** | **1760592133** | **1952370066** | **$1,089.50** | **$261.23** | **$37.00** | **$17.73** |
| 3/21/14 | 3/26/14 | Ashland | 662814085379310 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **3/21/14** | **3/26/14** | **Ashland** | **662814085379370** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 3/21/14 | 3/31/14 | Ashland | 662814090386502 | 5 | 96361 | 1760592133 | 1952370066 | $800.00 | $243.72 | $58.00 | $21.17 |
| 3/21/14 | 3/31/14 | Ashland | 662814090386502 | 2 | 96367 | 1760592133 | 1952370066 | $800.00 | $243.72 | $60.00 | $21.23 |
| 3/21/14 | 3/31/14 | Ashland | 662814090386502 | 3 | 96375 | 1760592133 | 1952370066 | $800.00 | $243.72 | $123.00 | $46.55 |
| 3/21/14 | 3/31/14 | Ashland | 662814090386502 | 6 | 96413 | 1760592133 | 1952370066 | $800.00 | $243.72 | $323.00 | $91.97 |
| 3/21/14 | 3/31/14 | Ashland | 662814090386502 | 4 | 96415 | 1760592133 | 1952370066 | $800.00 | $243.72 | $75.00 | $19.76 |
| 3/21/14 | 3/31/14 | Ashland | 662814090386502 | 1 | 96417 | 1760592133 | 1952370066 | $800.00 | $243.72 | $161.00 | $43.04 |
| **3/21/14** | **3/31/14** | **Ashland** | **662814090386610** | **2** | **96365** | **1760592133** | **1952370066** | **$3,656.00** | **$444.87** | **$117.00** | **$47.69** |
| 3/28/14 | 4/3/14 | Ashland | 662814093343250 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **3/28/14** | **4/3/14** | **Ashland** | **662814093343300** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$264.17** | **$37.00** | **$17.73** |
| 3/28/14 | 4/3/14 | Ashland | 662814093343340 | 4 | 96372 | 1760592133 | 1952370066 | $1,044.00 | $266.49 | $37.00 | $17.73 |
| **3/28/14** | **4/3/14** | **Ashland** | **662814093343400** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 3/28/14 | 4/3/14 | Ashland | 662814093343460 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $250.83 | $37.00 | $17.73 |
| **3/28/14** | **4/3/14** | **Ashland** | **662814093343560** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| **3/28/14** | **4/3/14** | **Ashland** | **662814093343630** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$250.83** | **$37.00** | **$17.73** |
| 3/28/14 | 4/4/14 | Ashland | 662814094370860 | 4 | 96365 | 1760592133 | 1952370066 | $409.00 | $103.52 | $117.00 | $47.69 |
| **3/28/14** | **4/4/14** | **Ashland** | **662814094371000** | **3** | **96365** | **1760592133** | **1952370066** | **$3,529.50** | **$378.28** | **$117.00** | **$47.69** |
| 3/28/14 | 4/4/14 | Ashland | 662814094371020 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| **3/28/14** | **4/4/14** | **Ashland** | **662814094371060** | **7** | **96367** | **1760592133** | **1952370066** | **$11,164.00** | **$728.62** | **$60.00** | **$21.23** |
| **3/28/14** | **4/4/14** | **Ashland** | **662814094371060** | **8** | **96375** | **1760592133** | **1952370066** | **$11,164.00** | **$728.62** | **$41.00** | **$15.51** |
| **3/28/14** | **4/4/14** | **Ashland** | **662814094371060** | **6** | **96413** | **1760592133** | **1952370066** | **$11,164.00** | **$728.62** | **$323.00** | **$91.97** |
| 3/28/14 | 4/14/14 | Ashland | 662814104459830 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $0.00 | $46.00 | $0.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **4/11/14** | **4/16/14** | **Ashland** | **662814106364690** | **4** | **96360** | **1760592133** | **1952370066** | **$268.00** | **$64.46** | **$97.00** | **$39.46** |
