# EXHIBIT 3B

| 11 | 27 | 213 | 15 | 5 | 163 | 91 | 127 | 69 | 55 | 193 | 179 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim Service Date | Claim Submission Date | Claim Place Of Service Physician Organization Name | Claim Control No. | Claim Line No. | Claim Line HCPCS Code | Claim Billing Provider NPI Number | Provider Rendering Provider NPI Number | Claim Submitted Charge Amount | Claim Payment Amount | Claim Line Submitted Charge Amount | Claim Line Provider Payment Amount |
| **2/6/14** | **2/10/14** | **Highlands** | **662814041367550** | **4** | **96365** | **1093818551** | **1952370066** | **$8,414.20** | **$901.12** | **$150.00** | **$47.69** |
| **2/6/14** | **2/10/14** | **Highlands** | **662814041367550** | **6** | **96372** | **1093818551** | **1952370066** | **$8,414.20** | **$901.12** | **$44.00** | **$17.73** |
| 2/6/14 | 2/10/14 | Highlands | 662814041367560 | 1 | 96523 | 1093818551 | 1952370066 | $116.50 | $17.01 | $54.00 | $17.01 |
| **2/6/14** | **2/10/14** | **Highlands** | **662814041367570** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 2/6/14 | 2/10/14 | Highlands | 662814041367590 | 4 | 96365 | 1093818551 | 1952370066 | $490.00 | $116.87 | $150.00 | $47.69 |
| 2/6/14 | 2/10/14 | Highlands | 662814041367590 | 5 | 96366 | 1093818551 | 1952370066 | $490.00 | $116.87 | $48.00 | $13.35 |
| **2/6/14** | **2/10/14** | **Highlands** | **662814041367610** | **7** | **96365** | **1093818551** | **1952370066** | **$8,508.50** | **$1,671.16** | **$150.00** | **$47.69** |
| **2/6/14** | **2/10/14** | **Highlands** | **662814041367610** | **8** | **96367** | **1093818551** | **1952370066** | **$8,508.50** | **$1,671.16** | **$60.00** | **$21.23** |
| **2/6/14** | **2/10/14** | **Highlands** | **662814041367610** | **5** | **96372** | **1093818551** | **1952370066** | **$8,508.50** | **$1,671.16** | **$44.00** | **$17.73** |
| 2/6/14 | 2/10/14 | Highlands | 662814041367640 | 5 | 96360 | 1093818551 | 1952370066 | $300.00 | $25.03 | $120.00 | $0.00 |
| 2/6/14 | 2/10/14 | Highlands | 662814041367640 | 2 | 96402 | 1093818551 | 1952370066 | $300.00 | $25.03 | $75.00 | $22.45 |
| **2/6/14** | **2/10/14** | **Highlands** | **662814041367650** | **4** | **96372** | **1093818551** | **1952370066** | **$1,023.50** | **$264.17** | **$44.00** | **$17.73** |
| 2/6/14 | 2/10/14 | Highlands | 662814041367660 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| **2/6/14** | **2/10/14** | **Highlands** | **662814041367670** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 2/6/14 | 2/10/14 | Highlands | 662814041367680 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| **2/6/14** | **2/17/14** | **Highlands** | **662814048334770** | **6** | **96365** | **1093818551** | **1952370066** | **$5,098.50** | **$1,332.68** | **$150.00** | **$47.69** |
| **2/6/14** | **2/17/14** | **Highlands** | **662814048334770** | **5** | **96372** | **1093818551** | **1952370066** | **$5,098.50** | **$1,332.68** | **$44.00** | **$17.73** |
| 2/6/14 | 12/10/14 | Highlands | 662814344324870 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| **2/13/14** | **2/19/14** | **Highlands** | **662814050326980** | **4** | **96365** | **1093818551** | **1952370066** | **$490.00** | **$116.87** | **$150.00** | **$47.69** |
| **2/13/14** | **2/19/14** | **Highlands** | **662814050326980** | **5** | **96366** | **1093818551** | **1952370066** | **$490.00** | **$116.87** | **$48.00** | **$13.35** |
| 2/13/14 | 3/5/14 | Highlands | 662814064310640 | 5 | 96367 | 1093818551 | 1952370066 | $13,341.00 | $4,837.19 | $60.00 | $21.23 |
| **2/13/14** | **2/18/14** | **Highlands** | **662814049330310** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 2/13/14 | 5/12/14 | Highlands | 662814132375830 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| **2/13/14** | **2/19/14** | **Highlands** | **662814050327010** | **2** | **96372** | **1093818551** | **1952370066** | **$512.75** | **$134.28** | **$44.00** | **$17.73** |
