# EXHIBIT 3C

| DTE FIRST SVC | NUM ICN | PROC CODE | BILL NAM PROVIDER | PERF PROV NPI | NAM MCO | DTE BILLED | AMT BILLED | AMT PAID | AMT ENCOUNTER |
|---|---|---|---|---|---|---|---|---|---|
| **12/27/13** | **2017017007281** | **96365** | **Ashland** | **1932123205** | **WELLCARE OF KENTUCKY (MCO)** | **2/3/14** | **$117.00** | **$0.00** | **$56.85** |
| 12/27/13 | 2017348010515 | 96365 | Ashland | 1932123205 | | 12/31/13 | $117.00 | $55.19 | $0.00 |
| **12/30/13** | **2012291018286** | **96523** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **1/19/14** | **$46.00** | **$0.00** | **$24.39** |
| 2/7/14 | 2012291018265 | 96523 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 2/26/14 | $46.00 | $0.00 | $24.39 |
| **2/7/14** | **2014328006859** | **96375** | **Ashland** | **1952370066** | | **3/5/14** | **$41.00** | **$0.00** | **$0.00** |
| 2/12/14 | 2013002008223 | 96417 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/9/14 | $161.00 | $0.00 | $70.99 |
| **2/12/14** | **2013003007579** | **96417** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/17/14** | **$161.00** | **$0.00** | **$70.99** |
| 2/12/14 | 2013004030136 | 96417 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/23/14 | $161.00 | $0.00 | $0.00 |
| **2/12/14** | **2013087012348** | **96416** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **6/9/14** | **$355.00** | **$0.00** | **$155.33** |
| 2/12/14 | 2013087021929 | 96416 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/17/14 | $355.00 | $0.00 | $155.33 |
| **2/12/14** | **2013088012306** | **96416** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/23/14** | **$355.00** | **$0.00** | **$0.00** |
| 2/12/14 | 2013161018486 | 96415 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/9/14 | $150.00 | $0.00 | $32.61 |
| **2/12/14** | **2013162006654** | **96415** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/23/14** | **$150.00** | **$0.00** | **$0.00** |
| 2/12/14 | 2013163005478 | 96415 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/17/14 | $150.00 | $0.00 | $65.22 |
| **2/12/14** | **2013214009049** | **96415** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/25/14** | **$75.00** | **$0.00** | **$2.04** |
| 2/12/14 | 2014052020427 | 96413 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/9/14 | $323.00 | $0.00 | $143.62 |
| **2/12/14** | **2014058026159** | **96413** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/17/14** | **$323.00** | **$0.00** | **$143.62** |
| **2/12/14** | **2014058026159** | **96413** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/23/14** | **$323.00** | **$0.00** | **$0.00** |
| 2/12/14 | 2014211009557 | 96413 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/25/14 | $323.00 | $0.00 | $23.46 |
| **2/12/14** | **2014352002075** | **96375** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **6/9/14** | **$82.00** | **$0.00** | **$39.12** |
| 2/12/14 | 2014357008333 | 96375 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/23/14 | $82.00 | $0.00 | $0.00 |
| **2/12/14** | **2015071004577** | **96375** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/25/14** | **$41.00** | **$0.00** | **$3.96** |
| 2/12/14 | 2015257005818 | 96367 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/17/14 | $120.00 | $0.00 | $55.62 |
| **2/14/14** | **2012291006520** | **96523** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **3/8/14** | **$46.00** | **$0.00** | **$24.39** |
| 2/14/14 | 2014057009246 | 96413 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/20/14 | $323.00 | $0.00 | $143.62 |
