# EXHIBIT 3D

| DTE FIRST SVC | NUM ICN | PROC CODE | BILL NAM PROVIDER | PERF PROV NPI | NAM MCO | DTE BILLED | AMT BILLED | MCARE PAID | AMT PAID | ENCOUNTER |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/6/14 | 2014056014833 | 96523 | Highlands | 1952370066 | | 2/25/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 2/13/14 | 2014065019445 | 96523 | Highlands | 1952370066 | | 3/5/14 | $54.00 | $17.01 | $4.34 | $0.00 |
| 2/13/14 | 7514071061528 | 96523 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 3/8/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 2/13/14 | 7514078055258 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 3/18/14 | $120.00 | $0.00 | $0.00 | $55.08 |
| 2/13/14 | 7514078055258 | 96375 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 3/18/14 | $40.00 | $0.00 | $0.00 | $19.37 |
| 2/13/14 | 7514078055258 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 3/18/14 | $309.00 | $0.00 | $0.00 | $142.23 |
| 2/13/14 | 7514078055258 | 96415 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 3/18/14 | $66.00 | $0.00 | $0.00 | $32.29 |
| 2/13/14 | 7514114003866 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/23/14 | $60.00 | $0.00 | $0.00 | $0.00 |
| 2/13/14 | 7514114003866 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/23/14 | $309.00 | $0.00 | $0.00 | $0.00 |
| 2/13/14 | 7514143013779 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/21/14 | $60.00 | $21.23 | $0.00 | $5.42 |
| 2/13/14 | 7514143013779 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/21/14 | $309.00 | $91.97 | $0.00 | $23.46 |
| 2/20/14 | 2014063017766 | 96367 | Highlands | 1952370066 | | 3/4/14 | $240.00 | $0.00 | $108.00 | $0.00 |
| 2/20/14 | 2014063017766 | 96375 | Highlands | 1952370066 | | 3/4/14 | $40.00 | $0.00 | $18.99 | $0.00 |
| 2/20/14 | 2014063017766 | 96413 | Highlands | 1952370066 | | 3/4/14 | $309.00 | $0.00 | $139.44 | $0.00 |
| 2/20/14 | 2014063017766 | 96415 | Highlands | 1952370066 | | 3/4/14 | $132.00 | $0.00 | $63.32 | $0.00 |
| 2/20/14 | 2014063017766 | 96417 | Highlands | 1952370066 | | 3/4/14 | $153.00 | $0.00 | $68.92 | $0.00 |
| 2/20/14 | 2014063017766 | 96523 | Highlands | 1952370066 | | 3/4/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 2/20/14 | 7514071028933 | 96523 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 3/8/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 2/20/14 | 7515077024686 | 96367 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $240.00 | $0.00 | $0.00 | $113.40 |
| 2/20/14 | 7515077024686 | 96413 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $309.00 | $0.00 | $0.00 | $146.41 |
| 2/20/14 | 7515077024686 | 96415 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $198.00 | $0.00 | $0.00 | $99.73 |
| 2/20/14 | 7515077024686 | 96417 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $153.00 | $0.00 | $0.00 | $72.37 |
| 2/20/14 | 7515077024686 | 96523 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $54.00 | $0.00 | $0.00 | $24.86 |
| 2/27/14 | 2014065043111 | 96413 | Highlands | 1952370066 | | 3/6/14 | $309.00 | $0.00 | $139.44 | $0.00 |
| 2/27/14 | 2014065043111 | 96523 | Highlands | 1952370066 | | 3/6/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 2/27/14 | 2014079012131 | 96367 | Highlands | 1952370066 | | 3/19/14 | $240.00 | $84.93 | $21.66 | $0.00 |
| 2/27/14 | 2014079012131 | 96413 | Highlands | 1952370066 | | 3/19/14 | $309.00 | $91.97 | $23.46 | $0.00 |
| 2/27/14 | 2014079012131 | 96415 | Highlands | 1952370066 | | 3/19/14 | $198.00 | $59.27 | $15.12 | $0.00 |
| 2/27/14 | 2014079012131 | 96417 | Highlands | 1952370066 | | 3/19/14 | $153.00 | $43.04 | $10.98 | $0.00 |
| 2/27/14 | 2014083008607 | 96413 | Highlands | 1952370066 | | 3/21/14 | $309.00 | $91.97 | $23.46 | $0.00 |
