# EXHIBIT 4

#2

| Practitioner Last Name | Practitioner First Name | MI | Degree | Practitioner Specialty |
|---|---|---|---|---|
| KONALA | VENU MADHAV | | M.D | HEMATOLOGY/ONCOLOGY |

| SSN | DOB | NPI | Gender | CAQH ID # |
|---|---|---|---|---|
| [redacted] | [redacted] | 1164752952 | M | 12690521 |

| Start Date at Practice | License # | Graduation/Residency Completion Date | Credentialing Contact Name | Contact Phone Number |
|---|---|---|---|---|
| 07/01/2014 | 46646 | 06/30/2014 | MANISH JAIN | 606-836-0202 |

Is Practitioner already participating with UnitedHealthcare under a different Tax ID Number? NO

If yes - please list TIN (s):

Will Practitioner continue with that TIN? | If No, Please list date when practitioner is leaving that TIN:

#3

| Practitioner Last Name | Practitioner First Name | MI | Degree | Practitioner Specialty |
|---|---|---|---|---|
| BATOO | SAMEER | A | M.D | HEMATOLOGY/ONCOLOGY |

| SSN | DOB | NPI | Gender | CAQH ID # |
|---|---|---|---|---|
| [redacted] | [redacted] | 1023266640 | M | 12690365 |

| Start Date at Practice | License # | Graduation/Residency Completion Date | Credentialing Contact Name | Contact Phone Number |
|---|---|---|---|---|
| 07/01/2014 | 46766 | 06/30/2014 | MANISH JAIN | 606-836-0202 |

Is Practitioner already participating with UnitedHealthcare under a different Tax ID Number? NO

If yes - please list TIN (s): N/A

Will Practitioner continue with that TIN? N/A | If No, Please list date when practitioner is leaving that TIN: N/A

#

| Practitioner Last Name | Practitioner First Name | MI | Degree | Practitioner Specialty |
|---|---|---|---|---|
| | | | | |

| SSN | DOB | NPI | Gender | CAQH ID # |
|---|---|---|---|---|
| | | | | |

| Start Date at Practice | License # | Graduation/Residency Completion Date | Credentialing Contact Name | Contact Phone Number |
|---|---|---|---|---|
| | | | | |

Is Practitioner already participating with UnitedHealthcare under a different Tax ID Number?

If yes - please list TIN (s):

Will Practitioner continue with that TIN? | If No, Please list date when practitioner is leaving that TIN:

Make additional copies of this form as needed.

Updated: 11/18/13



CONFIDENTIAL-SUBJECT TO THE PROTECTIVE AGREEMENT