# EXHIBIT 5

CONFIDENTIAL SUBJECT TO THE PROTECTIVE AGREEMENT

UnitedHealthcare

# Request For Participation For Practitioners

*Submission of this information does not constitute approval or acceptance in the network*

Please PRINT clearly and return along with W-9 to National Credentialing at Fax # 612-234-0211

Date Submitted: 06/13/2014

Total number of practitioners requesting participation: 3

WE WILL CREDENTIAL YOU FOR ALL PRODUCTS AVAILABLE IN YOUR AREA UNLESS OTHERWISE SPECIFIED. If only requesting certain products - please specify which:

UnitedHealthcare: Commercial Medicare Medicaid TRICARE

#1

| Practitioner Last Name | Practitioner First Name | MI | Degree | Practitioner Specialty |
|---|---|---|---|---|
| JAIN | ANSHU | K | M.D | RADIATION ONCOLOGY |

| SSN | DOB | NPI | Gender | CAQH ID # |
|---|---|---|---|---|
| [redacted] | [redacted] | 1093942534 | M | 12690717 |

| Start Date at Practice | License # | Graduation/Residency Completion Date | Credentialing Contact Name | Contact Phone Number |
|---|---|---|---|---|
| 07/01/2014 | 45172 | 06/30/2014 | MANISH JAIN | 606-836-0202 |

Is Practitioner already participating with UnitedHealthcare under a different Tax ID Number? NO

If yes - please list TIN (s): N/A

Will Practitioner continue with the TIN listed above?

If No, Please list date when practitioner is leaving the TIN listed above:

| Legal Owner of TIN - As listed on W-9 | Tax ID # | Practice/Group Name |
|---|---|---|
| KIRTI K. JAIN,PSC | 550667743 | HIGHLANDS CANCER CENTER |

| Address | City | State | Zip | Phone Number | Fax Number |
|---|---|---|---|---|---|
| Primary Place of Service Address: 4958 KY HIGHWAY 321 | PRESENTOSBURG | KY | 41653 | 606-886-0999 | 606-886-2886 |
| Billing Address: 122 SAINT CHRISTOPHER DRIVE | ASHLAND | KY | 41101 | 606-836-0202 | 606-836-2189 |
| Credentialing Address: 122 SAINT CHRISTOPHER DRIVE | ASHLAND | KY | 41101 | 606-836-0202 | 606-836-2189 |

**If TIN and address information are the same for the additional providers you need only complete the provider specific information for the remaining providers on the next sheet. If the demographic information is different for each provider please make copies of this form as needed.