# EXHIBIT 6

CompHealth

February 4, 2014 *** **REVISED** ***

Mr. Manish Jain
Ashland Bellefonte Cancer Center
122 St. Christopher Drive
Ashland, KY, 41101

manish@abcc.us

Re: Acceptance Letter (hereinafter collectively and/or interchangeably referred to as "Confirmation" or "Acceptance Letter") for Juergen Bertram, MD

Dear Mr. Manish Jain:

This Confirmation is hereby issued pursuant to the Agreement for Physician Locum Tenens Coverage Fees in Confirmation, ("Agreement") entered into on 6/16/2011 by and between Ashland Bellefonte Cancer Center ("Client") and CompHealth ("CompHealth"). This Confirmation confirms or modifies the Assignment herein described. In the event this Confirmation conflicts with the terms and conditions of the Agreement or a previously issued Confirmation, this Confirmation shall control.

This Confirmation confirms or modifies the request by Client for Dr. Juergen Bertram ("Physician") to provide clinical services on a temporary basis to Client. Physician's specialty is Hematology / Oncology.

**WORKSITE LOCATION :**

Ashland Bellefonte Cancer Center
122 St. Christopher Drive
Ashland, KY 41101

**PHYSICIAN'S WORK SCHEDULE : *** REVISED *****

Dates: 1/6/2014 to 2/4/2014

Work Schedule: Monday - Friday 8 am - 5 pm
3 days a week in Ashland the other 2 at Prestonsberg.
Flexible on which days.

Call Schedule: 1:2

Days Off: TBD

**FEE SCHEDULE :**

| | | |
|---|---|---|
| $1580.00 | Days | Daily 0-8 Hours Per Day Monday - Friday |
| $250.00 | Overtime Hours | Overtime Hourly applies after 8 Hours Per Day Monday - Friday |
| $250.00 | Callback Hours | Callback Hourly Monday - Sunday |
| $275.00 | Oncall | Pager Call. Monday - Friday |
| $850.00 | Oncall | 24 Hours. Includes 0 Callback Hours. Saturday - Sunday |
| $698.00 | Hldy Premium | Daily Holiday Premium |
| $275.00 | Seasonal Fee | Per day worked during the weeks of Spring Holiday Week (3/29/2013 to 4/5/2013), ASCO (5/31/2013 to 6/4/2013), Thanksgiving (11/25/2013 to 12/01/2013), ASH (12/6/2013 to 12/11/2013), Christmas & New Year's (12/18/2013 to 01/05/2014) |

Recruitment Fee/Contract Buyout Fee: $45,000.00.

**TRAVEL AND HOUSING :**

In addition to the above Fee Schedule, Client will be billed for the following:

a) Air, housing, and rental car;
b) Round trip transportation to and from the airport of departure;
c) Nightly hotel allowance if traveling a significant distance by car in lieu of flight;
d) Round-trip fuel in rental car; and
e) Airline baggage fees for one (1) bag each way when the Assignment is seven (7) calendar days or less or two (2) bags each way if the Assignment is eight (8) calendar days or longer. Client will not be billed for overweight baggage fees if incurred by the Physician.

**DEVIATIONS :**

None

If "none" is indicated, no deviations apply. If deviations are noted, the deviations will serve as an amendment to the Agreement for this Assignment only.

This Confirmation confirms or modifies a binding Assignment, subject to the cancellation provisions of the Agreement. If this Confirmation is incorrect, you should promptly notify us in writing of any error. Upon receipt of notice of an error, we will work with you to resolve the problem and a corrected Confirmation shall be issued. An error on this Confirmation will not result in your ability to cancel the Assignment. This Confirmation does not require a signature to be valid and binding.

If at any time prior to or during the Assignment you need to contact any member of the CompHealth staff during or after normal working hours, you can do so by calling (800) 732-7176. We are happy to assist you 24 hours per day, 7 days per week.

Sincerely,

MarkH Hill
Staffing Consultant
CompHealth

mysmith

P.O. Box 713100 • Salt Lake City, UT 84171-3100
6440 South Millrock Dr., Suite 175 • Salt Lake City, UT 84121
tele (800) 732-7176 • (801) 930-3766
fax (866) 588-0998