# EXHIBIT 7

CANCER CAREPOINT
nationwide recruiting services

17 Executive Park Drive
Suite 520
Atlanta, GA 30329
ph: 800.998.5859
fax: 404.836.2003
www.cancercarepoint.com

May 8, 2014

Mr. Manish Amin, MBA, Administrator
Ashland Bellefonte Cancer Center
122 S. Christopher Drive
Ashland, KY 41101

**- -REVISED - -**

Manish;

This is to confirm that you have formally accepted **Dr. Ram Batra** to provide your requested locum tenens coverage in Ashland and Prestonsburg for Ashland-Bellefonte Cancer Center. The dates of coverage have been revised and are now as follows;

May 12th - May 21 (coming on 12th morning and leaving on 22nd morning)
June 10th - June 25th (coming on June 9th evening and leaving on June 26th morning)

The Daily Flat Rate for this physician is $1,575 per eight (8) hour day Monday through Friday and $800 per 24 hour of Weekend Call Coverage. All other terms and fees of you Locum Tenens Coverage Agreement which was executed on 3/12/2014 will remain in effect.

Upon your review of this letter, please *sign and date* below. Kindly return this document to CCP at your earliest convenience. You may return the signed digitally via email to sroe@cancercarepoint.com or you may fax the letter to us at (404) 836-2003.

As always it is a pleasure doing business with you!

Regards,
*Sarah*

Sarah Roe
Marketing Coordinator
Medical Oncology, Medical Physics and Dosimetry

Accepting Signature ______________________ Date