# EXHIBIT 10

| # | IDR Column Name | Datatype | Length | Beginning Position |
|---|---|---|---|---|
| 1 | START | CHAR | 5 | 1 |
| 2 | DELIMITER | CHAR | 1 | 6 |
| 3 | CLM_TYPE_CD | SMALLINT | 5 | 7 |
| 4 | DELIMITER | CHAR | 1 | 12 |
| 5 | CLM_LINE_NUM | SMALLINT | 5 | 13 |
| 6 | DELIMITER | CHAR | 1 | 18 |
| 7 | CLM_HIC_NUM | CHAR | 12 | 19 |
| 8 | DELIMITER | CHAR | 1 | 31 |
| 9 | GEO_BENE_SSA_STATE_CD | CHAR | 2 | 32 |
| 10 | DELIMITER | CHAR | 1 | 34 |
| 11 | CLM_FROM_DT | DATE | 8 | 35 |
| 12 | DELIMITER | CHAR | 1 | 43 |
| 13 | CLM_THRU_DT | DATE | 8 | 44 |
| 14 | DELIMITER | CHAR | 1 | 52 |
| 15 | CLM_CNTL_NUM | VARCHAR | 40 | 53 |
| 16 | DELIMITER | CHAR | 1 | 93 |
| 17 | CLM_CWF_ACRTN_DT | DATE | 8 | 94 |
| 18 | DELIMITER | CHAR | 1 | 102 |
| 19 | CLM_NCH_WKLY_PROC_DT | DATE | 8 | 103 |
| 20 | DELIMITER | CHAR | 1 | 111 |
| 21 | CLM_DISP_CD | CHAR | 2 | 112 |
| 22 | DELIMITER | CHAR | 1 | 114 |
| 23 | CLM_QUERY_CD | CHAR | 1 | 115 |
| 24 | DELIMITER | CHAR | 1 | 116 |
| 25 | GEO_SSA_CNTY_CD | CHAR | 3 | 117 |
| 26 | DELIMITER | CHAR | 1 | 120 |
| 27 | CLM_SUBMSN_DT | DATE | 8 | 121 |
| 28 | DELIMITER | CHAR | 1 | 129 |
| 29 | CLM_SCHLD_PMT_DT | DATE | 8 | 130 |
| 30 | DELIMITER | CHAR | 1 | 138 |
| 31 | CLM_CNTRCTR_NUM | CHAR | 5 | 139 |
| 32 | DELIMITER | CHAR | 1 | 144 |
| 33 | GEO_ZIP5_CD | CHAR | 5 | 145 |
| 34 | DELIMITER | CHAR | 1 | 150 |
| 35 | BENE_SEX_CD | CHAR | 1 | 151 |
| 36 | DELIMITER | CHAR | 1 | 152 |
| 37 | BENE_RACE_CD | CHAR | 2 | 153 |
| 38 | DELIMITER | CHAR | 1 | 155 |
| 39 | CLM_PTNT_BIRTH_DT | DATE | 8 | 156 |
| 40 | DELIMITER | CHAR | 1 | 164 |
| 41 | CLM_CWF_BENE_MDCR_STUS_CD | CHAR | 2 | 165 |
| 42 | DELIMITER | CHAR | 1 | 167 |
| 43 | CLM_LAST_NAME | VARCHAR | 60 | 168 |

