# EXHIBIT 11

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | ASHLAND BELLEFONTE CANCER CENTER | | | | | |
| 2 | TAX ID 611072771 | Dr Kirti Jain | Mary Ann (NP) | Dr.Venu Madhav Konala | Dr. Sameer A Batoo | Dr.Anshu K Jain |
| 3 | UPIN # | C74901 | | | | |
| 4 | KY Licence # | 23276 | 3007079 | 46646 | 46766 | 45172 |
| 5 | NPI # | 1952370066 | 1154696912 | 1164752952 | 1023266640 | 1093942534 |
| 6 | Group NPI# | 1760592133 | 1760592133 | 1760592133 | 1760592133 | 1760592133 |
| 7 | KY MCD Provider IND # | 64232762 | 7100210270 | 7100311590 | 7100312210 | 7100312090 |
| 8 | KY MCD Group Provider # | 65914459 | 7100255180 | 65914459 | 65914459 | 65914459 |
| 9 | DEA# (KY) | AJ2483636 | | FK4354825 | FB4438140 | FJ4467040 |
| 10 | DEA# (WV) | AJ9554672 | | | | FJ4468701 |
| 11 | WV Licence # | 1371613716 | | | | 25487 |
| 12 | Black Lung BCC | 023232300 | | | | |
| 13 | WV MCD IND Provider# | `0084097000 | 3810023731 | 3810027448 | 3810027449 | 3810027433 |
| 14 | WV Group MCD # | 0007089000 | `0007089000 | 0007089000 | 0007089000 | 0007089000 |
| 15 | RR Medicare IND # | 110007472 | P01050795 | P01354915 | | |
| 16 | RR Medicare Group# | CL7151 | CL7151 | CL7151 | | |
| 17 | KY MCR Group # | 2150 | 2150 | 2150 | 2150 | 2150 |
| 18 | KY MCR IND Provider # | `0215005 | K038600 | K133490 | K136190 | K135390 |
| 19 | Blue Products IND # | 000000201620 | `000000797854 | `000000875285 | `000000873727 | `000000875313 |
| 20 | Blue Product Group# | 000000066961 | 000000066961 | 000000066961 | 000000066961 | 000000066961 |
| 21 | CLIA# for BCC | 18D0324717 | 18D0324717 | 18D0324717 | 18D0324717 | 18D0324717 |
| 22 | SSN# | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 23 | Ohio IND provider# | 0531982 | `0080001 | `0103894 | `0104098 | |
| 24 | Ohio Medicaid Group # | 2120305 | 2120305 | 2120305 | 2120305 | 2120305 |
| 25 | Ohio PIN # | [redacted] | | | | |
| 26 | MT BCBS Group# | 001711709 | | | | |
| 27 | Energy Emp Occupation | 23232399 | | | | |
| 28 | Caresource Ohio | 611072771029 | | | | |
| 29 | OWCP Group# | 023232399 | | | | |
| 30 | Molina Ohio | 0531982 | | | | |
| 31 | DME # | 6536080001 | | | | |
| 32 | COVENTRY# | | 124608 | | | |
| 33 | WELLCARE | 648114 | 700715 | | | |
| 34 | KYSPIRIT | P10000195182 | Not enrolled | | | |
| 35 | Highmark BCBS Ind# | | | 003052355 | `003052362 | `003052359 |
| 36 | Highmark BCBS Grp# | `001711709 | `001711709 | `001711709 | `001711709 | `001711709 |
| 37 | INDIVIDUAL TAXONOMY | 207RH0003X | 363LF0000X | 207RH0003X | 207RH0003X | 2085R0203X |
| 38 | GROUP TAXONOMY | 174400000X | 363L00000X | 174400000X | 174400000X | 174400000X |
| 39 | | | | | | |
| 40 | DOB | [redacted] | | | | |
| 41 | CAQH# | 10818027 | 12381154 | 12690521 | 12690365 | 12690717 |
| 42 | CAQH LOGIN | [redacted] | | | | |
| 43 | CAQH PWD | | | | | |
| 44 | | | | | | |
| 45 | Passport health Grp# | 50062351 | 50062351 | 50062351 | 50062351 | 50062351 |
| 46 | Passport health Ind# | 50069042 | 50062399 | | | |
| 47 | Humana Caresource grp# | 611072771-034 | 611072771-034 | 611072771-034 | 611072771-034 | 611072771-034 |
| 48 | Humana Caresource Ind# | 611072771-029 | 611072771-051 | | | |
| 49 | Tricare for Life (Grp#) | A011 | A011 | A011 | A011 | A011 |
| 50 | Tricare for Life (Ind#) | | | A013 | A012 | |
| 51 | Health Smart | | | 13501858 | 13501847 | 13503405 |
| 52 | Aetna (Prov ID#) | 4358337 | 9005982 | 5097956 | 4800111 | 4186206 |
| 53 | First Health Network (Prov ID#) | 679475 | 2402270 | | | |
| 54 | Kentucky Health Co-operative (Prov Id#) | *10008702* | *10017461* | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | HIGHLANDS CANCER CENTER | | | | | |
| 2 | TAX ID 550667743 | Dr Jain | Stephanie Vandine(NP) | Dr.Venu Madhav Konala | Dr. Batoos | Dr.Anshu |
