# EXHIBIT 13

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted] **Physician:** JAIN KIRTI K MD
**DOB:** [redacted] **PID:** [redacted] **Service Date:** 4/17/2014
Vitals: [redacted]

| Date / Approved By | Procedure | Cycle / Prepared By | Bag Id | Fluid | Route | Vol | Duration / Supervising MD | Dose | Unit | WST | Start | End / Administered By | Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2014 | Kytril | 2 | 2 | NS | IV | 50 | 20 | 1 | mg | 0 | 10:00:00 | 10:17:00 | 17 |
| BROWN,MICHELLE:R.N. | | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R | |
| 4/17/2014 | Dexamethasone | 2 | 3 | NS | IV | 50 | 20 | 20 | mg | 0 | 10:17:00 | 10:35:00 | 18 |
| BROWN,MICHELLE:R.N. | | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R | |
| 4/17/2014 | Diphenhydramine | 2 | 4 | N/A | IV | 50 | 20 | 25 | mg | 0 | 10:35:00 | 10:54:00 | 19 |
| BROWN,MICHELLE:R.N. | | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R | |
| 4/17/2014 | Pepcid | 2 | 5 | NS | IV | 50 | 20 | 20 | mg | 0 | 10:54:00 | 11:13:00 | 19 |
| BROWN,MICHELLE:R.N. | | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R | |
| 4/17/2014 | Paclitaxel | 2 | 6 | NS | IV | 500 | 180 | 374 | mg | 0 | 11:13:00 | 14:25:00 | 192 |
| BROWN,MICHELLE:R.N. | | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R | |
| 4/17/2014 | Carboplatin | 2 | 7 | NS | IV | 250 | 90 | 900 | mg | 0 | 14:25:00 | 16:00:00 | 95 |
| BROWN,MICHELLE:R.N. | | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R | |

CC Defendants004869

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted]
**DOB:** [redacted] **PID:** [redacted]
**Physician:** JAIN KIRTI K MD
**Service Date:** 4/17/2014
**Vitals:** [redacted]

| Date | Procedure<br>Approved By | Cycle<br>Prepared By | Bag Id | Fluid | Route | Vol | Duration<br>Supervising MD | Dose | Unit | WST | Start | End<br>Administered By | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2014 | Kytril<br>BROWN,MICHELLE:R.N. | 3<br>BROWN,MICHELLE:R.N. | 1 | NS | IV | 50 | 20<br>JAIN,KIRTI,K:MD | 1 | mg | 0 | 11:27:23 | 11:45:56<br>BROWN,MICHELLE:R.N. | 18 | minutes |
| 4/17/2014 | Dacogen<br>BROWN,MICHELLE:R.N. | 3<br>BROWN,MICHELLE:R.N. | 2 | NS | IV | 100 | 60<br>JAIN,KIRTI,K:MD | 40 | mg | 10 | 11:45:00 | 13:00:00<br>BROWN,MICHELLE:R.N. | 75 | minutes |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI-CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted]
**DOB:** [redacted] **PID:** [redacted]
**Vitals:** [redacted]

**Physician:** JAIN KIRTI K MD
**Service Date:** 5/15/2014

| Date | Procedure / Approved By | Cycle / Prepared By | Bag Id | Fluid | Route | Vol | Duration / Supervising MD | Dose | Unit | WST | Start | End / Administered By | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/15/2014 | Kytril | 4 | 1 | NS | IV | 50 | 20 | 1 | mg | 0 | 12:30:00 | 12:45:00 | 15 | minutes |
| | LANTHORN,CHRIS,,RN:RN | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |
| 5/15/2014 | Dacogen | 4 | 2 | NS | IV | 100 | 60 | 40 | mg | 10 | 12:45:39 | 14:39:41 | 114 | minutes |
| | LANTHORN,CHRIS,,RN:RN | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI-CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

