**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al.,**<br><br>**Defendants.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |

**ERRATA OF RELATOR ROBERT C. O'LAUGHLIN TO RELATOR'S RESPONSE (DOC. 224) TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| Page, ¶ | Now Reads | Change To |
|---|---|---|
| 14, ¶ 1, line 7 | but there is also the risk of an | there is also the risk of an |
| 17, ¶ 2, Line 16 | (*Infra* at 10-11.) | (*Supra* at 10-11.) |
| 23, fn. 30, line 8 | [continued] | |
| 28, ¶ 3, line 5 | above, *infra* at 10.) | above, *supra* at 10-11.) |
| 32, line 1 | (Composite Exhibit ___[36]) | (Composite Exhibit[36] at Doc. 202-6) |

By: /S/ Andrew Grosso
Andrew Grosso, Esq. (D.C Bar No. 358326)
Pro Hac Vice
ANDREW GROSSO & ASSOCIATES
1250 Connecticut Avenue NW, Suite 700
Washington, D.C. 20036
Telephone: (202) 298-6500
Email: Agrosso@acm.org

Attorney for Relator Robert C. O'Laughlin, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Errata has been served this 8th day of March 2024, by Electronic Service to all counsel of record.

/S Andrew Grosso
Andrew Grosso, Esq.