LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA

KENTUCKIANA
COURT REPORTERS

**CIVIL ACTION NO. 0:16-CV-148-DLB**

**UNITED STATES OF AMERICA EX REL ROBERT C. O'LAUGHLIN, M.D.,**

**V.**

**RADIATION THERAPY SERVICES, P.S.C., DBA ASHLAND BELLEFONTE CANCER CENTER, ET AL.,**

**DEPONENT:**

**KIRTI JAIIN, M.D.**

**DATE:**

DECEMBER 21, 2023

a courtroom powerhouse

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

ASHLAND DIVISION

CIVIL ACTION NO: 0:16-CV-148-DLB

UNITED STATES OF AMERICA

EX REL. ROBERT C. O'LAUGHLIN, M.D.,

Plaintiffs

V.

RADIATION THERAPY SERVICES, P.S.C.,

DBA ASHLAND BELLEFONTE CANCER

CENTER, ET AL.,

Defendants

DEPONENT: KIRTI K. JAIN, M.D.

DATE: DECEMBER 21, 2023

REPORTER: JESSE HARP

APPEARANCES

ON BEHALF OF THE PLAINTIFF, UNITED STATES OF AMERICA EX REL. ROBERT C. O'LAUGHLIN, M.D.:
Andrew Grosso, Esquire
Andrew Grosso & Associates
1250 Connecticut Avenue, Northwest
Suite 700
Washington, D.C. 20036
Telephone No.: (202) 298-6500
E-mail: agrosso@acm.org

ON BEHALF OF THE DEFENDANT, KIRTI K. JAIN, M.D.:
Christopher Allen Melton, Esquire
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville, Kentucky 40202
Telephone No.: (502) 589-5235
E-mail: cmelton@wyattfirm.com

Also Present:
Lydia Ryan, Videographer

that schedule.

BY MR. GROSSO:

**Q. So there is no physician scheduled to be at Highlands on May the 21st 2014, according to the records produced by the defense, correct?**

MR. MELTON: Objection. Mischaracterization.

You can answer.

THE WITNESS: Once again, I think -- if you're referring to schedule or presence, let me explain how it worked. There were days -- for example, let me first address the chair block that you're referring to. That -- we would tell them this particular day, this particular time, block it on a regular basis. That means they cannot schedule another patient at that time. It doesn't mean a spillover would not go into that time. And physician can still be working at that time. So block doesn't mean physician is not there at that time. It just mean there's no schedule.

Having said that, coming back to the second point that those days there is no patients scheduled in physician's name, again, does not mean there is no physician there. There could be a radiation oncologist there. There could be a locum physician who is scheduled who -- who would see patients that

are scheduled. If the nurse practitioner needed their patients seen, that was not uncommon in our practices which were small practices, not the kind of large practices, like hospitals do.

We did things just to ensure that the patient safety and compliance are met and not necessarily everything is recorded. There were days I might have been scheduled at one place and I would cancel the schedule and go to the other place if the need be such. If one of my colleague got sick, I had to ensure that the coverage was there.

BY MR. GROSSO:

**Q. Okay. Well, Dr. Hayek left in December 2013 around Christmastime, correct?**

A. That would be correct.

**Q. All right.**

A. I think it might have been 27th of December.

**Q. Let me give you -- to look at a declaration by Dr. Hayek.**

MR. GROSSO: Exhibit 12, I believe.

THE REPORTER: This will be 13.

MR. GROSSO: 13.

(EXHIBIT 13 MARKED FOR IDENTIFICATION)

BY MR. GROSSO:

**Q. Please look at it. Have you seen this before?**

MR. GROSSO: -- cancer center?

THE WITNESS: We do not have -- I'm -- could you repeat the question?

BY MR. GROSSO:

**Q. Sure. Let me strike that.**

**We do not have a locum tenens scheduled for either Highlands or Ashland for May 22, 2014, do we?**

MR. MELTON: Objection.

THE WITNESS: I can only deduce that Dr. Batra was not scheduled to be there on the afternoon of May 22nd.

BY MR. GROSSO:

**Q. It says his schedule was up to the 21st. It does not say --**

A. That's the -- that's what the letter implies. Now, having said that, there've been enough changes. Whether there was yet another change, I do not know. Everything may not have been through e-mail and documents. Whether he -- he changed his dates yet again. I do not know.

**Q. Yeah. We've asked for all those records. And this is what we've been given. If there's something else, I would like to have it.**

MR. MELTON: Is that a question? I don't --

MR. GROSSO: It's a request.