IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

* * * * * * * * *

UNITED STATES OF AMERICA, ex rel. ROBERT C. O'LAUGHLIN, M.D.,
Plaintiffs

vs.

RADIATION THERAPY SERVICES, P.S.C., d/b/a ASHLAND BELLEFONTE CANCER CENTER, et al.,
Defendants

Case No. 0:16-CV-148-DLB

* * * * * * * *

DEPOSITION OF
THERESA KINTIGOS
December 13, 2023

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

DEPOSITION

OF

THERESA KINTIGOS, taken on behalf of the Plaintiff and Relator herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Nicholas Martin, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, via Zoom, on Wednesday, December 13, 2023, beginning at 10:19 a.m.

A P P E A R A N C E S

ANDREW GROSSO, ESQUIRE
Grosso and Associates
1101 30th Street, NW
Washington, D.C., 20007
COUNSEL FOR PLAINTIFFS

VICTORIA FULLER, ESQUIRE
Wyatt, Tarrant and Combs
400 West Market Street, Suite 2000
Louisville, KY 40202
COUNSEL FOR DEFENDANTS

A. Correct.
Q. Was there ever an occasion where you left a chemo administration room and were not able to find a physician?
A. Never.
Q. Okay.
And you've been a medical assistant for how many years?
A. I've been here at the practice almost 17 years. And I've worked as a medical assistant probably 14, 15 of those years.
Q. Okay.
So for the 14 or 15 years that you served as a medical assistant, any time a patient started experiencing an adverse reaction during chemo, you were able to find a physician.
Is that correct?
A. Correct.
Q. Okay.
If we can go back to Exhibit 5, is what I have it marked as.
ATTORNEY FULLER:

the clinic, I shouldn't say facility, leave the clinic, how would that be reflected in the schedule for that physician?

A. That physician --- that physician may have been gone, but we always had a physician in the building.

Q. That's not the question that I asked.

A. Okay.

Q. The question that I asked was if a physician knew he was going to leave the facility for a particular time and date, how was that reflected in the schedule, if you know?

A. Their schedule was blocked.

ATTORNEY GROSSO:

Thank you. I have no more questions.

ATTORNEY FULLER:

Just one.

---

RE-EXAMINATION

---

BY ATTORNEY FULLER:

Q. Did you create the physician schedules?

A. I did not.

Q. So someone else would have been responsible for creating, you know, any kind of block like that?

A. Yes. Most of the time the blocks were set in advance when we got training with our EMR. And they reflected those schedules.

ATTORNEY FULLER:

Okay.

That's all I have.

ATTORNEY GROSSO:

No more questions.

COURT REPORTER:

I want to double check on depositions. You guys can do the read and write. Would you like to waive that or ---?

ATTORNEY FULLER:

No, I don't think we typically read --- we can waive that.