IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
OF KENTUCKY
ASHLAND DIVISION

* * * * * * * *

UNITED STATES OF AMERICA ex rel. ROBERT C. O'LAUGHLIN, M.D., *
Plaintiffs *
vs. * Case No. NO.0:16-CV-148-DLB
RADIATION THERAPY SERVICES, P.S.C., dba ASHLAND BELLEFONTE CANCER CENTER, et al., *
Defendants *

* * * * * * * *

DEPOSITION OF
KATRINA HOLLIMAN
December 14, 2023

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

DEPOSITION

OF

KATRINA HOLLIMAN, taken on behalf of the Plaintiffs, herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Nicholas Martin, a Court Reporter and Notary Public in and for the Commonwealth of Kentucky, at Sargent's Court Reporting Services, Inc., 2333 Alexandria Drive, Suite 204, Lexington, Kentucky, on Thursday, December 14, 2023, beginning at 9:33 a.m.

A P P E A R A N C E S

ANDREW GROSSO, ESQUIRE
Andrew Grosso & Associates
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
COUNSEL FOR ROBERT C. O'LAUGHLIN, M.D.

VICTORIA FULLER, ESQUIRE
Wyatt, Tarrant & Combs
400 West Market Street
Suite 2000
Louisville, KY 40202
COUNSEL FOR DEFENDANTS

the front door to where the patient is going to be given an infusion of chemotherapy?

A. Okay.

Well, my patient, I would go get them from the waiting room, bring them back.

Q. How would you know that would be your patient?

A. I would call their name and they would come back and they would tell us who they were.

Q. How did you know which name to call?

A. We had a list that told us who was on the schedule for the day.

Q. And which ---?

A. The front office would tell us who was there.

Q. All right.

So you've called the patient.

What would happen next?

A. We'd do vital signs, you know, make sure they were feeling okay, that they were not having any issues. We

facility, at the centers?
A. Well, all the appointments went into the computer, and we could print it off. You could get in there and see what's going on.
Q. All right.
Who had access to that schedule?
A. We all did.
Q. Who prepared the schedule, if you know?
A. Well, we did for treatments, the nurses. And then for visits with the physician, the front office did. And as far as the radiation, I'm guessing that, I don't know for sure, but they probably did their own.
Q. Did you make use of the schedules in your work at the center?
A. Yes.

---

(Whereupon, Exhibit Number 4, Highlands Schedule, was marked for identification.)

were what kinds of injections?
A. Leukine.
Q. What is Leukine again?
A. It helps to build up the white blood cell count.
Q. Is it a chemotherapy drug?
A. No.
Q. Okay.
I would like to revisit, if we can, one of the M-A-Rs or MARs. I'm going to figure out which one I want.
No, it's not that one.
Okay. I believe this is Exhibit 2.
So would you mind please pulling that up?
A. All right. Yes.
Q. Okay.
Now, you would have used this form with some regularity, I'm assuming, when you worked at Highlands.
Correct?
A. Yeah.
Q. Okay.