IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

Ashland Division

* * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ROBERT C. O'LAUGHLIN, M.D., | * | |
| Plaintiffs | * | Civil Action No. |
| vs. | * | 0:16-CV-148-DLB |
| RADIATION THERAPY SERVICES, P.S.C., dba Ashland BELLEFONTE CANCER CENTER, et al., | * | |
| Defendants | * | |

* * * * * * * *

COPY

VIDEOTAPED DEPOSITION OF

STEPHANIE HOWARD

September 27, 2023

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

VIDEOTAPED DEPOSITION

OF

STEPHANIE HOWARD, taken on behalf of the Plaintiffs herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Leah Lambert, a Court Reporter and Notary Public in and for the State of Kentucky, at the Holiday Inn Express and Suites, 1900 Colby Taylor Drive, Richmond, Kentucky, on Wednesday, September 27, 2023 beginning at 10:05 a.m.

A P P E A R A N C E S

ANDREW GROSSO, ESQUIRE
Andrew Grosso & Associates
1250 Connecticut Avenue, NW
Suite 700
Washington, D.C 20035
COUNSEL FOR PLAINTIFFS

VICTORIA FULLER, ESQUIRE
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville, KY 40202
COUNSEL FOR DEFENDANTS

particular day?
A. I had a schedule.
Q. From where did you get that schedule?
A. Front desk.
Q. Who at the front desk would give you that schedule?
A. I guess you would call her the secretary.
Q. Okay.
Who were those people?
A. The people who did check out.
Q. What were their names?
A. I'll be honest, we had so many people coming in and out, I don't remember. We had a lot of ancillary staff that came in and out, so I do not remember.
Q. Do you know who prepared these schedules?
A. Whoever was in checkout that checked the patient out, that scheduled a follow up.
Q. Were you involved in preparing these schedules?

A. No, never.
Q. To your knowledge, was Dr. Jain involved?
A. No.
Q. Any other physicians involved?
A. No.
Q. Any other nurses involved?
A. Uh-uh (no).
Q. No? You're ---.
A. To my knowledge, no.
Q. You're shaking your head and not answering.
A. I'm sorry. No, not that I'm aware of. I mean, honestly, I would just draw the follow up on my checkout sheet and they go to the front desk and check out. That's as far as I know.
Q. So is this the form that you saw when you were told what your schedule was going to be?
A. I would have --- no, I would have times and names, and that's really the only thing I needed was a schedule.

schedule report dated January 13th, 2014. And I showed this to you because I want to ask you, this is for Highlands Cancer Center. Dr. Jain is listed as seeing patients during this time from 10:20 a.m. until 3:40 p.m. You see that?
A. Uh-huh (yes).
Q. And the next page says January 14th, and it says chemo time. And there are a whole list of patients being given chemo. And the next day is January 15th. And again, there's a whole list of patients being chemo --- being given chemo.
Let's go to the second page. January 14, 2014. There's no doctor listed being present at Highlands Cancer Center on this day, is there?
A. But I'm not listed either.
Q. Okay.
So who --- what doctor or nurse practitioner was scheduled for this day here?
A. I worked Monday through Friday.

Q. Yeah. Do you remember --- and again, I know a lot of time has passed, but were there instances where maybe physicians were on site, even though they weren't necessarily scheduled to see patients that day?
A. Yes.
Q. Did that happen with any kind of regularity?
A. It happened actually pretty regularly. Yes.
Q. Okay.
What would be some reasons why they would be on site even if they're not scheduled to see patients that day?
A. Whatever you can think.
Q. Okay.
And I think you mentioned sometimes you come in on weekends for other reasons.
A. Yeah.
Q. They maybe were charting, perhaps, or doing something like that.
A. Yeah, documenting.