| **4/11/14** | **4/16/14** | **Ashland** | **662814106364690** | **5** | **96361** | **1760592133** | **1952370066** | **$268.00** | **$64.46** | **$29.00** | **$10.58** |
| 4/11/14 | 4/16/14 | Ashland | 662814106364710 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $272.12 | $37.00 | $17.73 |
| **4/11/14** | **4/16/14** | **Ashland** | **662814106364790** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$272.12** | **$37.00** | **$17.73** |
| 4/11/14 | 4/16/14 | Ashland | 662814106364850 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $272.12 | $37.00 | $17.73 |
| **4/11/14** | **4/16/14** | **Ashland** | **662814106364920** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$272.12** | **$37.00** | **$17.73** |
| 4/11/14 | 4/17/14 | Ashland | 662814107391850 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $88.61 | $117.00 | $47.69 |
| **4/11/14** | **5/16/14** | **Ashland** | **662814107391870** | **2** | **96365** | **1760592133** | **1952370066** | **$3,467.00** | **$0.00** | **$117.00** | **$0.00** |
| 4/11/14 | 4/17/14 | Ashland | 662814107391890 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $88.61 | $117.00 | $47.69 |
| **4/11/14** | **4/17/14** | **Ashland** | **662814107391900** | **5** | **96360** | **1760592133** | **1952370066** | **$237.00** | **$50.39** | **$97.00** | **$39.46** |
| 4/11/14 | 4/17/14 | Ashland | 662814107392162 | 7 | 96361 | 1760592133 | 1952370066 | $942.00 | $287.40 | $87.00 | $31.75 |
| 4/11/14 | 4/17/14 | Ashland | 662814107392162 | 5 | 96366 | 1760592133 | 1952370066 | $942.00 | $287.40 | $38.00 | $13.35 |
| 4/11/14 | 4/17/14 | Ashland | 662814107392162 | 4 | 96367 | 1760592133 | 1952370066 | $942.00 | $287.40 | $60.00 | $21.23 |
| 4/11/14 | 4/17/14 | Ashland | 662814107392162 | 6 | 96375 | 1760592133 | 1952370066 | $942.00 | $287.40 | $123.00 | $46.55 |
| 4/11/14 | 4/17/14 | Ashland | 662814107392162 | 1 | 96413 | 1760592133 | 1952370066 | $942.00 | $287.40 | $323.00 | $91.97 |
| 4/11/14 | 4/17/14 | Ashland | 662814107392162 | 3 | 96415 | 1760592133 | 1952370066 | $942.00 | $287.40 | $150.00 | $39.51 |
| 4/11/14 | 4/17/14 | Ashland | 662814107392162 | 2 | 96417 | 1760592133 | 1952370066 | $942.00 | $287.40 | $161.00 | $43.04 |
| **4/11/14** | **4/17/14** | **Ashland** | **662814107392230** | **4** | **96365** | **1760592133** | **1952370066** | **$409.00** | **$101.95** | **$117.00** | **$47.69** |
| 4/11/14 | 4/17/14 | Ashland | 662814107392240 | 4 | 96365 | 1760592133 | 1952370066 | $409.00 | $101.95 | $117.00 | $47.69 |
| **4/18/14** | **4/22/14** | **Ashland** | **662814112363730** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$272.12** | **$37.00** | **$17.73** |
| 4/18/14 | 4/22/14 | Ashland | 662814112363810 | 4 | 96372 | 1760592133 | 1952370066 | $1,027.00 | $282.52 | $37.00 | $17.73 |
| **4/18/14** | **4/22/14** | **Ashland** | **662814112363920** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$285.46** | **$37.00** | **$17.73** |
| 4/18/14 | 4/22/14 | Ashland | 662814112364000 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $272.12 | $37.00 | $17.73 |
| **4/18/14** | **4/22/14** | **Ashland** | **662814112364050** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$285.46** | **$37.00** | **$17.73** |
| 4/18/14 | 4/22/14 | Ashland | 662814112364160 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $272.12 | $37.00 | $17.73 |