| 2/13/14 | 2/18/14 | Highlands | 662814049330300 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| **2/13/14** | **3/5/14** | **Highlands** | **662814064310640** | **4** | **96413** | **1093818551** | **1952370066** | **$13,341.00** | **$4,837.19** | **$309.00** | **$91.97** |
| 2/13/14 | 2/19/14 | Highlands | 662814050327150 | 1 | 96523 | 1093818551 | 1952370066 | $116.50 | $17.01 | $54.00 | $17.01 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2/20/14** | **2/25/14** | **Highlands** | **662814056360380** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 2/20/14 | 2/25/14 | Highlands | 662814056360120 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| **2/20/14** | **2/25/14** | **Highlands** | **662814056360450** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 2/20/14 | 2/25/14 | Highlands | 662814056360300 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| **2/20/14** | **2/25/14** | **Highlands** | **662814056360340** | **4** | **96372** | **1093818551** | **1952370066** | **$1,023.50** | **$264.17** | **$44.00** | **$17.73** |
| 2/20/14 | 2/25/14 | Highlands | 662814056360200 | 2 | 96413 | 1093818551 | 1952370066 | $875.00 | $123.18 | $309.00 | $91.97 |
| 2/20/14 | 2/25/14 | Highlands | 662814056360200 | 3 | 96415 | 1093818551 | 1952370066 | $875.00 | $123.18 | $66.00 | $19.76 |
| **2/20/14** | **2/25/14** | **Highlands** | **662814056360160** | **1** | **96523** | **1093818551** | **1952370066** | **$116.50** | **$17.01** | **$54.00** | **$17.01** |
| 2/27/14 | 3/4/14 | Highlands | 662814063312460 | 3 | 96360 | 1093818551 | 1952370066 | $253.00 | $0.93 | $120.00 | $0.00 |
| 2/27/14 | 3/4/14 | Highlands | 662814063312460 | 4 | 96361 | 1093818551 | 1952370066 | $253.00 | $0.93 | $33.00 | $0.00 |
| **2/27/14** | **3/4/14** | **Highlands** | **662814063312170** | **4** | **96365** | **1093818551** | **1952370066** | **$490.00** | **$116.87** | **$150.00** | **$47.69** |
| 2/27/14 | 3/4/14 | Highlands | 662814063312190 | 5 | 96365 | 1093818551 | 1952370066 | $5,098.50 | $1,332.68 | $150.00 | $47.69 |
| **2/27/14** | **3/4/14** | **Highlands** | **662814063312170** | **5** | **96366** | **1093818551** | **1952370066** | **$490.00** | **$116.87** | **$48.00** | **$13.35** |
| 2/27/14 | 3/4/14 | Highlands | 662814063312330 | 8 | 96367 | 1093818551 | 1952370066 | $13,933.00 | $4,016.76 | $180.00 | $63.69 |
| **2/27/14** | **3/4/14** | **Highlands** | **662814063312350** | **3** | **96367** | **1093818551** | **1952370066** | **$9,318.75** | **$495.08** | **$240.00** | **$84.93** |
| 2/27/14 | 3/4/14 | Highlands | 662814063312210 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| **2/27/14** | **3/4/14** | **Highlands** | **662814063312190** | **6** | **96372** | **1093818551** | **1952370066** | **$5,098.50** | **$1,332.68** | **$44.00** | **$17.73** |
| 2/27/14 | 3/4/14 | Highlands | 662814063312410 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| **2/27/14** | **3/4/14** | **Highlands** | **662814063312290** | **4** | **96372** | **1093818551** | **1952370066** | **$1,023.50** | **$264.17** | **$44.00** | **$17.73** |
| 2/27/14 | 3/7/14 | Highlands | 662814066334890 | 4 | 96411 | 1093818551 | 1952370066 | $1,614.00 | $280.85 | $134.00 | $42.51 |
| 2/27/14 | 3/7/14 | Highlands | 662814066334890 | 3 | 96413 | 1093818551 | 1952370066 | $1,614.00 | $280.85 | $309.00 | $91.97 |
| **2/27/14** | **3/4/14** | **Highlands** | **662814063312350** | **12** | **96413** | **1093818551** | **1952370066** | **$9,318.75** | **$495.08** | **$309.00** | **$91.97** |
| **2/27/14** | **3/4/14** | **Highlands** | **662814063312330** | **7** | **96413** | **1093818551** | **1952370066** | **$13,933.00** | **$4,016.76** | **$309.00** | **$91.97** |
| **2/27/14** | **3/4/14** | **Highlands** | **662814063312330** | **9** | **96415** | **1093818551** | **1952370066** | **$13,933.00** | **$4,016.76** | **$132.00** | **$39.51** |
| 2/27/14 | 3/4/14 | Highlands | 662814063312350 | 4 | 96415 | 1093818551 | 1952370066 | $9,318.75 | $495.08 | $198.00 | $59.27 |