| **2/14/14** | **2014058026159** | **96413** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/23/14** | **$323.00** | **$0.00** | **$0.00** |
| 2/14/14 | 2014059021056 | 96413 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 3/25/14 | $323.00 | $0.00 | $143.62 |
| **2/14/14** | **2014114013210** | **96413** | **Ashland** | **1952370066** | | **2/20/14** | **$323.00** | **$139.44** | **$0.00** |
| 2/14/14 | 2014352006072 | 96375 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/20/14 | $41.00 | $0.00 | $19.56 |
| **2/14/14** | **2014357008333** | **96375** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/23/14** | **$41.00** | **$0.00** | **$0.00** |
| 2/14/14 | 2015023016969 | 96375 | Ashland | 1952370066 | | 2/20/14 | $82.00 | $37.98 | $0.00 |
| **2/14/14** | **2015258009136** | **96367** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **3/25/14** | **$60.00** | **$0.00** | **$27.81** |
| 2/14/14 | 2015351033589 | 96367 | Ashland | 1952370066 | | 2/20/14 | $180.00 | $81.00 | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **2/25/14** | **2012291006520** | **96523** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **3/11/14** | **$46.00** | **$0.00** | **$24.39** |
| 2/25/14 | 2013042016588 | 96417 | Ashland | 1952370066 | | 3/19/14 | $161.00 | $10.98 | $0.00 |
| **2/25/14** | **2013197009829** | **96415** | **Ashland** | **1952370066** | | **3/19/14** | **$225.00** | **$15.12** | **$0.00** |
| 2/25/14 | 2013213023301 | 96415 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/25/14 | $75.00 | $0.00 | $5.04 |
| **2/25/14** | **2013220027157** | **96415** | **Ashland** | **1952370066** | | **3/17/14** | **$75.00** | **$5.04** | **$0.00** |
| **2/25/14** | **2014171011597** | **96413** | **Ashland** | **1952370066** | | **3/19/14** | **$323.00** | **$23.46** | **$0.00** |
| 2/25/14 | 2014211009522 | 96413 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/25/14 | $323.00 | $0.00 | $20.46 |
| **2/25/14** | **2014230007320** | **96413** | **Ashland** | **1952370066** | | **3/17/14** | **$323.00** | **$23.46** | **$0.00** |
| 2/25/14 | 2015054007400 | 96375 | Ashland | 1952370066 | | 3/19/14 | $123.00 | $10.42 | $0.00 |
| **2/25/14** | **2016078025507** | **96367** | **Ashland** | **1952370066** | | **3/19/14** | **$60.00** | **$5.42** | **$0.00** |
| 2/26/14 | 2017006021391 | 96365 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/5/15 | $117.00 | $0.00 | $56.85 |
| **2/28/14** | **2012291006520** | **96523** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **3/15/14** | **$46.00** | **$0.00** | **$24.39** |
| 2/28/14 | 2014113011650 | 96413 | Ashland | 1952370066 | | 3/4/14 | $323.00 | $139.44 | $0.00 |
| **2/28/14** | **2015023016957** | **96375** | **Ashland** | **1952370066** | | **3/4/14** | **$123.00** | **$56.97** | **$0.00** |
| 2/28/14 | 2015351033577 | 96367 | Ashland | 1952370066 | | 3/4/14 | $120.00 | $54.00 | $0.00 |
| **3/14/14** | **2012291006520** | **96523** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **3/30/14** | **$46.00** | **$0.00** | **$24.39** |
| 3/21/14 | 2012290015145 | 96523 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/29/14 | $46.00 | $0.00 | $0.00 |
| **3/21/14** | **2013169022529** | **96415** | **Ashland** | **1952370066** | | **3/31/14** | **$75.00** | **$31.66** | **$0.00** |
| 3/21/14 | 2014111009955 | 96413 | Ashland | 1952370066 | | 3/31/14 | $323.00 | $139.44 | $0.00 |
| **3/21/14** | **2015022033605** | **96375** | **Ashland** | **1952370066** | | **3/31/14** | **$82.00** | **$37.98** | **$0.00** |