| 2/27/14 | 2014083008607 | 96415 | Highlands | 1952370066 | | 3/21/14 | $66.00 | $19.76 | $5.04 | $0.00 |
| 2/27/14 | 2014132015320 | 96523 | Highlands | 1952370066 | | 5/12/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 2/27/14 | 2014132015340 | 96413 | Highlands | 1952370066 | | 5/12/14 | $309.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/14 | 2215034001376 | 96413 | Highlands | 1952370066 | | 2/3/15 | $309.00 | $75.76 | $40.00 | $0.00 |
| 2/27/14 | 7514105064950 | 96523 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/7/14 | $54.00 | $0.00 | $0.00 | $24.15 |
| 2/27/14 | 7514106062265 | 96375 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/16/14 | $40.00 | $0.00 | $0.00 | $19.37 |
| 2/27/14 | 7514106063509 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/16/14 | $120.00 | $0.00 | $0.00 | $55.08 |
| 2/27/14 | 7514106063509 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/16/14 | $309.00 | $0.00 | $0.00 | $142.23 |
| 2/27/14 | 7514106063509 | 96415 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/16/14 | $66.00 | $0.00 | $0.00 | $32.29 |
| 3/6/14 | 2014071022012 | 96365 | Highlands | 1952370066 | | 3/12/14 | $150.00 | $0.00 | $55.19 | $0.00 |
| 3/6/14 | 2014071022012 | 96523 | Highlands | 1952370066 | | 3/12/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 3/6/14 | 2014091024118 | 96367 | Highlands | 1952370066 | | 4/1/14 | $240.00 | $0.00 | $108.00 | $0.00 |
| 3/6/14 | 2014091024118 | 96375 | Highlands | 1952370066 | | 4/1/14 | $40.00 | $0.00 | $18.99 | $0.00 |
| 3/6/14 | 2014091024118 | 96413 | Highlands | 1952370066 | | 4/1/14 | $309.00 | $0.00 | $139.44 | $0.00 |
| 3/6/14 | 2014091024118 | 96415 | Highlands | 1952370066 | | 4/1/14 | $132.00 | $0.00 | $63.32 | $0.00 |
| 3/6/14 | 2014091024118 | 96417 | Highlands | 1952370066 | | 4/1/14 | $153.00 | $0.00 | $68.92 | $0.00 |
| 3/6/14 | 2014091024118 | 96523 | Highlands | 1952370066 | | 4/1/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 3/6/14 | 2214198001269 | 96523 | Highlands | 1952370066 | | 7/17/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 3/6/14 | 7514143013833 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/21/14 | $60.00 | $21.23 | $0.00 | $6.31 |
| 3/6/14 | 7514143013833 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/21/14 | $309.00 | $91.97 | $0.00 | $50.26 |
| 3/6/14 | 7514148022528 | 96365 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/23/14 | $150.00 | $0.00 | $0.00 | $8.60 |
| 3/13/14 | 2014076018460 | 96523 | Highlands | 1952370066 | | 3/17/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 2014091024120 | 96413 | Highlands | 1952370066 | | 4/1/14 | $309.00 | $0.00 | $139.44 | $0.00 |
| 3/13/14 | 2014126022734 | 96413 | Highlands | 1952370066 | | 5/6/14 | $309.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 7514092078477 | 96523 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 3/30/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 7515077024750 | 96367 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $240.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 7515077024750 | 96413 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $309.00 | $0.00 | $0.00 | $146.41 |
| 3/13/14 | 7515077024750 | 96415 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $198.00 | $0.00 | $0.00 | $99.73 |
| 3/13/14 | 7515077024750 | 96417 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $153.00 | $0.00 | $0.00 | $72.37 |