| | | | | |
|---|---|---|---|---|
| 44 | DELIMITER | CHAR | 1 | 228 |
| 45 | CLM_1ST_NAME | VARCHAR | 35 | 229 |
| 46 | DELIMITER | CHAR | 1 | 264 |
| 47 | CLM_INTL_MDL_NAME | CHAR | 1 | 265 |
| 48 | DELIMITER | CHAR | 1 | 266 |
| 49 | CLM_DGNS_PRCDR_ICD_IND | CHAR | 1 | 267 |
| 50 | DELIMITER | CHAR | 1 | 268 |
| 51 | CLM_PRNCPL_DGNS_CD | CHAR | 7 | 269 |
| 52 | DELIMITER | CHAR | 1 | 276 |
| 53 | CLM_CARR_PMT_DNL_CD | CHAR | 2 | 277 |
| 54 | DELIMITER | CHAR | 1 | 279 |
| 55 | CLM_PMT_AMT | DECIMAL(15,2) | 17 | 280 |
| 56 | DELIMITER | CHAR | 1 | 297 |
| 57 | CLM_MDCR_PRFNL_PRMRY_PYR_AMT | DECIMAL(11,2) | 13 | 298 |
| 58 | DELIMITER | CHAR | 1 | 311 |
| 59 | CLM_RFRG_PRVDR_UPIN_NUM | CHAR | 6 | 312 |
| 60 | DELIMITER | CHAR | 1 | 318 |
| 61 | PRVDR_RFRG_PRVDR_NPI_NUM | VARCHAR | 10 | 319 |
| 62 | DELIMITER | CHAR | 1 | 329 |
| 63 | CLM_RFRG_PRVDR_NPI_NUM | VARCHAR | 10 | 330 |
| 64 | DELIMITER | CHAR | 1 | 340 |
| 65 | CLM_PRVDR_PMT_AMT | DECIMAL(11,2) | 13 | 341 |
| 66 | DELIMITER | CHAR | 1 | 354 |
| 67 | CLM_BENE_PD_AMT | DECIMAL(15,2) | 17 | 355 |
| 68 | DELIMITER | CHAR | 1 | 372 |
| 69 | CLM_SBMT_CHRG_AMT | DECIMAL(15,2) | 17 | 373 |
| 70 | DELIMITER | CHAR | 1 | 390 |
| 71 | CLM_ALOWD_CHRG_AMT | DECIMAL(15,2) | 17 | 391 |
| 72 | DELIMITER | CHAR | 1 | 408 |
| 73 | CLM_MDCR_DDCTBL_AMT | DECIMAL(15,2) | 17 | 409 |
| 74 | DELIMITER | CHAR | 1 | 426 |
| 75 | CLM_MCO_OVRRD_CD | CHAR | 1 | 427 |
| 76 | DELIMITER | CHAR | 1 | 428 |
| 77 | CLM_RAC_ADJSTMT_IND_CD | CHAR | 1 | 429 |
| 78 | DELIMITER | CHAR | 1 | 430 |
| 79 | CLM_FPS_RMRK_CD | CHAR | 5 | 431 |
| 80 | DELIMITER | CHAR | 1 | 436 |
| 81 | CLM_MASS_ADJSTMT_TYPE_CD | CHAR | 1 | 437 |
| 82 | DELIMITER | CHAR | 1 | 438 |
| 83 | CLM_RFRG_PRVDR_PIN_NUM | VARCHAR | 14 | 439 |
| 84 | DELIMITER | CHAR | 1 | 453 |
| 85 | PRVDR_CPO_FAC_NPI_NUM | VARCHAR | 10 | 454 |
| 86 | DELIMITER | CHAR | 1 | 464 |
| 87 | CLM_BLOOD_PT_FRNSH_QTY | DECIMAL(3) | 3 | 465 |
| 88 | DELIMITER | CHAR | 1 | 468 |