| 3 | UPIN # | [redacted] | | | | |
| 4 | KY License # | 23276 | 3005700 | 46646 | 46766 | 45172 |
| 5 | NPI # | 1952370066 | 1255587838 | 1164752952 | 1023266640 | 1093942534 |
| 6 | DEA# (KY) | BJ8304406 | MR2084399 | FK4354825 | FB4438140 | FJ4467052 |
| 7 | NPI Group # | 1093818551 | 1093818551 | 1093818551 | 1093818551 | 1093818551 |
| 8 | KY MCR Group # | 3780 | 3780 | 3780 | 3780 | 3780 |
| 9 | KY Medicare IND # | 1378001 | 1378008 | K133491 | K136191 | K135391 |
| 10 | Travellers Group # | DA4284 | DA4284 | | | |
| 11 | Travellers IND # | P00058581 | P01053432 | | | |
| 12 | KY MCD Group# | 65939043 | 7100230980 | 65939043 | 65939043 | 65939043 |
| 13 | KY MCD IND # | 64232762 | 7100212620 | 7100311590 | 7100312210 | 7100312090 |
| 14 | Blue Products IND# | `000000293821 | `000000802557 | `000000873236 | `000000873233 | `000000874271 |
| 15 | Blue Product Group# | `000000293818 | `000000293818 | `000000293818 | `000000293818 | `000000293818 |
| 16 | Black Lung Group# | 608985500 | | | | |
| 17 | CLIA# for HCC | 18D1008099 | 18D1008099 | 18D1008099 | 18D1008099 | 18D1008099 |
| 18 | Energy Employee Occupational Group# | 23232399 | | | | |
| 19 | WVMCD IND# | 008409700 | 3910005445 | 3810027448 | 3810027449 | 3810027433 |
| 20 | WVMCD Group # | 3810005137 | 3810005137 | 3810005137 | 3810005137 | 3810005137 |
| 21 | BrickStreet WC Group# | 1024562 | | | | |
| 22 | COVENTRY | | Not enrolled | | | |
| 23 | WELLCARE | 617207 | 714383 | | | |
| 24 | SSN# | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 25 | KYSPIRIT | P10000195182 | P1000217414 | | | |
| 26 | Highmark BCBS Ind# | | | 003052355 | `003052362 | `003052359 |
| 27 | Highmark BCBS Grp# | `002063319 | `002063319 | `002063319 | `002063319 | `002063319 |
| 28 | INDIVIDUAL TAXONOMY | 207RH0003X | 363L00000X | 207RH0003X | 207RH0003X | 2085R0203X |
| 29 | GROUP TAXONOMY | 174400000X | 363L00000X | 174400000X | 174400000X | 174400000X |
| 30 | | | | | | |
| 31 | OHMCD IND# | 0531982 | `0088743 | `0103894 | `0104098 | |
| 32 | OHMCD GRP# | `0088706 | `0088706 | `0088706 | `0088706 | `0088706 |
| 33 | Ohio Pin# | [redacted] | | | | |
| 34 | | | | | | |
| 35 | DOB | [redacted] | | | | |
| 36 | CAQH# | 10818027 | 12289588 | 12690521 | 12690365 | 12690717 |
| 37 | CAQH Login | [redacted] | | | | |
| 38 | CAQH Pswd | | | | | |
| 39 | | | | | | |
| 40 | Passport health Grp# | 50063008 | 50063008 | 50063008 | 50063008 | 50063008 |
| 41 | Passport health Ind# | 50063497 | 50063010 | | | |
| 42 | Humana Caresource grp# | 550667743-059 | 550667743-059 | 550667743-059 | 550667743-059 | 550667743-059 |
| 43 | Humana Caresource Ind# | 550667743-054 | 550667743-057 | | | |
| 44 | Tricare for Life (Grp#) | A010 | A010 | A010 | A010 | A010 |
| 45 | Tricare for Life (Ind#) | | | A009 | A008 | |
| 46 | Health Smart | | | 13501858 | 13501847 | 13503405 |
| 47 | Aetna | 4358337 | 9401463 | 5097956 | 4800111 | 4186206 |
| 48 | First Health Network (Prov ID#) | 679475 | 2302086 | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 49 | **Kentucky Health Co-operative (Prov Id#)** | *10008702* | *10017461* | | | |

| | A | B |
|---|---|---|
| 1 | LOGAN ONCOLOGY CARE ASSOCIATES | |
| 2 | TAX ID - 810679014 | Dr. Anshu K Jain |
| 3 | SSN# | [redacted] |
| 4 | UPIN # | |
| 5 | NPI # | 1093942534 |
| 6 | NPI Group # | 1164687521 |
| 7 | WV MCR Group # | A723 |
| 8 | WV Medicare IND # | WV4251A723 |
| 9 | Molina Medicaid Ind# (WVMCD) | 3810027433 |
| 10 | Molina Medicaid Grp# (WVMCD) | 3810012820 |
| 11 | Highmark BCBS Ind# | 003052359 |
| 12 | Highmark BCBS Grp# | 2063319 |
| 13 | RRMCR Ind# | |
| 14 | RRMCR Grp# | |
| 15 | Cigna | |
| 16 | WV LICENSE # | 25487 |
| 17 | | |
| 18 | INDIVIDUAL TAXONOMY | 2085R0203X |
| 19 | GROUP TAXONOMY | 193400000X |