# Medical Administration Record

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted]
**DOB:** [redacted] **PID:** [redacted]
**Vitals:** [redacted]

**Physician:** JAIN KIRTI K MD
**Service Date:** 6/12/2014

| Date / Approved By | Procedure | Cycle / Prepared By | Bag Id | Fluid | Route | Vol | Duration / Supervising MD | Dose | Unit | WST | Start | End / Administered By | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/2014 | Kytril | 5 | 1 | NS | IV | 50 | 20 | 1 | mg | 0 | 11:00:06 | 11:20:24 | 20 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 6/12/2014 | Dacogen | 5 | 2 | NS | IV | 100 | 60 | 40 | mg | 10 | 11:20:35 | 12:20:45 | 60 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI-CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

## Medical Administration Record

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted]
**DOB:** [redacted] **PID:** [redacted]
**Vitals:** [redacted]

**Physician:** JAIN KIRTI K MD
**Service Date:** 5/22/2014

| Date | Procedure | Cycle | Bag Id | Fluid | Route | Vol | Duration | Dose | Unit | WST | Start | End | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Approved By | | Prepared By | | | | | Supervising MD | | | | | Administered By | | |
| 5/22/2014 | Dexamethasone | 2 | 2 | NS | IV | 50 | 20 | 20 | mg | 0 | 10:10:29 | 10:22:59 | 12 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 5/22/2014 | Diphenhydramine | 2 | 3 | NS | IV | 50 | 20 | 25 | mg | 0 | 10:22:00 | 10:40:00 | 18 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 5/22/2014 | Tylenol | 2 | 0 | N/A | PO | 0 | 0 | 1000 | mg | 0 | 09:50:00 | 09:51:00 | 1 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 5/22/2014 | Pepcid | 2 | 4 | NS | IV | 50 | 20 | 20 | mg | 0 | 10:40:00 | 11:00:00 | 20 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 5/22/2014 | Cytoxan | 2 | 6 | NS | IV | 250 | 60 | 500 | mg | 0 | 14:00:00 | 15:00:00 | 60 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 5/22/2014 | Rituxan | 2 | 5 | NS | IV | 1000 | 180 | 600 | mg | 0 | 11:00:52 | 14:00:32 | 180 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 5/22/2014 | Kytril | 2 | 1 | NS | IV | 50 | 20 | 1 | mg | 0 | 09:50:00 | 10:10:00 | 20 | minutes |
| SMITH,MONA,LISA: | | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI-
CONFIDENTIAL ATTORNEYS'
EYES ONLY SUBJECT TO
PROTECTIVE ORDER

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted]
**DOB:** [redacted] **PID:** [redacted]
**Physician:** Stephenson Mary Ann NP
**Service Date:** 4/17/2014
**Vitals:** [redacted]

| Date | Procedure / Approved By | Cycle / Prepared By | Bag Id | Fluid | Route | Vol | Duration / Supervising MD | Dose | Unit | WST | Start | End / Administered By | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/17/2014 | Normal Saline | 0 | 1 | NS | IV | 1000 | 0 | 1000 | mg | 0 | 11:30:00 | 12:30:00 | 60 | **minutes** |
| | LANTHORN,CHRIS,,RN:RN | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI-CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted] **Physician:** **JAIN KIRTI K MD**
**DOB:** [redacted] **PID:** [redacted] **Service Date:** **2/12/2014**
**Vitals:** [redacted]

| Date / Approved By | Procedure | Cycle / Prepared By | Bag Id | Fluid | Route | Vol | Duration / Supervising MD | Dose | Unit | WST | Start | End / Administered By | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/12/2014 | Venofer | 1 | 1 | NS | IV | 250 | 60 | 200 | mg | 0 | 15:00:00 | 15:45:00 | 45 | minutes |
| CLARK,SHANA,,RN: | | CLARK,SHANA,,RN: | | | | | JAIN,KIRTI,K:MD | | | | | CLARK,SHANA,,RN: | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI-CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted] **Physician:** JAIN KIRTI K MD
**DOB:** [redacted] **PID:** [redacted] **Service Date:** 5/1/2014
Vitals: [redacted]