| **4/18/14** | **4/24/14** | **Ashland** | **662814114379660** | **2** | **96365** | **1760592133** | **1952370066** | **$367.00** | **$88.61** | **$117.00** | **$47.69** |
| 4/18/14 | 4/24/14 | Ashland | 662814114379710 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $88.61 | $117.00 | $47.69 |
| **4/18/14** | **4/24/14** | **Ashland** | **662814114379790** | **4** | **96365** | **1760592133** | **1952370066** | **$409.00** | **$101.95** | **$117.00** | **$47.69** |
| 4/18/14 | 4/24/14 | Ashland | 662814114379820 | 4 | 96365 | 1760592133 | 1952370066 | $409.00 | $101.95 | $117.00 | $47.69 |
| **4/18/14** | **5/12/14** | **Ashland** | **662814132376680** | **4** | **96375** | **1760592133** | **1952370066** | **$7,101.50** | **$1,281.48** | **$41.00** | **$15.51** |
| **4/18/14** | **5/12/14** | **Ashland** | **662814132376680** | **3** | **96413** | **1760592133** | **1952370066** | **$7,101.50** | **$1,281.48** | **$323.00** | **$91.97** |
| 4/30/14 | 5/6/14 | Ashland | 662814126392120 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $272.12 | $37.00 | $17.73 |
| **4/30/14** | **5/7/14** | **Ashland** | **662814127324632** | **5** | **96361** | **1760592133** | **1952370066** | **$829.00** | **$254.30** | **$87.00** | **$31.75** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/14 | 5/7/14 | Ashland | 662814127324632 | 2 | 96367 | 1760592133 | 1952370066 | $829.00 | $254.30 | $60.00 | $21.23 |
| 4/30/14 | 5/7/14 | Ashland | 662814127324632 | 3 | 96375 | 1760592133 | 1952370066 | $829.00 | $254.30 | $123.00 | $46.55 |
| 4/30/14 | 5/7/14 | Ashland | 662814127324632 | 6 | 96413 | 1760592133 | 1952370066 | $829.00 | $254.30 | $323.00 | $91.97 |
| 4/30/14 | 5/7/14 | Ashland | 662814127324632 | 4 | 96415 | 1760592133 | 1952370066 | $829.00 | $254.30 | $75.00 | $19.76 |
| 4/30/14 | 5/7/14 | Ashland | 662814127324632 | 1 | 96417 | 1760592133 | 1952370066 | $829.00 | $254.30 | $161.00 | $43.04 |
| 4/30/14 | 5/7/14 | Ashland | 662814127324800 | 9 | 96375 | 1760592133 | 1952370066 | $1,937.30 | $397.47 | $82.00 | $31.03 |
| 4/30/14 | 5/7/14 | Ashland | 662814127324800 | 8 | 96411 | 1760592133 | 1952370066 | $1,937.30 | $397.47 | $135.30 | $42.51 |
| 4/30/14 | 5/7/14 | Ashland | 662814127324800 | 7 | 96413 | 1760592133 | 1952370066 | $1,937.30 | $397.47 | $323.00 | $91.97 |
| 4/30/14 | 5/14/14 | Ashland | 662814134406070 | 4 | 96372 | 1760592133 | 1952370066 | $1,019.00 | $204.28 | $37.00 | $17.73 |
| 4/30/14 | 5/14/14 | Ashland | 662814134406070 | 5 | 96416 | 1760592133 | 1952370066 | $1,019.00 | $204.28 | $355.00 | $95.59 |
| 4/30/14 | 5/14/14 | Ashland | 662814134406330 | 4 | 96365 | 1760592133 | 1952370066 | $321.00 | $99.10 | $117.00 | $47.69 |
| 4/30/14 | 5/14/14 | Ashland | 662814134406330 | 5 | 96366 | 1760592133 | 1952370066 | $321.00 | $99.10 | $114.00 | $40.05 |
| 4/30/14 | 7/11/14 | Ashland | 662814192365220 | 5 | 96375 | 1760592133 | 1952370066 | $13,566.50 | $3,706.68 | $41.00 | $15.51 |
| 4/30/14 | 7/11/14 | Ashland | 662814192365220 | 4 | 96413 | 1760592133 | 1952370066 | $13,566.50 | $3,706.68 | $323.00 | $91.97 |
| 5/2/14 | 5/7/14 | Ashland | 662814127324540 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $272.12 | $37.00 | $17.73 |
| 5/2/14 | 5/7/14 | Ashland | 662814127324640 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $272.12 | $37.00 | $17.73 |
| 5/2/14 | 5/7/14 | Ashland | 662814127324730 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $267.73 | $37.00 | $0.00 |