| **2/27/14** | **3/7/14** | **Highlands** | **662814066334890** | **5** | **96415** | **1093818551** | **1952370066** | **$1,614.00** | **$280.85** | **$66.00** | **$19.76** |
| 2/27/14 | 3/4/14 | Highlands | 662814063312350 | 2 | 96417 | 1093818551 | 1952370066 | $9,318.75 | $495.08 | $153.00 | $43.04 |
| **2/27/14** | **3/7/14** | **Highlands** | **662814066334890** | **6** | **96521** | **1093818551** | **1952370066** | **$1,614.00** | **$280.85** | **$280.00** | **$92.94** |
| 2/27/14 | 3/4/14 | Highlands | 662814063312200 | 1 | 96523 | 1093818551 | 1952370066 | $116.50 | $0.00 | $54.00 | $0.00 |
| **3/6/14** | **3/11/14** | **Highlands** | **662814070415870** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 3/6/14 | 3/11/14 | Highlands | 662814070415920 | 3 | 96365 | 1093818551 | 1952370066 | $3,512.00 | $381.22 | $150.00 | $47.69 |
| **3/6/14** | **3/11/14** | **Highlands** | **662814070416000** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 3/6/14 | 3/11/14 | Highlands | 662814070416060 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/14 | 3/11/14 | Highlands | 662814070416110 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| 3/6/14 | 3/11/14 | Highlands | 662814070416150 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| 3/6/14 | 3/12/14 | Highlands | 662814071368540 | 4 | 96365 | 1093818551 | 1952370066 | $679.50 | $64.59 | $150.00 | $47.69 |
| 3/6/14 | 3/12/14 | Highlands | 662814071368560 | 3 | 96409 | 1093818551 | 1952370066 | $648.25 | $173.12 | $237.00 | $75.18 |
| 3/6/14 | 3/12/14 | Highlands | 662814071368560 | 2 | 96521 | 1093818551 | 1952370066 | $648.25 | $173.12 | $280.00 | $92.94 |
| 3/6/14 | 3/12/14 | Highlands | 662814071368610 | 2 | 96365 | 1093818551 | 1952370066 | $260.50 | $61.16 | $150.00 | $47.69 |
| 3/6/14 | 3/12/14 | Highlands | 662814071368610 | 3 | 96366 | 1093818551 | 1952370066 | $260.50 | $61.16 | $48.00 | $13.35 |
| 3/6/14 | 4/3/14 | Highlands | 662814093342940 | 5 | 96365 | 1093818551 | 1952370066 | $534.00 | $99.15 | $150.00 | $47.69 |
| 3/6/14 | 4/3/14 | Highlands | 662814093342940 | 6 | 96366 | 1093818551 | 1952370066 | $534.00 | $99.15 | $144.00 | $40.05 |
| 3/6/14 | 4/4/14 | Highlands | 662814094370640 | 5 | 96367 | 1093818551 | 1952370066 | $536.00 | $127.55 | $60.00 | $21.23 |
| 3/6/14 | 4/4/14 | Highlands | 662814094370640 | 4 | 96413 | 1093818551 | 1952370066 | $536.00 | $127.55 | $309.00 | $91.97 |
| 3/13/14 | 3/18/14 | Highlands | 662814077356770 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| 3/13/14 | 3/18/14 | Highlands | 662814077356980 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| 3/13/14 | 3/18/14 | Highlands | 662814077357070 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| 3/13/14 | 3/18/14 | Highlands | 662814077357150 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| 3/13/14 | 3/18/14 | Highlands | 662814077357210 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| 3/13/14 | 3/18/14 | Highlands | 662814077357320 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| 3/13/14 | 3/19/14 | Highlands | 662814078358720 | 4 | 96365 | 1093818551 | 1952370066 | $490.00 | $116.87 | $150.00 | $47.69 |
| 3/13/14 | 3/19/14 | Highlands | 662814078358720 | 5 | 96366 | 1093818551 | 1952370066 | $490.00 | $116.87 | $48.00 | $13.35 |
| 3/13/14 | 3/19/14 | Highlands | 662814078358910 | 3 | 96367 | 1093818551 | 1952370066 | $11,403.25 | $355.25 | $240.00 | $84.93 |
| 3/13/14 | 3/19/14 | Highlands | 662814078358910 | 12 | 96413 | 1093818551 | 1952370066 | $11,403.25 | $355.25 | $309.00 | $91.97 |
| 3/13/14 | 3/19/14 | Highlands | 662814078358910 | 4 | 96415 | 1093818551 | 1952370066 | $11,403.25 | $355.25 | $198.00 | $59.27 |
| 3/13/14 | 3/19/14 | Highlands | 662814078358910 | 2 | 96417 | 1093818551 | 1952370066 | $11,403.25 | $355.25 | $153.00 | $43.04 |