| 3/21/14 | 2015351033547 | 96367 | Ashland | 1952370066 | | 3/31/14 | $180.00 | $81.00 | $0.00 |
| **3/21/14** | **2017186007006** | **96365** | **Ashland** | **1952370066** | | **4/9/14** | **$117.00** | **$0.00** | **$0.00** |
| 3/28/14 | 2012291006520 | 96523 | Ashland | 1932123205 | WELLCARE OF KENTUCKY (MCO) | 4/15/14 | $46.00 | $0.00 | $24.39 |
| **3/28/14** | **2014111009956** | **96413** | **Ashland** | **1952370066** | | **4/4/14** | **$323.00** | **$139.44** | **$0.00** |
| 3/28/14 | 2014170010629 | 96413 | Ashland | 1952370066 | | 4/18/14 | $323.00 | $23.46 | $0.00 |
| **3/28/14** | **2015021008174** | **96375** | **Ashland** | **1952370066** | | **4/4/14** | **$82.00** | **$37.98** | **$0.00** |
| 3/28/14 | 2015054006463 | 96375 | Ashland | 1952370066 | | 4/18/14 | $41.00 | $3.48 | $0.00 |
| **3/28/14** | **2015351033560** | **96367** | **Ashland** | **1952370066** | | **4/4/14** | **$180.00** | **$81.00** | **$0.00** |
| 3/28/14 | 2016078025507 | 96367 | Ashland | 1952370066 | | 4/18/14 | $60.00 | $5.42 | $0.00 |
| **3/28/14** | **2017185004329** | **96365** | **Ashland** | **1952370066** | | **4/18/14** | **$117.00** | **$0.00** | **$0.00** |
| 4/18/14 | 2013085020765 | 96416 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/5/15 | $355.00 | $0.00 | $155.33 |
| **4/18/14** | **2016351029840** | **96365** | **Ashland** | **1952370066** | | **5/8/14** | **$117.00** | **$0.00** | **$0.00** |
| 4/18/14 | 2017006021405 | 96365 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 1/11/15 | $117.00 | $0.00 | $56.85 |
| **4/30/14** | **2012291001913** | **96523** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **5/20/14** | **$46.00** | **$0.00** | **$24.39** |
| 4/30/14 | 2013080021446 | 96416 | Ashland | 1952370066 | | 5/28/14 | $355.00 | $0.00 | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **4/30/14** | **2013115015612** | **96415** | **Ashland** | **1952370066** | **AETNA BETTER HEALTH OF KENTU** | **5/11/16** | **$75.00** | **$0.00** | **$32.93** |
| 4/30/14 | 2013330010383 | 96413 | Ashland | 1952370066 | AETNA BETTER HEALTH OF KENTU( | 5/11/16 | $323.00 | $0.00 | $145.02 |
| **4/30/14** | **2015174021945** | **96367** | **Ashland** | **1952370066** | **AETNA BETTER HEALTH OF KENTU** | **5/11/16** | **$60.00** | **$0.00** | **$28.08** |
| 5/2/14 | 2012289013930 | 96523 | Ashland | 1952370066 | ANTHEM HEALTH PLANS OF KENTU | 12/11/14 | $46.00 | $0.00 | $0.00 |
| **5/8/14** | **2014052009557** | **96413** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **5/29/14** | **$323.00** | **$0.00** | **$143.62** |
| **5/8/14** | **2014170010616** | **96413** | **Ashland** | **1952370066** | | **5/26/14** | **$323.00** | **$23.46** | **$0.00** |
| 5/8/14 | 2014352002075 | 96375 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/29/14 | $41.00 | $0.00 | $19.56 |
| **5/8/14** | **2016078009764** | **96367** | **Ashland** | **1952370066** | | **5/26/14** | **$120.00** | **$10.83** | **$0.00** |
| 5/23/14 | 2013042016588 | 96417 | Ashland | 1952370066 | | 6/11/14 | $161.00 | $10.98 | $0.00 |
| **5/23/14** | **2013196007221** | **96415** | **Ashland** | **1952370066** | | **6/11/14** | **$225.00** | **$15.12** | **$0.00** |
| 5/23/14 | 2014108010737 | 96413 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 8/3/14 | $323.00 | $0.00 | $143.62 |
| 5/23/14 | 2014169008813 | 96413 | Ashland | 1952370066 | | 6/11/14 | $323.00 | $23.46 | $0.00 |
| **5/23/14** | **2015012002733** | **96375** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **8/3/14** | **$41.00** | **$0.00** | **$19.56** |