| 3/13/14 | 7515077024750 | 96523 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 3/10/15 | $54.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 7515174099011 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/17/15 | $120.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 7515174099011 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/17/15 | $309.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 7515174099011 | 96415 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/17/15 | $66.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 7515174104747 | 96375 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/17/15 | $40.00 | $0.00 | $0.00 | $0.00 |
| 3/13/14 | 7516167180411 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/14/16 | $120.00 | $0.00 | $0.00 | $55.08 |
| 3/13/14 | 7516167180411 | 96375 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/14/16 | $40.00 | $0.00 | $0.00 | $19.37 |
| 3/13/14 | 7516167180411 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/14/16 | $309.00 | $0.00 | $0.00 | $142.23 |
| 3/13/14 | 7516167180411 | 96415 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/14/16 | $66.00 | $0.00 | $0.00 | $32.29 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **3/13/14** | **7715147039318** | **96367** | **Highlands** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/17/14** | **$120.00** | **$0.00** | **$0.00** | **$0.00** |
| **3/13/14** | **7715147039318** | **96413** | **Highlands** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/17/14** | **$309.00** | **$0.00** | **$0.00** | **$0.00** |
| **3/13/14** | **7715147039318** | **96415** | **Highlands** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **4/17/14** | **$66.00** | **$0.00** | **$0.00** | **$0.00** |
| 3/13/14 | 7715147039357 | 96375 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/29/14 | $40.00 | $0.00 | $0.00 | $0.00 |
| **3/20/14** | **2014080022658** | **96367** | **Highlands** | **1952370066** | | **3/21/14** | **$240.00** | **$0.00** | **$108.00** | **$0.00** |
| **3/20/14** | **2014080022658** | **96413** | **Highlands** | **1952370066** | | **3/21/14** | **$309.00** | **$0.00** | **$139.44** | **$0.00** |
| **3/20/14** | **2014080022658** | **96415** | **Highlands** | **1952370066** | | **3/21/14** | **$132.00** | **$0.00** | **$63.32** | **$0.00** |
| **3/20/14** | **2014080022658** | **96417** | **Highlands** | **1952370066** | | **3/21/14** | **$153.00** | **$0.00** | **$68.92** | **$0.00** |
| **3/20/14** | **2014080022658** | **96523** | **Highlands** | **1952370066** | | **3/21/14** | **$54.00** | **$0.00** | **$0.00** | **$0.00** |
| 3/20/14 | 2014091024124 | 96367 | Highlands | 1952370066 | | 4/1/14 | $240.00 | $0.00 | $108.00 | $0.00 |
| 3/20/14 | 2014091024124 | 96375 | Highlands | 1952370066 | | 4/1/14 | $40.00 | $0.00 | $18.99 | $0.00 |
| 3/20/14 | 2014091024124 | 96413 | Highlands | 1952370066 | | 4/1/14 | $309.00 | $0.00 | $139.44 | $0.00 |
| 3/20/14 | 2014091024124 | 96415 | Highlands | 1952370066 | | 4/1/14 | $132.00 | $0.00 | $63.32 | $0.00 |
| 3/20/14 | 2014091024124 | 96417 | Highlands | 1952370066 | | 4/1/14 | $153.00 | $0.00 | $68.92 | $0.00 |
| 3/20/14 | 2014091024124 | 96523 | Highlands | 1952370066 | | 4/1/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| **3/20/14** | **2014099009035** | **96367** | **Highlands** | **1952370066** | | **4/8/14** | **$240.00** | **$84.93** | **$21.66** | **$0.00** |
| **3/20/14** | **2014099009035** | **96413** | **Highlands** | **1952370066** | | **4/8/14** | **$309.00** | **$91.97** | **$23.46** | **$0.00** |
| **3/20/14** | **2014099009035** | **96415** | **Highlands** | **1952370066** | | **4/8/14** | **$198.00** | **$59.27** | **$15.12** | **$0.00** |
| **3/20/14** | **2014099009035** | **96417** | **Highlands** | **1952370066** | | **4/8/14** | **$153.00** | **$43.04** | **$10.98** | **$0.00** |
| 3/20/14 | 2014126022754 | 96417 | Highlands | 1952370066 | | 5/6/14 | $153.00 | $0.00 | $0.00 | $0.00 |