| | | | | |
|---|---|---|---|---|
| 89 | CLM_BLOOD_DDCTBL_PT_QTY | DECIMAL(4) | 4 | 469 |
| 90 | DELIMITER | CHAR | 1 | 473 |
| 91 | CLM_BLG_PRVDR_NPI_NUM | VARCHAR | 10 | 474 |
| 92 | DELIMITER | CHAR | 1 | 484 |
| 93 | PRVDR_BLG_PRVDR_NPI_NUM | VARCHAR | 10 | 485 |
| 94 | DELIMITER | CHAR | 1 | 495 |
| 95 | CLM_DGNS_TOT_OCRNC_CNT | DECIMAL(2,0) | 2 | 496 |
| 96 | DELIMITER | CHAR | 1 | 498 |
| 97 | CLM_MCO_1ST_CNTRCT_NUM | CHAR | 5 | 499 |
| 98 | DELIMITER | CHAR | 1 | 504 |
| 99 | CLM_MCO_2ND_CNTRCT_NUM | CHAR | 5 | 505 |
| 100 | DELIMITER | CHAR | 1 | 510 |
| 101 | CLM_DGNS_1_CD | CHAR | 7 | 511 |
| 102 | DELIMITER | CHAR | 1 | 518 |
| 103 | CLM_DGNS_2_CD | CHAR | 7 | 519 |
| 104 | DELIMITER | CHAR | 1 | 526 |
| 105 | CLM_DGNS_3_CD | CHAR | 7 | 527 |
| 106 | DELIMITER | CHAR | 1 | 534 |
| 107 | CLM_DGNS_4_CD | CHAR | 7 | 535 |
| 108 | DELIMITER | CHAR | 1 | 542 |
| 109 | CLM_DGNS_5_CD | CHAR | 7 | 543 |
| 110 | DELIMITER | CHAR | 1 | 550 |
| 111 | CLM_DGNS_6_CD | CHAR | 7 | 551 |
| 112 | DELIMITER | CHAR | 1 | 558 |
| 113 | CLM_DGNS_7_CD | CHAR | 7 | 559 |
| 114 | DELIMITER | CHAR | 1 | 566 |
| 115 | CLM_DGNS_8_CD | CHAR | 7 | 567 |
| 116 | DELIMITER | CHAR | 1 | 574 |
| 117 | CLM_DGNS_9_CD | CHAR | 7 | 575 |
| 118 | DELIMITER | CHAR | 1 | 582 |
| 119 | CLM_DGNS_10_CD | CHAR | 7 | 583 |
| 120 | DELIMITER | CHAR | 1 | 590 |
| 121 | CLM_RNDRG_PRVDR_PIN_NUM | VARCHAR | 14 | 591 |
| 122 | DELIMITER | CHAR | 1 | 605 |
| 123 | CLM_RNDRG_PRVDR_UPIN_NUM | CHAR | 6 | 606 |
| 124 | DELIMITER | CHAR | 1 | 612 |
| 125 | CLM_RNDRG_PRVDR_NPI_NUM | VARCHAR | 10 | 613 |
| 126 | DELIMITER | CHAR | 1 | 623 |
| 127 | PRVDR_RNDRNG_PRVDR_NPI_NUM | VARCHAR | 10 | 624 |
| 128 | DELIMITER | CHAR | 1 | 634 |
| 129 | CLM_RNDRG_PRVDR_GRP_NPI_NUM | CHAR | 10 | 635 |
| 130 | DELIMITER | CHAR | 1 | 645 |
| 131 | PRVDR_RNDRNG_PRVDR_GRP_NPI_NUM | VARCHAR | 10 | 646 |
| 132 | DELIMITER | CHAR | 1 | 656 |
| 133 | CLM_RNDRG_PRVDR_TYPE_CD | CHAR | 3 | 657 |

| | | | | |
|---|---|---|---|---|
| 134 | DELIMITER | CHAR | 1 | 660 |
| 135 | CLM_RNDRG_PRVDR_TAX_NUM | CHAR | 10 | 661 |
| 136 | DELIMITER | CHAR | 1 | 671 |
| 137 | GEO_RNDRG_SSA_STATE_CD | CHAR | 2 | 672 |
| 138 | DELIMITER | CHAR | 1 | 674 |
| 139 | CLM_RNDRG_PRVDR_ZIP5_CD \|\| GEO_RNDRG_ZIP4_CD | | 9 | 675 |
| 140 | DELIMITER | CHAR | 1 | 684 |
| 141 | CLM_RNDRG_FED_PRVDR_SPCLTY_CD | CHAR | 2 | 685 |
| 142 | DELIMITER | CHAR | 1 | 687 |
| 143 | CLM_PRVDR_SPCLTY_CD | CHAR | 2 | 688 |
| 144 | DELIMITER | CHAR | 1 | 690 |
| 145 | CLM_RNDRG_PRVDR_PRTCPTG_CD | CHAR | 1 | 691 |
| 146 | DELIMITER | CHAR | 1 | 692 |
| 147 | CLM_PHYSN_ASTNT_CD | CHAR | 1 | 693 |
| 148 | DELIMITER | CHAR | 1 | 694 |
| 149 | CLM_LINE_SRVC_UNIT_QTY | DECIMAL(16,4) | 20 | 695 |
| 150 | DELIMITER | CHAR | 1 | 715 |
| 151 | CLM_FED_TYPE_SRVC_CD | CHAR | 1 | 716 |
| 152 | DELIMITER | CHAR | 1 | 717 |
| 153 | CLM_TYPE_SRVC_CD | CHAR | 2 | 718 |
| 154 | DELIMITER | CHAR | 1 | 720 |
| 155 | CLM_PRCNG_LCLTY_CD | CHAR | 2 | 721 |
| 156 | DELIMITER | CHAR | 1 | 723 |
| 157 | CLM_POS_CD | CHAR | 2 | 724 |
| 158 | DELIMITER | CHAR | 1 | 726 |
| 159 | CLM_LINE_FROM_DT | DATE | 8 | 727 |
| 160 | DELIMITER | CHAR | 1 | 735 |
| 161 | CLM_LINE_THRU_DT | DATE | 8 | 736 |
| 162 | DELIMITER | CHAR | 1 | 744 |
| 163 | CLM_LINE_HCPCS_CD | CHAR | 5 | 745 |
| 164 | DELIMITER | CHAR | 1 | 750 |
| 165 | HCPCS_1_MDFR_CD | CHAR | 2 | 751 |
| 166 | DELIMITER | CHAR | 1 | 753 |
| 167 | HCPCS_2_MDFR_CD | CHAR | 2 | 754 |
| 168 | DELIMITER | CHAR | 1 | 756 |
| 169 | HCPCS_3_MDFR_CD | CHAR | 2 | 757 |
| 170 | DELIMITER | CHAR | 1 | 759 |
| 171 | HCPCS_4_MDFR_CD | CHAR | 2 | 760 |
| 172 | DELIMITER | CHAR | 1 | 762 |
| 173 | CLM_LINE_CVRD_PD_AMT | DECIMAL(11,2) | 13 | 763 |
| 174 | DELIMITER | CHAR | 1 | 776 |
| 175 | CLM_LINE_BENE_PD_AMT | DECIMAL(15,2) | 17 | 777 |
| 176 | DELIMITER | CHAR | 1 | 794 |
| 177 | CLM_LINE_BENE_PMT_AMT | DECIMAL(15,2) | 17 | 795 |