| Date / Approved By | Procedure | Cycle / Prepared By | Bag Id | Fluid | Route | Vol | Duration / Supervising MD | Dose | Unit | WST | Start | End / Administered By | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2014 | Aloxi | 5 | 1 | NS | IV | 50 | 20 | 0.25 | mg | 0 | 10:19:10 | 10:34:04 | 15 | minutes |
| LANTHORN,CHRIS,,RN:RN | | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |
| 5/1/2014 | Dexamethasone | 5 | 2 | NS | IV | 50 | 20 | 20 | mg | 0 | 11:00:00 | 11:15:00 | 15 | minutes |
| LANTHORN,CHRIS,,RN:RN | | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |
| 5/1/2014 | Pepcid | 5 | 4 | NS | IV | 50 | 20 | 20 | mg | 0 | 10:45:00 | 11:00:00 | 15 | minutes |
| LANTHORN,CHRIS,,RN:RN | | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |
| 5/1/2014 | Diphenhydramine | 5 | 3 | NS | IV | 50 | 20 | 50 | mg | 0 | 10:34:00 | 10:45:00 | 11 | minutes |
| LANTHORN,CHRIS,,RN:RN | | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |
| 5/1/2014 | Paclitaxel | 5 | 5 | NS | IV | 500 | 180 | 278 | mg | 0 | 11:15:38 | 14:15:28 | 180 | minutes |
| LANTHORN,CHRIS,,RN:RN | | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |
| 5/1/2014 | Carboplatin | 5 | 6 | NS | IV | 250 | 60 | 334 | mg | 0 | 14:15:00 | 15:15:00 | 60 | minutes |
| LANTHORN,CHRIS,,RN:RN | | LANTHORN,CHRIS,,RN:RN | | | | | JAIN,KIRTI,K:MD | | | | | LANTHORN,CHRIS,,RN:RN | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI- CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted] **Physician:** JAIN KIRTI K MD
**DOB:** [redacted] **PID:** [redacted] **Service Date:** 1/16/2014
**Vitals:** [redacted]

| Date | Procedure | Cycle | Bag Id | Fluid | Route | Vol | Duration | Dose | Unit | WST | Start | End | Actual |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Approved By | Prepared By | | | | | Supervising MD | | | | | Administered By | |
| 1/16/2014 | Kytril | 1 | 1 | NS | IV | 50 | 20 | 1 | mg | 0 | 12:13:00 | 12:33:00 | 20 minutes |
| | BROWN,MICHELLE:R.N. | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R.N. | |
| 1/16/2014 | Dexamethasone | 1 | 2 | NS | IV | 50 | 20 | 10 | mg | 0 | 12:33:00 | 12:54:00 | 21 minutes |
| | BROWN,MICHELLE:R.N. | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R.N. | |
| 1/16/2014 | Docetaxel | 1 | 3 | NS | IV | 250 | 60 | 77 | mg | 0 | 12:54:00 | 14:04:00 | 70 minutes |
| | BROWN,MICHELLE:R.N. | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R.N. | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI- CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

CC Defendants0032185

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted]
**DOB:** [redacted] **PID:** [redacted]
**Physician:** **JAIN KIRTI K MD**
**Service Date:** **5/8/2014**