| 5/2/14 | 5/7/14 | Ashland | 662814127324820 | 5 | 96375 | 1760592133 | 1952370066 | $1,580.00 | $333.99 | $82.00 | $31.03 |
| 5/2/14 | 5/6/14 | Ashland | 822214126144230 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $88.61 | $117.00 | $47.69 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376520 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376560 | 8 | 96367 | 1760592133 | 1952370066 | $4,401.75 | $290.38 | $120.00 | $42.46 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376560 | 7 | 96413 | 1760592133 | 1952370066 | $4,401.75 | $290.38 | $323.00 | $91.97 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376640 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $285.46 | $37.00 | $17.73 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376650 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376750 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $285.46 | $37.00 | $17.73 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376870 | 6 | 96361 | 1760592133 | 1952370066 | $5,600.75 | $249.13 | $29.00 | $10.58 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376870 | 7 | 96366 | 1760592133 | 1952370066 | $5,600.75 | $249.13 | $38.00 | $0.00 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376870 | 4 | 96375 | 1760592133 | 1952370066 | $5,600.75 | $249.13 | $41.00 | $15.51 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376870 | 2 | 96413 | 1760592133 | 1952370066 | $5,600.75 | $249.13 | $323.00 | $91.97 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376870 | 5 | 96415 | 1760592133 | 1952370066 | $5,600.75 | $249.13 | $75.00 | $19.76 |
| 5/8/14 | 5/12/14 | Ashland | 662814132376870 | 3 | 96417 | 1760592133 | 1952370066 | $5,600.75 | $249.13 | $161.00 | $43.04 |
| 5/8/14 | 5/12/14 | Ashland | 662814132377100 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $285.46 | $37.00 | $17.73 |
| 5/8/14 | 6/2/14 | Ashland | 662814153438030 | 2 | 96366 | 1760592133 | 1952370066 | $708.00 | $59.44 | $38.00 | $13.35 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **5/8/14** | **6/2/14** | **Ashland** | **662814153438030** | **1** | **96367** | **1760592133** | **1952370066** | **$708.00** | **$59.44** | **$120.00** | **$42.46** |
| 5/23/14 | 5/26/14 | Ashland | 662814146317390 | 10 | 96375 | 1760592133 | 1952370066 | $9,260.50 | $469.09 | $164.00 | $62.06 |
| 5/23/14 | 5/26/14 | Ashland | 662814146317390 | 8 | 96413 | 1760592133 | 1952370066 | $9,260.50 | $469.09 | $323.00 | $91.97 |
| 5/23/14 | 5/26/14 | Ashland | 662814146317390 | 2 | 96415 | 1760592133 | 1952370066 | $9,260.50 | $469.09 | $225.00 | $59.27 |
| 5/23/14 | 5/26/14 | Ashland | 662814146317390 | 9 | 96417 | 1760592133 | 1952370066 | $9,260.50 | $469.09 | $161.00 | $43.04 |
| **5/23/14** | **5/26/14** | **Ashland** | **662814146317520** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$285.46** | **$37.00** | **$17.73** |
| 5/23/14 | 5/26/14 | Ashland | 662814146317680 | 4 | 96365 | 1760592133 | 1952370066 | $538.00 | $75.91 | $117.00 | $47.69 |
| 5/23/14 | 5/26/14 | Ashland | 662814146317680 | 5 | 96375 | 1760592133 | 1952370066 | $538.00 | $75.91 | $41.00 | $15.51 |
| **5/23/14** | **5/26/14** | **Ashland** | **662814146317690** | **1** | **96523** | **1760592133** | **1952370066** | **$108.50** | **$17.01** | **$46.00** | **$17.01** |