| 3/13/14 | 4/9/14 | Highlands | 662814099388340 | 1 | 96372 | 1093818551 | 1952370066 | $5,044.00 | $896.06 | $44.00 | $17.73 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384310 | 2 | 96365 | 1093818551 | 1952370066 | $3,500.00 | $378.28 | $150.00 | $47.69 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384340 | 1 | 96523 | 1093818551 | 1952370066 | $116.50 | $17.01 | $54.00 | $17.01 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384350 | 3 | 96409 | 1093818551 | 1952370066 | $648.25 | $173.12 | $237.00 | $75.18 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384350 | 2 | 96521 | 1093818551 | 1952370066 | $648.25 | $173.12 | $280.00 | $92.94 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384370 | 1 | 96523 | 1093818551 | 1952370066 | $116.50 | $17.01 | $54.00 | $17.01 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384420 | 3 | 96367 | 1093818551 | 1952370066 | $9,318.75 | $495.08 | $240.00 | $84.93 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384420 | 12 | 96413 | 1093818551 | 1952370066 | $9,318.75 | $495.08 | $309.00 | $91.97 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384420 | 4 | 96415 | 1093818551 | 1952370066 | $9,318.75 | $495.08 | $198.00 | $59.27 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384420 | 2 | 96417 | 1093818551 | 1952370066 | $9,318.75 | $495.08 | $153.00 | $43.04 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/20/14 | 3/24/14 | Highlands | 662814083384430 | 5 | 96360 | 1093818551 | 1952370066 | $1,168.50 | $304.09 | $120.00 | $39.46 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384430 | 6 | 96372 | 1093818551 | 1952370066 | $1,168.50 | $304.09 | $44.00 | $17.73 |
| **3/20/14** | **3/24/14** | **Highlands** | **662814083384450** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 3/20/14 | 3/24/14 | Highlands | 662814083384500 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $250.83 | $44.00 | $17.73 |
| 3/20/14 | 3/24/14 | Highlands | 662814083384550 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $250.83 | $44.00 | $17.73 |
| **3/20/14** | **8/15/14** | **Highlands** | **662814227486190** | **2** | **96365** | **1093818551** | **1952370066** | **$2,344.95** | **$0.00** | **$150.00** | **$0.00** |
| **3/20/14** | **8/15/14** | **Highlands** | **662814227486190** | **3** | **96366** | **1093818551** | **1952370066** | **$2,344.95** | **$0.00** | **$96.00** | **$0.00** |
| 3/20/14 | 12/24/14 | Highlands | 662814358305980 | 2 | 96365 | 1093818551 | 1952370066 | $2,344.95 | $26.37 | $150.00 | $13.07 |
| 3/20/14 | 12/24/14 | Highlands | 662814358305980 | 3 | 96366 | 1093818551 | 1952370066 | $2,344.95 | $26.37 | $96.00 | $8.25 |
| **3/27/14** | **4/1/14** | **Highlands** | **662814091417590** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$250.83** | **$44.00** | **$17.73** |
| 3/27/14 | 4/1/14 | Highlands | 662814091417750 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| **3/27/14** | **4/1/14** | **Highlands** | **662814091417830** | **4** | **96372** | **1093818551** | **1952370066** | **$1,023.50** | **$264.17** | **$44.00** | **$17.73** |
| 3/27/14 | 4/1/14 | Highlands | 662814091417890 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $264.17 | $44.00 | $17.73 |
| **3/27/14** | **4/1/14** | **Highlands** | **662814091417950** | **4** | **96372** | **1093818551** | **1952370066** | **$1,023.50** | **$264.17** | **$44.00** | **$17.73** |
| 3/27/14 | 4/1/14 | Highlands | 662814091418140 | 4 | 96365 | 1093818551 | 1952370066 | $490.00 | $116.87 | $150.00 | $47.69 |
| 3/27/14 | 4/1/14 | Highlands | 662814091418140 | 5 | 96366 | 1093818551 | 1952370066 | $490.00 | $116.87 | $48.00 | $13.35 |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093342760** | **4** | **96365** | **1093818551** | **1952370066** | **$490.00** | **$116.87** | **$150.00** | **$47.69** |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093342760** | **5** | **96366** | **1093818551** | **1952370066** | **$490.00** | **$116.87** | **$48.00** | **$13.35** |