| **5/23/14** | **2015054006463** | **96375** | **Ashland** | **1952370066** | | **6/11/14** | **$164.00** | **$13.90** | **$0.00** |
| 5/23/14 | 2015349011045 | 96367 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 8/3/14 | $60.00 | $0.00 | $27.81 |
| **5/23/14** | **2017339009827** | **96365** | **Ashland** | **1952370066** | | **5/26/14** | **$117.00** | **$55.19** | **$0.00** |
| 5/30/14 | 2012289019331 | 96523 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 7/8/14 | $46.00 | $0.00 | $0.00 |
| 5/30/14 | 2012289019331 | 96523 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/15/14 | $46.00 | $0.00 | $24.39 |
| 5/30/14 | 2012311005085 | 96523 | Ashland | 1952370066 | | 6/3/14 | $46.00 | $0.00 | $0.00 |
| **5/30/14** | **2012355029123** | **96417** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **5/28/15** | **$161.00** | **$0.00** | **$70.99** |
| 5/30/14 | 2013149006460 | 96415 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/28/15 | $225.00 | $0.00 | $32.61 |
| **5/30/14** | **2013330021622** | **96413** | **Ashland** | **1952370066** | **AETNA BETTER HEALTH OF KY** | **5/11/16** | **$323.00** | **$0.00** | **$145.02** |
| **5/30/14** | **2014010021459** | **96413** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **5/28/15** | **$323.00** | **$0.00** | **$143.62** |
| **5/30/14** | **2014049026751** | **96413** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **8/10/14** | **$323.00** | **$0.00** | **$143.62** |
| **5/30/14** | **2014111009954** | **96413** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **7/8/14** | **$323.00** | **$0.00** | **$143.62** |
| 5/30/14 | 2014331019439 | 96375 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/28/15 | $123.00 | $0.00 | $39.12 |
| 5/30/14 | 2015021008174 | 96375 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 7/8/14 | $82.00 | $0.00 | $39.12 |
| **5/30/14** | **2015174021945** | **96367** | **Ashland** | **1952370066** | **AETNA BETTER HEALTH OF KENTU** | **5/11/16** | **$60.00** | **$0.00** | **$28.08** |
| **5/30/14** | **2015224010544** | **96367** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **5/28/15** | **$60.00** | **$0.00** | **$27.81** |
| **5/30/14** | **2015245007651** | **96367** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **8/10/14** | **$60.00** | **$0.00** | **$27.81** |
| **5/30/14** | **2015349011060** | **96367** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **7/8/14** | **$60.00** | **$0.00** | **$27.81** |
| 5/30/14 | 2017016007738 | 96365 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 7/14/14 | $117.00 | $0.00 | $56.85 |
| **6/6/14** | **2013002008200** | **96417** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **8/10/14** | **$161.00** | **$0.00** | **$70.99** |
| 6/6/14 | 2013157001738 | 96415 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 8/10/14 | $150.00 | $0.00 | $32.61 |
| **6/6/14** | **2014048019667** | **96413** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **8/10/14** | **$323.00** | **$0.00** | **$143.62** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6/6/14 | 2014351006854 | 96375 | Ashland | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 8/10/14 | $123.00 | $0.00 | $39.12 |
| **6/6/14** | **2015245007650** | **96367** | **Ashland** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **8/10/14** | **$60.00** | **$0.00** | **$27.81** |
| 6/6/14 | 2017172012863 | 96365 | Ashland | 1952370066 | | 7/25/14 | $117.00 | $0.00 | $0.00 |
| 6/6/14 | 2017338018127 | 96365 | Ashland | 1952370066 | | 6/17/14 | $117.00 | $55.19 | $0.00 |