| **3/20/14** | **7515064233284** | **96523** | **Highlands** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **1/11/15** | **$54.00** | **$0.00** | **$0.00** | **$0.00** |
| 3/20/14 | 7515064237086 | 96523 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 1/11/15 | $54.00 | $0.00 | $0.00 | $24.15 |
| **3/20/14** | **7515192013414** | **96523** | **Highlands** | **1952370066** | **PASSPORT REGION 31 MCO** | **7/8/15** | **$46.00** | **$0.00** | **$0.00** | **$24.86** |
| 3/27/14 | 2014092020289 | 96367 | Highlands | 1952370066 | | 4/2/14 | $240.00 | $0.00 | $108.00 | $0.00 |
| 3/27/14 | 2014092020289 | 96413 | Highlands | 1952370066 | | 4/2/14 | $309.00 | $0.00 | $139.44 | $0.00 |
| 3/27/14 | 2014092020289 | 96415 | Highlands | 1952370066 | | 4/2/14 | $132.00 | $0.00 | $63.32 | $0.00 |
| 3/27/14 | 2014092020289 | 96417 | Highlands | 1952370066 | | 4/2/14 | $153.00 | $0.00 | $68.92 | $0.00 |
| 3/27/14 | 2014092020289 | 96523 | Highlands | 1952370066 | | 4/2/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| **3/27/14** | **7514143001098** | **96523** | **Highlands** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **5/21/14** | **$54.00** | **$17.01** | **$0.00** | **$1.34** |
| 3/27/14 | 7514143013844 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/21/14 | $60.00 | $21.23 | $0.00 | $6.31 |
| 3/27/14 | 7514143013844 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/21/14 | $309.00 | $91.97 | $0.00 | $50.26 |
| **4/10/14** | **2014133009379** | **96367** | **Highlands** | **1952370066** | | **5/12/14** | **$240.00** | **$84.93** | **$21.66** | **$0.00** |
| **4/10/14** | **2014133009379** | **96413** | **Highlands** | **1952370066** | | **5/12/14** | **$309.00** | **$91.97** | **$23.46** | **$0.00** |
| **4/10/14** | **2014133009379** | **96415** | **Highlands** | **1952370066** | | **5/12/14** | **$132.00** | **$39.51** | **$10.08** | **$0.00** |
| **4/10/14** | **2014133009379** | **96417** | **Highlands** | **1952370066** | | **5/12/14** | **$153.00** | **$43.04** | **$10.98** | **$0.00** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/14 | 2014143028638 | 96523 | Highlands | 1952370066 | | 5/23/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 4/10/14 | 7514121040924 | 96523 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 4/29/14 | $54.00 | $0.00 | $0.00 | $24.15 |
| 4/10/14 | 7514141030878 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/20/14 | $309.00 | $0.00 | $0.00 | $142.23 |
| 4/10/14 | 7514141030878 | 96415 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/20/14 | $66.00 | $0.00 | $0.00 | $32.29 |
| 4/10/14 | 7515104008729 | 96367 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 4/13/15 | $240.00 | $0.00 | $0.00 | $0.00 |
| 4/10/14 | 7515104008729 | 96413 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 4/13/15 | $309.00 | $0.00 | $0.00 | $146.41 |
| 4/10/14 | 7515104008729 | 96415 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 4/13/15 | $132.00 | $0.00 | $0.00 | $66.49 |
| 4/10/14 | 7515104008729 | 96417 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 4/13/15 | $153.00 | $0.00 | $0.00 | $72.37 |
| 4/10/14 | 7515104008729 | 96523 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 4/13/15 | $54.00 | $0.00 | $0.00 | $0.00 |
| 4/10/14 | 7716318017659 | 96365 | Highlands | 1952370066 | HUMANA REGION 31 | ######### | $150.00 | $0.00 | $0.00 | $0.00 |
| 4/10/14 | 7716318017659 | 96367 | Highlands | 1952370066 | HUMANA REGION 31 | ######### | $60.00 | $0.00 | $0.00 | $0.00 |
| 4/10/14 | 7716318017659 | 96375 | Highlands | 1952370066 | HUMANA REGION 31 | ######### | $40.00 | $0.00 | $0.00 | $0.00 |
| 4/10/14 | 7716318017659 | 96523 | Highlands | 1952370066 | HUMANA REGION 31 | ######### | $54.00 | $0.00 | $0.00 | $0.00 |