| | | | | |
|---|---|---|---|---|
| 178 | DELIMITER | CHAR | 1 | 812 |
| 179 | CLM_LINE_PRVDR_PMT_AMT | DECIMAL(11,2) | 13 | 813 |
| 180 | DELIMITER | CHAR | 1 | 826 |
| 181 | CLM_LINE_MDCR_DDCTBL_AMT | DECIMAL(11,2) | 13 | 827 |
| 182 | DELIMITER | CHAR | 1 | 840 |
| 183 | CLM_PRMRY_PYR_CD | CHAR | 1 | 841 |
| 184 | DELIMITER | CHAR | 1 | 842 |
| 185 | CLM_BENE_PRMRY_PYR_PD_AMT | DECIMAL(11,2) | 13 | 843 |
| 186 | DELIMITER | CHAR | 1 | 856 |
| 187 | CLM_LINE_MDCR_COINSRNC_AMT | DECIMAL(11,2) | 13 | 857 |
| 188 | DELIMITER | CHAR | 1 | 870 |
| 189 | CLM_MDCR_PRMRY_PYR_ALOWD_AMT | DECIMAL(15,2) | 17 | 871 |
| 190 | DELIMITER | CHAR | 1 | 888 |
| 191 | CLM_LINE_PTB_BLOOD_DDCTBL_QTY | DECIMAL(3) | 3 | 889 |
| 192 | DELIMITER | CHAR | 1 | 892 |
| 193 | CLM_LINE_SBMT_CHRG_AMT | DECIMAL(15,2) | 17 | 893 |
| 194 | DELIMITER | CHAR | 1 | 910 |
| 195 | CLM_LINE_ALOWD_CHRG_AMT | DECIMAL(15,2) | 17 | 911 |
| 196 | DELIMITER | CHAR | 1 | 928 |
| 197 | CLM_LINE_OTHR_TP_PD_AMT | DECIMAL(15,2) | 17 | 929 |
| 198 | DELIMITER | CHAR | 1 | 946 |
| 199 | CLM_OTHR_TP_PD_AMT | DECIMAL(15,2) | 17 | 947 |
| 200 | DELIMITER | CHAR | 1 | 964 |
| 201 | CLM_LINE_BENE_COPMT_AMT | DECIMAL(15,2) | 17 | 965 |
| 202 | DELIMITER | CHAR | 1 | 982 |
| 203 | CLM_PMT_IND_CD | CHAR | 1 | 983 |
| 204 | DELIMITER | CHAR | 1 | 984 |
| 205 | CLM_LINE_DGNS_CD | CHAR | 7 | 985 |
| 206 | DELIMITER | CHAR | 1 | 992 |
| 207 | CLM_LINE_CARR_DME_CVRG_BGN_DT | DATE | 8 | 993 |
| 208 | DELIMITER | CHAR | 1 | 1001 |
| 209 | CLM_LINE_PRFNL_DME_PRICE_AMT | DECIMAL(11,2) | 13 | 1002 |
| 210 | DELIMITER | CHAR | 1 | 1015 |
| 211 | CLM_DUP_CHK_IND_CD | CHAR | 1 | 1016 |
| 212 | DELIMITER | CHAR | 1 | 1017 |
| 213 | CLM_POS_PHYSN_ORG_NAME | VARCHAR | 60 | 1018 |
| 214 | DELIMITER | CHAR | 1 | 1078 |
| 215 | CLM_POS_PRVDR_1ST_NAME | VARCHAR | 35 | 1079 |
| 216 | DELIMITER | CHAR | 1 | 1114 |
| 217 | CLM_POS_PRVDR_MDL_NAME | VARCHAR | 25 | 1115 |
| 218 | DELIMITER | CHAR | 1 | 1140 |