**Vitals: Height:** [redacted]

| Date | Procedure | Cycle | Bag Id | Fluid | Route | Vol | Duration | Dose | Unit | WST | Start | End | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Approved By | Prepared By | | | | | Supervising MD | | | | | Administered By | | |
| 5/8/2014 | Kytril | 1 | 1 | NS | IV | 50 | 20 | 1 | mg | 0 | 12:17:00 | 12:34:00 | 17 | **minutes** |
| | DOVE,JESSICA,LYNN: | DOVE,JESSICA,LYNN: | | | | | | | | | | DOVE,JESSICA,LYNN: | | |
| 5/8/2014 | Dexamethasone | 1 | 2 | NS | IV | 50 | 20 | 10 | mg | 0 | 12:00:00 | 12:16:00 | 16 | **minutes** |
| | DOVE,JESSICA,LYNN: | DOVE,JESSICA,LYNN: | | | | | | | | | | DOVE,JESSICA,LYNN: | | |
| 5/8/2014 | Docetaxel | 1 | 3 | NS | IV | 250 | 60 | 47 | mg | 0 | 12:40:00 | 13:50:00 | 70 | **minutes** |
| | DOVE,JESSICA,LYNN: | DOVE,JESSICA,LYNN: | | | | | | | | | | DOVE,JESSICA,LYNN: | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI-
CONFIDENTIAL ATTORNEYS'
EYES ONLY SUBJECT TO
PROTECTIVE ORDER

CC Defendants0032193

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted]
**DOB:** [redacted] **PID:** [redacted]
**Physician:** JAIN KIRTI K MD
**Service Date:** 1/9/2014
**Vitals:** [redacted]

| Date | Procedure | Approved By | Cycle | Bag Id | Fluid | Route | Vol | Prepared By | Duration | Dose | Unit | WST | Supervising MD | Start | End | Actual | | Administered By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/2014 | Lasix | CLARK,SHANA,,RN: | 0 | 0 | N/A | IVP | 0 | CLARK,SHANA,,RN: | 0 | 10 | mg | 0 | JAIN,KIRTI,K:MD | 14:44:19 | 14:47:14 | 3 | minutes | CLARK,SHANA,,RN: |
| 1/9/2014 | Activase | CLARK,SHANA,,RN: | 0 | 0 | N/A | IV | 0 | CLARK,SHANA,,RN: | 0 | 2 | mg | 0 | JAIN,KIRTI,K:MD | 09:00:22 | 09:01:31 | 1 | minutes | CLARK,SHANA,,RN: |
| 1/9/2014 | Normal Saline | CLARK,SHANA,,RN: | 2 | 7 | NS | IV | 1000 | CLARK,SHANA,,RN: | 60 | 1000 | ml | 0 | JAIN,KIRTI,K:MD | 14:10:06 | 16:00:33 | 110 | minutes | CLARK,SHANA,,RN: |
| 1/9/2014 | Dexamethasone | CLARK,SHANA,,RN: | 4 | 3 | NS | IV | 50 | CLARK,SHANA,,RN: | 20 | 20 | MG | 0 | JAIN,KIRTI,K:MD | 10:47:00 | 11:07:00 | 20 | minutes | CLARK,SHANA,,RN: |
| 1/9/2014 | Etoposide | CLARK,SHANA,,RN: | 4 | 3 | NS | IV | 500 | CLARK,SHANA,,RN: | 60 | 200 | MG | 0 | JAIN,KIRTI,K:MD | 13:10:00 | 14:10:00 | 60 | minutes | CLARK,SHANA,,RN: |
| 1/9/2014 | Potassium | CLARK,SHANA,,RN: | 4 | 1 | NS | IV | 1000 | CLARK,SHANA,,RN: | 60 | 10 | MEQ | 10 | JAIN,KIRTI,K:MD | 09:45:25 | 10:47:23 | 62 | minutes | CLARK,SHANA,,RN: |
| 1/9/2014 | Cisplatin | CLARK,SHANA,,RN: | 4 | 4 | NS | IV | 1000 | CLARK,SHANA,,RN: | 120 | 60 | MG | 0 | JAIN,KIRTI,K:MD | 11:07:00 | 13:10:00 | 123 | minutes | CLARK,SHANA,,RN: |
| 1/9/2014 | Lasix | CLARK,SHANA,,RN: | 4 | 5 | N/A | IV | 0 | CLARK,SHANA,,RN: | 2 | 10 | MG | 0 | JAIN,KIRTI,K:MD | 09:41:00 | 09:44:11 | 3 | minutes | CLARK,SHANA,,RN: |