| 5/23/14 | 5/26/14 | Ashland | 662814146317710 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| **5/23/14** | **5/26/14** | **Ashland** | **662814146317740** | **2** | **96365** | **1760592133** | **1952370066** | **$367.00** | **$88.61** | **$117.00** | **$47.69** |
| 5/23/14 | 5/26/14 | Ashland | 662814146317850 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $285.46 | $37.00 | $17.73 |
| **5/23/14** | **5/26/14** | **Ashland** | **662814146317960** | **5** | **96367** | **1760592133** | **1952370066** | **$1,618.00** | **$345.42** | **$120.00** | **$42.46** |
| **5/23/14** | **5/26/14** | **Ashland** | **662814146317960** | **4** | **96413** | **1760592133** | **1952370066** | **$1,618.00** | **$345.42** | **$323.00** | **$91.97** |
| 5/23/14 | 5/28/14 | Ashland | 662814148379920 | 1 | 96365 | 1760592133 | 1952370066 | $158.00 | $63.20 | $117.00 | $47.69 |
| 5/23/14 | 5/28/14 | Ashland | 662814148379920 | 2 | 96375 | 1760592133 | 1952370066 | $158.00 | $63.20 | $41.00 | $15.51 |
| **5/23/14** | **7/11/14** | **Ashland** | **662814192365010** | **4** | **96375** | **1760592133** | **1952370066** | **$7,879.00** | **$2,164.36** | **$41.00** | **$15.51** |
| **5/23/14** | **7/11/14** | **Ashland** | **662814192365010** | **3** | **96413** | **1760592133** | **1952370066** | **$7,879.00** | **$2,164.36** | **$323.00** | **$91.97** |
| 5/23/14 | 7/21/14 | Ashland | 662814202390470 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| **5/23/14** | **5/26/14** | **Ashland** | **822214146084010** | **2** | **96365** | **1760592133** | **1952370066** | **$3,529.50** | **$309.37** | **$117.00** | **$47.69** |
| 5/23/14 | 7/10/14 | Ashland | 822214191152760 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $88.61 | $117.00 | $47.69 |
| **5/30/14** | **6/3/14** | **Ashland** | **662814154338930** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$272.12** | **$37.00** | **$17.73** |
| 5/30/14 | 6/3/14 | Ashland | 662814154338970 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $285.46 | $37.00 | $17.73 |
| **5/30/14** | **6/3/14** | **Ashland** | **662814154339180** | **2** | **96372** | **1760592133** | **1952370066** | **$974.50** | **$272.12** | **$37.00** | **$17.73** |
| 5/30/14 | 6/4/14 | Ashland | 662814155368320 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| **5/30/14** | **6/4/14** | **Ashland** | **662814155368390** | **2** | **96372** | **1760592133** | **1952370066** | **$1,037.00** | **$272.12** | **$37.00** | **$17.73** |
| 6/6/14 | 6/16/14 | Ashland | 662814167313670 | 4 | 96372 | 1760592133 | 1952370066 | $1,016.50 | $285.46 | $37.00 | $17.73 |
| **6/6/14** | **6/16/14** | **Ashland** | **662814167313760** | **4** | **96367** | **1760592133** | **1952370066** | **$14,632.00** | **$357.70** | **$60.00** | **$21.23** |
| **6/6/14** | **6/16/14** | **Ashland** | **662814167313760** | **5** | **96375** | **1760592133** | **1952370066** | **$14,632.00** | **$357.70** | **$123.00** | **$46.55** |
| **6/6/14** | **6/16/14** | **Ashland** | **662814167313760** | **13** | **96413** | **1760592133** | **1952370066** | **$14,632.00** | **$357.70** | **$323.00** | **$91.97** |
| **6/6/14** | **6/16/14** | **Ashland** | **662814167313760** | **3** | **96415** | **1760592133** | **1952370066** | **$14,632.00** | **$357.70** | **$150.00** | **$39.51** |
| **6/6/14** | **6/16/14** | **Ashland** | **662814167313760** | **2** | **96417** | **1760592133** | **1952370066** | **$14,632.00** | **$357.70** | **$161.00** | **$43.04** |