| 3/27/14 | 4/3/14 | Highlands | 662814093342840 | 1 | 96523 | 1093818551 | 1952370066 | $116.50 | $17.01 | $54.00 | $17.01 |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093342870** | **3** | **96413** | **1093818551** | **1952370066** | **$887.00** | **$126.12** | **$309.00** | **$91.97** |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093342870** | **4** | **96415** | **1093818551** | **1952370066** | **$887.00** | **$126.12** | **$66.00** | **$19.76** |
| 3/27/14 | 4/3/14 | Highlands | 662814093343040 | 4 | 96365 | 1093818551 | 1952370066 | $490.00 | $116.87 | $150.00 | $47.69 |
| 3/27/14 | 4/3/14 | Highlands | 662814093343040 | 5 | 96366 | 1093818551 | 1952370066 | $490.00 | $116.87 | $48.00 | $13.35 |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093343170** | **8** | **96361** | **1093818551** | **1952370066** | **$978.50** | **$307.80** | **$33.00** | **$10.58** |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093343170** | **5** | **96366** | **1093818551** | **1952370066** | **$978.50** | **$307.80** | **$48.00** | **$13.35** |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093343170** | **4** | **96367** | **1093818551** | **1952370066** | **$978.50** | **$307.80** | **$180.00** | **$63.69** |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093343170** | **6** | **96375** | **1093818551** | **1952370066** | **$978.50** | **$307.80** | **$40.00** | **$15.51** |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093343170** | **1** | **96413** | **1093818551** | **1952370066** | **$978.50** | **$307.80** | **$309.00** | **$91.97** |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093343170** | **2** | **96415** | **1093818551** | **1952370066** | **$978.50** | **$307.80** | **$66.00** | **$19.76** |
| **3/27/14** | **4/3/14** | **Highlands** | **662814093343170** | **3** | **96521** | **1093818551** | **1952370066** | **$978.50** | **$307.80** | **$280.00** | **$92.94** |
| 3/27/14 | 4/4/14 | Highlands | 662814094370650 | 7 | 96367 | 1093818551 | 1952370066 | $616.00 | $151.65 | $60.00 | $21.23 |
| 3/27/14 | 4/4/14 | Highlands | 662814094370650 | 4 | 96402 | 1093818551 | 1952370066 | $616.00 | $151.65 | $75.00 | $22.45 |
| 3/27/14 | 4/4/14 | Highlands | 662814094370650 | 6 | 96413 | 1093818551 | 1952370066 | $616.00 | $151.65 | $309.00 | $91.97 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **4/10/14** | **4/16/14** | **Highlands** | **662814106364600** | **6** | **96360** | **1093818551** | **1952370066** | **$1,504.90** | **$345.08** | **$120.00** | **$39.46** |
| **4/10/14** | **4/16/14** | **Highlands** | **662814106364600** | **7** | **96361** | **1093818551** | **1952370066** | **$1,504.90** | **$345.08** | **$99.00** | **$31.75** |
| 4/10/14 | 4/21/14 | Highlands | 662814111358380 | 4 | 96365 | 1093818551 | 1952370066 | $490.00 | $115.30 | $150.00 | $47.69 |
| 4/10/14 | 4/21/14 | Highlands | 662814111358380 | 5 | 96366 | 1093818551 | 1952370066 | $490.00 | $115.30 | $48.00 | $13.35 |
| **4/10/14** | **4/17/14** | **Highlands** | **662814107391500** | **4** | **96367** | **1093818551** | **1952370066** | **$9,252.75** | **$481.65** | **$240.00** | **$84.93** |
| 4/10/14 | 4/16/14 | Highlands | 662814106364350 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $285.46 | $44.00 | $17.73 |
| **4/10/14** | **4/16/14** | **Highlands** | **662814106364600** | **4** | **96372** | **1093818551** | **1952370066** | **$1,504.90** | **$345.08** | **$44.00** | **$17.73** |
| 4/10/14 | 4/16/14 | Highlands | 662814106364130 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $285.46 | $44.00 | $17.73 |
| **4/10/14** | **4/17/14** | **Highlands** | **662814107391500** | **12** | **96413** | **1093818551** | **1952370066** | **$9,252.75** | **$481.65** | **$309.00** | **$91.97** |
| **4/10/14** | **4/17/14** | **Highlands** | **662814107391500** | **3** | **96415** | **1093818551** | **1952370066** | **$9,252.75** | **$481.65** | **$132.00** | **$39.51** |