| 4/17/14 | 7514140034404 | 96365 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/3/14 | $150.00 | $0.00 | $0.00 | $56.29 |
| 4/17/14 | 7514143019277 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/21/14 | $60.00 | $21.23 | $0.00 | $5.42 |
| 4/17/14 | 7514143019277 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/21/14 | $309.00 | $91.97 | $0.00 | $23.46 |
| 4/17/14 | 7515005068332 | 96523 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | 1/2/15 | $54.00 | $0.00 | $0.00 | $0.00 |
| 4/24/14 | 2014146017787 | 96365 | Highlands | 1952370066 | | 5/26/14 | $150.00 | $0.00 | $0.00 | $0.00 |
| 4/24/14 | 2214202001025 | 96365 | Highlands | 1952370066 | | 7/21/14 | $150.00 | $47.69 | $7.50 | $0.00 |
| 4/24/14 | 7514133032975 | 96523 | Highlands | 1255587838 | WELLCARE OF KENTUCKY (MCO) | 5/9/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 4/24/14 | 7514134004728 | 96523 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 5/13/14 | $54.00 | $0.00 | $0.00 | $24.15 |
| 4/24/14 | 7514363085940 | 96523 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | ######### | $54.00 | $0.00 | $0.00 | $0.00 |
| 4/24/14 | 7514363091918 | 96367 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | ######### | $240.00 | $0.00 | $0.00 | $0.00 |
| 5/1/14 | 2014143011568 | 96365 | Highlands | 1952370066 | | 5/22/14 | $150.00 | $47.69 | $0.00 | $0.00 |
| 5/1/14 | 7514162081090 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/9/14 | $309.00 | $0.00 | $0.00 | $142.23 |
| 5/1/14 | 7514162081090 | 96415 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/9/14 | $66.00 | $0.00 | $0.00 | $32.29 |
| 5/1/14 | 7514356019462 | 96365 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | ######### | $150.00 | $0.00 | $0.00 | $10.26 |
| 5/22/14 | 2014161004392 | 96365 | Highlands | 1952370066 | | 6/9/14 | $150.00 | $47.69 | $7.50 | $0.00 |
| 5/22/14 | 2014177025328 | 96365 | Highlands | 1952370066 | | 6/26/14 | $150.00 | $0.00 | $0.00 | $0.00 |
| 5/22/14 | 2214266001042 | 96365 | Highlands | 1952370066 | | 9/23/14 | $150.00 | $47.69 | $7.50 | $0.00 |
| 5/22/14 | 7514168028561 | 96523 | Highlands | 1255587838 | WELLCARE OF KENTUCKY (MCO) | 6/15/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 5/22/14 | 7514175002996 | 96367 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/21/14 | $60.00 | $21.23 | $0.00 | $5.42 |
| 5/22/14 | 7514175002996 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 6/21/14 | $309.00 | $91.97 | $0.00 | $23.46 |
| 5/29/14 | 2014154023277 | 96523 | Highlands | 1952370066 | | 6/3/14 | $54.00 | $0.00 | $0.00 | $0.00 |
| 5/29/14 | 2014169008871 | 96365 | Highlands | 1952370066 | | 6/17/14 | $150.00 | $47.69 | $0.00 | $0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **5/29/14** | **7514190051761** | **96367** | **Highlands** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **7/8/14** | **$60.00** | **$0.00** | **$0.00** | **$27.54** |
| 5/29/14 | 7514190051761 | 96413 | Highlands | 1952370066 | WELLCARE OF KENTUCKY (MCO) | 7/8/14 | $309.00 | $0.00 | $0.00 | $142.23 |
| **5/29/14** | **7514190051761** | **96415** | **Highlands** | **1952370066** | **WELLCARE OF KENTUCKY (MCO)** | **7/8/14** | **$66.00** | **$0.00** | **$0.00** | **$32.29** |
| 5/29/14 | 7514363085524 | 96367 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | ######### | $120.00 | $0.00 | $0.00 | $0.00 |
| **5/29/14** | **7514363085524** | **96415** | **Highlands** | **1952370066** | **AETNA BETTER HEALTH OF KY** | **#########** | **$66.00** | **$0.00** | **$0.00** | **$0.00** |
| 5/29/14 | 7514363085524 | 96417 | Highlands | 1952370066 | AETNA BETTER HEALTH OF KY | ######### | $153.00 | $0.00 | $0.00 | $0.00 |