| | | | | |
|---|---|---|---|---|
| 219 | CLM_POS_PRVDR_1ST_LINE_ADR | VARCHAR | 55 | 1141 |
| 220 | DELIMITER | CHAR | 1 | 1196 |
| 221 | CLM_POS_PRVDR_2ND_LINE_ADR | VARCHAR | 55 | 1197 |
| 222 | DELIMITER | CHAR | 1 | 1252 |
| 223 | CLM_POS_PRVDR_CITY_NAME | VARCHAR | 30 | 1253 |
| 224 | DELIMITER | CHAR | 1 | 1283 |
| 225 | CLM_POS_PRVDR_USPS_STATE_CD | CHAR | 2 | 1284 |
| 226 | DELIMITER | CHAR | 1 | 1286 |
| 227 | CLM_POS_PRVDR_ZIP5_CD | CHAR | 5 | 1287 |
| 228 | DELIMITER | CHAR | 1 | 1292 |
| 229 | CLM_POS_PRVDR_ZIP4_CD | CHAR | 4 | 1293 |
| 230 | DELIMITER | CHAR | 1 | 1297 |
| 231 | CLM_FINL_ACTN_IND | CHAR | 1 | 1298 |
| 232 | DELIMITER | CHAR | 1 | 1299 |
| 233 | BENE_MBI_ID | CHAR | 11 | 1300 |
| 234 | DELIMITER | CHAR | 1 | 1311 |
| 235 | END | CHAR | 3 | 1312 |
| | | | **1314** | |

| Ending Position |
|---|
| 5 |
| 6 |
| 11 |
| 12 |
| 17 |
| 18 |
| 30 |
| 31 |
| 33 |
| 34 |
| 42 |
| 43 |
| 51 |
| 52 |
| 92 |
| 93 |
| 101 |
| 102 |
| 110 |
| 111 |
| 113 |
| 114 |
| 115 |
| 116 |
| 119 |
| 120 |
| 128 |
| 129 |
| 137 |
| 138 |
| 143 |
| 144 |
| 149 |
| 150 |
| 151 |
| 152 |
| 154 |
| 155 |
| 163 |
| 164 |
| 166 |
| 167 |
| 227 |

| |
|---|
| 228 |
| 263 |
| 264 |
| 265 |
| 266 |
| 267 |
| 268 |
| 275 |
| 276 |
| 278 |
| 279 |
| 296 |
| 297 |
| 310 |
| 311 |
| 317 |
| 318 |
| 328 |
| 329 |
| 339 |
| 340 |
| 353 |
| 354 |
| 371 |
| 372 |
| 389 |
| 390 |
| 407 |
| 408 |
| 425 |
| 426 |
| 427 |
| 428 |
| 429 |
| 430 |
| 435 |
| 436 |
| 437 |
| 438 |
| 452 |
| 453 |
| 463 |
| 464 |
| 467 |
| 468 |