**Initial Line:**

CONTAINS UNREDACTED PHI- CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

CC Defendants0032279

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted] **Physician:** **JAIN KIRTI K MD**
**DOB:** [redacted] **PID:** [redacted] **Service Date:** **4/10/2014**
**Vitals:** [redacted]

| Date / Approved By | Procedure | Cycle / Prepared By | Bag Id | Fluid | Route | Vol | Duration / Supervising MD | Dose | Unit | WST | Start | End / Administered By | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/2014 | Avastin | 9 | 2 | NS | IV | 100 | 30 | 465 | mg | 35 | 12:45:00 | 13:20:00 | 35 | **minutes** |
| CLARK,SHANA,,RN: | | CLARK,SHANA,,RN: | | | | | JAIN,KIRTI,K:MD | | | | | CLARK,SHANA,,RN: | | |
| 4/10/2014 | Diphenhydramine | 9 | 1 | NS | IV | 50 | 20 | 25 | mg | 0 | 12:20:00 | 12:45:00 | 25 | **minutes** |
| CLARK,SHANA,,RN: | | CLARK,SHANA,,RN: | | | | | JAIN,KIRTI,K:MD | | | | | CLARK,SHANA,,RN: | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI–CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted] **Physician:** JAIN KIRTI K MD
**DOB:** [redacted] **PID:** [redacted] **Service Date:** 2/27/2014
**Vitals:** [redacted]

| Date | Procedure | Cycle | Bag Id | Fluid | Route | Vol | Duration | Dose | Unit | WST | Start | End | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Approved By | Prepared By | | | | | Supervising MD | | | | | Administered By | | |
| 2/27/2014 | Normal Saline | 0 | 0 | NS | IV | 500 | 30 | 500 | ml | 0 | 09:55:15 | 10:30:10 | 35 | minutes |
| | SMITH,MONA,LISA: | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 2/27/2014 | Magnesium | 0 | 2 | NS | IV | 500 | 60 | 2 | gms | 0 | 12:15:19 | 13:25:02 | 70 | minutes |
| | SMITH,MONA,LISA: | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |
| 2/27/2014 | Herceptin | 35 | 1 | NS | IV | 250 | 30 | 132 | mg | 0 | 09:55:35 | 10:30:23 | 35 | minutes |
| | SMITH,MONA,LISA: | SMITH,MONA,LISA: | | | | | JAIN,KIRTI,K:MD | | | | | SMITH,MONA,LISA: | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI- CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER

**Medical Administration Record**

ASHLAND BELLEFONTE CANCER CENTR
122 SAINT CHRISTOPHER DRIVE
ASHLAND KY 41101-7016

**Patient:** [redacted] **Physician:** JAIN KIRTI K MD
**DOB:** [redacted] **PID:** [redacted] **Service Date:** 1/16/2014
**Vitals:** [redacted]

| Date | Procedure | Cycle | Bag Id | Fluid | Route | Vol | Duration | Dose | Unit | WST | Start | End | Actual | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Approved By | Prepared By | | | | | Supervising MD | | | | | Administered By | | |
| 1/16/2014 | Velcade | 3 | 0 | N/A | SQ | 0 | 1 | 2.3 | mg | 1.2 | 12:15:00 | 12:15:00 | 0 | minutes |
| | BROWN,MICHELLE:R.N. | BROWN,MICHELLE:R.N. | | | | | JAIN,KIRTI,K:MD | | | | | BROWN,MICHELLE:R.N. | | |

**Initial Line: No Initial Line Documentation**

CONTAINS UNREDACTED PHI- CONFIDENTIAL ATTORNEYS' EYES ONLY SUBJECT TO PROTECTIVE ORDER