| 6/6/14 | 6/16/14 | Ashland | 662814167313810 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $88.61 | $117.00 | $47.69 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **6/6/14** | **6/16/14** | **Ashland** | **662814167313880** | **4** | **96375** | **1760592133** | **1952370066** | **$7,879.00** | **$2,164.36** | **$41.00** | **$15.51** |
| **6/6/14** | **6/16/14** | **Ashland** | **662814167313880** | **3** | **96413** | **1760592133** | **1952370066** | **$7,879.00** | **$2,164.36** | **$323.00** | **$91.97** |
| 6/6/14 | 6/16/14 | Ashland | 662814167314000 | 2 | 96372 | 1760592133 | 1952370066 | $974.50 | $272.12 | $37.00 | $17.73 |
| **6/6/14** | **6/16/14** | **Ashland** | **662814167314050** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$285.46** | **$37.00** | **$17.73** |
| 6/6/14 | 7/11/14 | Ashland | 662814192364880 | 2 | 96365 | 1760592133 | 1952370066 | $367.00 | $88.61 | $117.00 | $47.69 |
| **6/6/14** | **6/13/14** | **Ashland** | **822214164153800** | **9** | **96375** | **1760592133** | **1952370066** | **$6,173.50** | **$367.16** | **$82.00** | **$31.03** |
| **6/6/14** | **6/13/14** | **Ashland** | **822214164153800** | **7** | **96413** | **1760592133** | **1952370066** | **$6,173.50** | **$367.16** | **$323.00** | **$91.97** |
| 6/6/14 | 6/13/14 | Ashland | 822214164153800 | 8 | 96417 | 1760592133 | 1952370066 | $6,173.50 | $367.16 | $161.00 | $43.04 |
| **6/27/14** | **6/30/14** | **Ashland** | **662814181418940** | **4** | **96372** | **1760592133** | **1952370066** | **$1,016.50** | **$285.46** | **$37.00** | **$17.73** |
| 6/27/14 | 7/1/14 | Ashland | 662814182629920 | 4 | 96365 | 1760592133 | 1952370066 | $272.50 | $88.69 | $117.00 | $47.69 |
| 6/27/14 | 7/1/14 | Ashland | 662814182629920 | 5 | 96366 | 1760592133 | 1952370066 | $272.50 | $88.69 | $76.00 | $26.70 |
| **6/27/14** | **7/1/14** | **Ashland** | **662814182629990** | **3** | **96367** | **1760592133** | **1952370066** | **$5,446.00** | **$294.44** | **$240.00** | **$84.93** |
| **6/27/14** | **7/1/14** | **Ashland** | **662814182629990** | **12** | **96413** | **1760592133** | **1952370066** | **$5,446.00** | **$294.44** | **$323.00** | **$91.97** |
| **6/27/14** | **7/1/14** | **Ashland** | **662814182629990** | **4** | **96415** | **1760592133** | **1952370066** | **$5,446.00** | **$294.44** | **$150.00** | **$39.51** |
| **6/27/14** | **7/1/14** | **Ashland** | **662814182629990** | **2** | **96417** | **1760592133** | **1952370066** | **$5,446.00** | **$294.44** | **$161.00** | **$43.04** |
| 6/27/14 | 7/1/14 | Ashland | 662814182630010 | 5 | 96367 | 1760592133 | 1952370066 | $13,585.50 | $3,712.40 | $60.00 | $21.23 |
| **6/27/14** | **7/1/14** | **Ashland** | **662814182630010** | **4** | **96413** | **1760592133** | **1952370066** | **$13,585.50** | **$3,712.40** | **$323.00** | **$91.97** |
| 6/27/14 | 7/21/14 | Ashland | 662814202390280 | 1 | 96523 | 1760592133 | 1952370066 | $108.50 | $17.01 | $46.00 | $17.01 |
| **6/27/14** | **6/30/14** | **Ashland** | **822214181217540** | **1** | **96523** | **1760592133** | **1952370066** | **$108.50** | **$17.01** | **$46.00** | **$17.01** |
| 6/27/14 | 6/30/14 | Ashland | 822214181217560 | 3 | 96361 | 1760592133 | 1952370066 | $212.50 | $69.94 | $58.00 | $21.17 |
| 6/27/14 | 6/30/14 | Ashland | 822214181217560 | 2 | 96365 | 1760592133 | 1952370066 | $212.50 | $69.94 | $117.00 | $47.69 |