| **4/10/14** | **4/17/14** | **Highlands** | **662814107391500** | **2** | **96417** | **1093818551** | **1952370066** | **$9,252.75** | **$481.65** | **$153.00** | **$43.04** |
| 4/10/14 | 4/17/14 | Highlands | 662814107391360 | 1 | 96523 | 1093818551 | 1952370066 | $116.50 | $17.01 | $54.00 | $17.01 |
| **4/17/14** | **4/22/14** | **Highlands** | **662814112363110** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$272.12** | **$44.00** | **$17.73** |
| 4/17/14 | 4/22/14 | Highlands | 662814112363150 | 1 | 96523 | 1093818551 | 1952370066 | $116.50 | $17.01 | $54.00 | $17.01 |
| **4/17/14** | **4/22/14** | **Highlands** | **662814112363190** | **2** | **96413** | **1093818551** | **1952370066** | **$875.00** | **$121.87** | **$309.00** | **$91.97** |
| **4/17/14** | **4/22/14** | **Highlands** | **662814112363190** | **3** | **96415** | **1093818551** | **1952370066** | **$875.00** | **$121.87** | **$66.00** | **$19.76** |
| 4/17/14 | 4/22/14 | Highlands | 662814112363210 | 3 | 96365 | 1093818551 | 1952370066 | $3,512.00 | $306.00 | $150.00 | $47.69 |
| **4/17/14** | **4/22/14** | **Highlands** | **662814112363290** | **2** | **96365** | **1093818551** | **1952370066** | **$3,500.00** | **$303.06** | **$150.00** | **$47.69** |
| 4/17/14 | 4/22/14 | Highlands | 662814112363340 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $285.46 | $44.00 | $17.73 |
| **4/17/14** | **4/22/14** | **Highlands** | **662814112363400** | **4** | **96372** | **1093818551** | **1952370066** | **$1,023.50** | **$285.46** | **$44.00** | **$17.73** |
| 4/17/14 | 4/22/14 | Highlands | 662814112363430 | 10 | 96367 | 1093818551 | 1952370066 | $14,366.00 | $4,040.42 | $240.00 | $84.93 |
| 4/17/14 | 4/22/14 | Highlands | 662814112363430 | 9 | 96413 | 1093818551 | 1952370066 | $14,366.00 | $4,040.42 | $309.00 | $91.97 |
| 4/17/14 | 4/22/14 | Highlands | 662814112363430 | 2 | 96415 | 1093818551 | 1952370066 | $14,366.00 | $4,040.42 | $132.00 | $39.51 |
| **4/17/14** | **4/22/14** | **Highlands** | **662814112363480** | **5** | **96365** | **1093818551** | **1952370066** | **$4,523.50** | **$588.52** | **$150.00** | **$47.69** |
| **4/17/14** | **4/22/14** | **Highlands** | **662814112363480** | **6** | **96372** | **1093818551** | **1952370066** | **$4,523.50** | **$588.52** | **$44.00** | **$17.73** |
| 4/17/14 | 4/22/14 | Highlands | 662814112363540 | 5 | 96367 | 1093818551 | 1952370066 | $536.00 | $127.47 | $60.00 | $21.23 |
| 4/17/14 | 4/22/14 | Highlands | 662814112363540 | 4 | 96413 | 1093818551 | 1952370066 | $536.00 | $127.47 | $309.00 | $91.97 |
| **4/24/14** | **4/28/14** | **Highlands** | **662814118361460** | **4** | **96372** | **1093818551** | **1952370066** | **$1,023.50** | **$285.46** | **$44.00** | **$17.73** |
| **4/24/14** | **4/28/14** | **Highlands** | **662814118361560** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$272.12** | **$44.00** | **$17.73** |
| 4/24/14 | 4/28/14 | Highlands | 662814118361610 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $285.46 | $44.00 | $17.73 |
| **4/24/14** | **5/1/14** | **Highlands** | **662814121421380** | **4** | **96365** | **1093818551** | **1952370066** | **$3,542.00** | **$316.40** | **$150.00** | **$47.69** |
| 4/17/14 | 5/8/14 | Highlands | 662814128271140 | 1 | 96365 | 1093818551 | 1952370066 | $5,150.00 | $896.07 | $150.00 | $47.69 |
| **4/24/14** | **5/14/14** | **Highlands** | **662814134405990** | **8** | **96361** | **1093818551** | **1952370066** | **$1,018.50** | **$323.32** | **$33.00** | **$10.58** |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **4/24/14** | **5/14/14** | **Highlands** | **662814134405990** | **6** | **96366** | **1093818551** | **1952370066** | **$1,018.50** | **$323.32** | **$48.00** | **$13.35** |
| **4/24/14** | **5/14/14** | **Highlands** | **662814134405990** | **4** | **96367** | **1093818551** | **1952370066** | **$1,018.50** | **$323.32** | **$180.00** | **$63.69** |
| **4/24/14** | **5/14/14** | **Highlands** | **662814134405990** | **5** | **96375** | **1093818551** | **1952370066** | **$1,018.50** | **$323.32** | **$80.00** | **$31.03** |