| |
|---|
| 472 |
| 473 |
| 483 |
| 484 |
| 494 |
| 495 |
| 497 |
| 498 |
| 503 |
| 504 |
| 509 |
| 510 |
| 517 |
| 518 |
| 525 |
| 526 |
| 533 |
| 534 |
| 541 |
| 542 |
| 549 |
| 550 |
| 557 |
| 558 |
| 565 |
| 566 |
| 573 |
| 574 |
| 581 |
| 582 |
| 589 |
| 590 |
| 604 |
| 605 |
| 611 |
| 612 |
| 622 |
| 623 |
| 633 |
| 634 |
| 644 |
| 645 |
| 655 |
| 656 |
| 659 |

| |
|---|
| 660 |
| 670 |
| 671 |
| 673 |
| 674 |
| 683 |
| 684 |
| 686 |
| 687 |
| 689 |
| 690 |
| 691 |
| 692 |
| 693 |
| 694 |
| 714 |
| 715 |
| 716 |
| 717 |
| 719 |
| 720 |
| 722 |
| 723 |
| 725 |
| 726 |
| 734 |
| 735 |
| 743 |
| 744 |
| 749 |
| 750 |
| 752 |
| 753 |
| 755 |
| 756 |
| 758 |
| 759 |
| 761 |
| 762 |
| 775 |
| 776 |
| 793 |
| 794 |
| 811 |

| |
|---|
| 812 |
| 825 |
| 826 |
| 839 |
| 840 |
| 841 |
| 842 |
| 855 |
| 856 |
| 869 |
| 870 |
| 887 |
| 888 |
| 891 |
| 892 |
| 909 |
| 910 |
| 927 |
| 928 |
| 945 |
| 946 |
| 963 |
| 964 |
| 981 |
| 982 |
| 983 |
| 984 |
| 991 |
| 992 |
| 1000 |
| 1001 |
| 1014 |
| 1015 |
| 1016 |
| 1017 |
| 1077 |
| 1078 |
| 1113 |
| 1114 |
| 1139 |
| 1140 |

| |
|---|
| 1195 |
| 1196 |
| 1251 |
| 1252 |
| 1282 |
| 1283 |
| 1285 |
| 1286 |
| 1291 |
| 1292 |
| 1296 |
| 1297 |
| 1298 |
| 1299 |
| 1310 |
| 1311 |
| 1314 |

| IDR Column Description |
|---|
| Hardcoded 'START' |
| |
| Claim Type Code |
| |
| Claim line number |
| |
| Claim HIC Number |
| |
| Geographic Beneficiary SSA State Code |
| |
| Claim From Date |
| |
| Claim Through Date |
| |
| Claim Control Number |
| |
| Claim Common Working File Accretion Date |
| |
| Claim NCH Weekly Process Date |
| |
| Claim Disposition Code |
| |
| Claim Query Code |
| |
| Geographic Beneficiary SSA County Code |
| |
| Claim Submission Date |
| |
| Claim Scheduled Payment Date |
| |
| Claim Contractor Number |
| |
| Beneficiary Mailing Contact Zip Code |
| |
| Beneficiary Sex Code |
| |
| Beneficiary Race Code |
| |
| Claim Patient Birth Date |
| |
| Claim CWF Beneficiary Medicare Status Code |
| |
| Claim Patient Last Name |

| |
|---|
| |
| Claim First Name |
| |
| Claim Initial Middle Name |
| |
| Claim Line International Classification Of Diseases Indicator |
| |
| Claim DGNS Principal Code |
| |
| Claim Carrier Payment Denial Code |
| |
| Claim Payment Amount |
| |
| Claim Medicare Professional Primary Payer Paid Amount |
| |
| Claim Referring Provider UPIN Identifier Number |
| |
| Provider Referring Provider NPI Number |
| |
| Claim Referring Provider NPI Number |
| |
| Claim Provider Payment Amount |
| |
| Claim Beneficiary Paid Amount |
| |
| Claim Submitted Charge Amount |
| |
| Claim Allowed Charge Amount |
| |
| Claim Medicare Deductible Amount |
| |
| Claim MCO Override Code |
| |
| Claim Recovery Audit Contractor Adjustment Indicator Code |
| |
| Claim FPS Remarks Code |
| |
| Claim Mass Adjustment Type Code |
| |
| Claim Referring Provider PIN Number |
| |
| Provider Care Plan Oversight Facility NPI Number |
| |
| Claim Blood Pint Furnished Quantity |
| |