| **4/24/14** | **5/14/14** | **Highlands** | **662814134405990** | **1** | **96413** | **1093818551** | **1952370066** | **$1,018.50** | **$323.32** | **$309.00** | **$91.97** |
| **4/24/14** | **5/14/14** | **Highlands** | **662814134405990** | **2** | **96415** | **1093818551** | **1952370066** | **$1,018.50** | **$323.32** | **$66.00** | **$19.76** |
| **4/24/14** | **5/14/14** | **Highlands** | **662814134405990** | **3** | **96521** | **1093818551** | **1952370066** | **$1,018.50** | **$323.32** | **$280.00** | **$92.94** |
| 5/1/14 | 5/7/14 | Highlands | 662814127324180 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $285.46 | $44.00 | $17.73 |
| **5/1/14** | **5/7/14** | **Highlands** | **662814127324250** | **4** | **96372** | **1093818551** | **1952370066** | **$1,023.50** | **$285.46** | **$44.00** | **$17.73** |
| 5/1/14 | 5/8/14 | Highlands | 662814128271180 | 4 | 96365 | 1093818551 | 1952370066 | $8,762.00 | $1,753.58 | $150.00 | $47.69 |
| 5/1/14 | 5/8/14 | Highlands | 662814128271180 | 5 | 96402 | 1093818551 | 1952370066 | $8,762.00 | $1,753.58 | $75.00 | $22.45 |
| **5/1/14** | **5/8/14** | **Highlands** | **662814128271280** | **6** | **96365** | **1093818551** | **1952370066** | **$1,155.75** | **$165.17** | **$150.00** | **$47.69** |
| **5/1/14** | **5/8/14** | **Highlands** | **662814128271280** | **8** | **96366** | **1093818551** | **1952370066** | **$1,155.75** | **$165.17** | **$192.00** | **$53.41** |
| **5/1/14** | **5/8/14** | **Highlands** | **662814128271280** | **9** | **96367** | **1093818551** | **1952370066** | **$1,155.75** | **$165.17** | **$120.00** | **$42.46** |
| **5/1/14** | **5/8/14** | **Highlands** | **662814128271280** | **7** | **96375** | **1093818551** | **1952370066** | **$1,155.75** | **$165.17** | **$40.00** | **$15.51** |
| 5/1/14 | 5/8/14 | Highlands | 662814128271290 | 4 | 96365 | 1093818551 | 1952370066 | $442.00 | $101.95 | $150.00 | $47.69 |
| **5/6/14** | **5/8/14** | **Highlands** | **662814128271220** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$272.12** | **$44.00** | **$17.73** |
| 5/8/14 | 5/12/14 | Highlands | 662814132375770 | 4 | 96365 | 1093818551 | 1952370066 | $500.50 | $101.96 | $150.00 | $47.69 |
| 5/8/14 | 5/12/14 | Highlands | 662814132375770 | 5 | 96366 | 1093818551 | 1952370066 | $500.50 | $101.96 | $48.00 | $13.35 |
| **5/8/14** | **5/12/14** | **Highlands** | **662814132376240** | **5** | **96367** | **1093818551** | **1952370066** | **$5,806.50** | **$308.57** | **$240.00** | **$84.93** |
| **5/8/14** | **5/12/14** | **Highlands** | **662814132376240** | **2** | **96413** | **1093818551** | **1952370066** | **$5,806.50** | **$308.57** | **$309.00** | **$91.97** |
| **5/8/14** | **5/12/14** | **Highlands** | **662814132376240** | **4** | **96415** | **1093818551** | **1952370066** | **$5,806.50** | **$308.57** | **$132.00** | **$39.51** |
| **5/8/14** | **5/12/14** | **Highlands** | **662814132376240** | **3** | **96417** | **1093818551** | **1952370066** | **$5,806.50** | **$308.57** | **$153.00** | **$43.04** |
| 5/8/14 | 5/12/14 | Highlands | 662814132376310 | 5 | 96365 | 1093818551 | 1952370066 | $446.00 | $101.69 | $150.00 | $47.69 |
| 5/8/14 | 5/12/14 | Highlands | 662814132376310 | 6 | 96366 | 1093818551 | 1952370066 | $446.00 | $101.69 | $96.00 | $26.70 |
| 5/8/14 | 5/12/14 | Highlands | 662814132376310 | 7 | 96375 | 1093818551 | 1952370066 | $446.00 | $101.69 | $40.00 | $15.51 |
| **5/8/14** | **5/13/14** | **Highlands** | **662814133416790** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$272.12** | **$44.00** | **$17.73** |
| 5/8/14 | 5/13/14 | Highlands | 662814133416830 | 4 | 96372 | 1093818551 | 1952370066 | $1,023.50 | $285.46 | $44.00 | $17.73 |
| **5/22/14** | **5/26/14** | **Highlands** | **662814146316410** | **4** | **96365** | **1093818551** | **1952370066** | **$442.00** | **$101.95** | **$150.00** | **$47.69** |