| |
|---|
| Claim Blood Deductible Pint Quantity |
| |
| Claim Billing Provider NPI Number |
| |
| Provider Billing Provider NPI Number |
| |
| Claim DGNS Total Occurence Count |
| |
| Claim Managed Care Organization First Contract Number |
| |
| Claim Managed Care Organization Second Contract Number |
| |
| Claim DGNS One Code |
| |
| Claim DGNS Two Code |
| |
| Claim DGNS Three Code |
| |
| Claim DGNS Four Code |
| |
| Claim DGNS Five Code |
| |
| Claim DGNS Six Code |
| |
| Claim DGNS Seven Code |
| |
| Claim DGNS Eight Code |
| |
| Claim DGNS Nine Code |
| |
| Claim DGNS Ten Code |
| |
| Claim Rendering Provider PIN Number |
| |
| Claim Rendering Provider UPIN Number |
| |
| Claim Rendering Provider NPI Number |
| |
| Provider Rendering Provider NPI Number |
| |
| Claim Rendering Provider Group NPI Number |
| |
| Provider Rendering Provider Group NPI Number |
| |
| Claim Rendering Provider Type Code |

| |
|---|
| Line Provider Tax Number |
| |
| Claim Line Rendering Geographic SSA State Code |
| |
| Claim Rendering Provider Zip5 Code + Geographic Rendering ZIP4 Code |
| |
| Claim Rendering Federal Provider Specialty Code |
| |
| Claim Provider Specialty Code |
| |
| Claim Rendering Provider Participating Code |
| |
| Claim Physician Assistant Code |
| |
| Claim Line Service Unit Quantity |
| |
| Claim Federal Type of Service Code |
| |
| Claim Type of Service Code |
| |
| Claim Pricing Locality Code |
| |
| Claim Place of Service Code |
| |
| Claim Line From Date |
| |
| Claim Line Through Date of Service |
| |
| Claim Line HCPCS Code |
| |
| HCPCS First Modifier Code |
| |
| HCPCS Second Modifier Code |
| |
| HCPCS Third Modifier Code |
| |
| HCPCS Fourth Modifier Code |
| |
| Claim Line Covered Paid Amount |
| |
| Claim Line Beneficiary Paid Amt |
| |
| Claim Line Beneficiary Payment Amt |

| |
|---|
| Claim Line Provider Payment Amount |
| |
| Claim Line Medicare Deductible Amount |
| |
| Claim Primary Payer Code |
| |
| Claim Beneficiary Primary Payer Paid Amount |
| |
| Claim Line Medicare Coinsurance Amount |
| |
| Claim Medicare Primary Payer Allowed Amount |
| |
| Claim Line Part B Blood Deductible Quantity |
| |
| Claim Line Submitted Charge Amount |
| |
| Claim Line Allowed Charge Amount |
| |
| CLAIMIP- The total amount paid by all sources other than Medicaid, Medicare, and the recipient's personal funds. |
| |
| The amount saved due to integration of third party liability by all third party payers. |
| |
| The copayment paid by the beneficiary as specified in the plan provision. The copayment represents an amount for which the patient is responsible and is generally a flat fee for each visit. |
| |
| Claim Payment indicator Code |
| |
| Claim Line Diagnosis Code |
| |
| Claim Line Carrier DME Coverage Begin Date |
| |
| Claim Line Professional DME Purchase Price Amount |
| |
| Claim Duplicate Check Indicator Code |
| |
| Claim Place Of Service Physician Organization Name |
| |
| Claim Place Of Service Provider First Name |
| |
| Claim Place Of Service Provider Middle Name |
| |

| |
|---|
| Claim Place Of Service Provider First Line Address |
| |
| Claim Place Of Service Provider Second Line Address |
| |
| Claim Place Of Service Provider City Name |
| |
| Claim Place Of Service Provider USPS State Code |
| |
| Claim Place Of Service Provider Zip 5 Code |
| |
| Claim Place Of Service Provider Zip 4 Code |
| |
| Claim Final Action Indicator |
| |
| An identifier that uniquely identifies a beneficiary and replaces the Health Insurance Claim Number (HICN) on Medicare cards |
| |
| Hardcoded 'END' |