| 5/22/14 | 5/26/14 | Highlands | 662814146316450 | 2 | 96365 | 1093818551 | 1952370066 | $4,481.50 | $575.18 | $150.00 | $47.69 |
| 5/22/14 | 5/26/14 | Highlands | 662814146316450 | 4 | 96372 | 1093818551 | 1952370066 | $4,481.50 | $575.18 | $44.00 | $17.73 |
| **5/22/14** | **5/26/14** | **Highlands** | **662814146316460** | **4** | **96365** | **1093818551** | **1952370066** | **$452.50** | **$99.01** | **$150.00** | **$47.69** |
| 5/22/14 | 5/26/14 | Highlands | 662814146316820 | 5 | 96367 | 1093818551 | 1952370066 | $536.00 | $127.47 | $60.00 | $21.23 |
| 5/22/14 | 5/26/14 | Highlands | 662814146316820 | 4 | 96413 | 1093818551 | 1952370066 | $536.00 | $127.47 | $309.00 | $91.97 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **5/22/14** | **5/26/14** | **Highlands** | **662814146316890** | **4** | **96365** | **1093818551** | **1952370066** | **$490.00** | **$115.30** | **$150.00** | **$47.69** |
| **5/22/14** | **5/26/14** | **Highlands** | **662814146316890** | **5** | **96366** | **1093818551** | **1952370066** | **$490.00** | **$115.30** | **$48.00** | **$13.35** |
| 5/22/14 | 5/26/14 | Highlands | 662814146316910 | 8 | 96367 | 1093818551 | 1952370066 | $1,897.50 | $181.13 | $120.00 | $42.46 |
| 5/22/14 | 5/26/14 | Highlands | 662814146316910 | 7 | 96413 | 1093818551 | 1952370066 | $1,897.50 | $181.13 | $309.00 | $91.97 |
| 5/22/14 | 5/26/14 | Highlands | 662814146316910 | 9 | 96415 | 1093818551 | 1952370066 | $1,897.50 | $181.13 | $66.00 | $19.76 |
| **5/22/14** | **5/28/14** | **Highlands** | **662814148379520** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$272.12** | **$44.00** | **$17.73** |
| 5/22/14 | 2/23/15 | Highlands | 662815054342710 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $272.12 | $44.00 | $17.73 |
| **5/29/14** | **6/2/14** | **Highlands** | **662814153437360** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$272.12** | **$44.00** | **$17.73** |
| **5/29/14** | **6/2/14** | **Highlands** | **662814153437460** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$272.12** | **$44.00** | **$17.73** |
| 5/29/14 | 6/2/14 | Highlands | 662814153437550 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $272.12 | $44.00 | $17.73 |
| **5/29/14** | **6/3/14** | **Highlands** | **662814154338430** | **4** | **96365** | **1093818551** | **1952370066** | **$490.00** | **$115.30** | **$150.00** | **$47.69** |
| **5/29/14** | **6/3/14** | **Highlands** | **662814154338430** | **5** | **96366** | **1093818551** | **1952370066** | **$490.00** | **$115.30** | **$48.00** | **$13.35** |
| 5/29/14 | 6/3/14 | Highlands | 662814154338480 | 7 | 96367 | 1093818551 | 1952370066 | $3,087.50 | $160.63 | $60.00 | $21.23 |
| 5/29/14 | 6/3/14 | Highlands | 662814154338480 | 6 | 96413 | 1093818551 | 1952370066 | $3,087.50 | $160.63 | $309.00 | $91.97 |
| 5/29/14 | 6/3/14 | Highlands | 662814154338480 | 8 | 96415 | 1093818551 | 1952370066 | $3,087.50 | $160.63 | $66.00 | $19.76 |
| **6/5/14** | **6/13/14** | **Highlands** | **662814164361350** | **4** | **96365** | **1093818551** | **1952370066** | **$3,542.00** | **$316.40** | **$150.00** | **$47.69** |
| 6/5/14 | 6/13/14 | Highlands | 662814164361480 | 7 | 96367 | 1093818551 | 1952370066 | $3,025.00 | $160.63 | $60.00 | $21.23 |
| 6/5/14 | 6/13/14 | Highlands | 662814164361480 | 5 | 96413 | 1093818551 | 1952370066 | $3,025.00 | $160.63 | $309.00 | $91.97 |
| 6/5/14 | 6/13/14 | Highlands | 662814164361480 | 6 | 96415 | 1093818551 | 1952370066 | $3,025.00 | $160.63 | $66.00 | $19.76 |
| **6/5/14** | **6/16/14** | **Highlands** | **662814167312720** | **2** | **96372** | **1093818551** | **1952370066** | **$981.50** | **$272.12** | **$44.00** | **$17.73** |
| 6/5/14 | 6/16/14 | Highlands | 662814167313330 | 2 | 96372 | 1093818551 | 1952370066 | $981.50 | $272.12 | $44.00 | $17.73 |
| **6/5/14** | **6/19/14** | **Highlands** | **662814170306450** | **2** | **96372** | **1093818551** | **1952370066** | **$512.75** | **$144.92** | **$44.00** | **$17.73** |