LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA

KENTUCKIANA
COURT REPORTERS

# CIVIL ACTION NO. 0:16-CV-148-DLB

# UNITED STATES OF AMERICA EX REL. ROBERT C. O'LAUGHLIN M.D.

# V.

# RADIATION THERAPY SERVICES, P.S.C., DBA ASHLAND BELLEFONTE CANCER CENTER, ET AL.

**DEPONENT:**

**ELIN KUNZ**

**DATE:**

**December 15, 2023**

a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION
CIVIL ACTION NO. 0:16-CV-148-DLB

UNITED STATES OF AMERICA EX REL. ROBERT C. O'LAUGHLIN, M.D.,
Plaintiffs

V.

RADIATION THERAPY SERVICES, P.S.C., DBA ASHLAND BELLEFONTE CANCER CENTER, ET AL.,
Defendants

DEPONENT: ELIN KUNZ
DATE: DECEMBER 15, 2023
REPORTER: AMANDA SANKEY

APPEARANCES

ON BEHALF OF THE PLAINTIFF, ROBERT C. O'LAUGHLIN, M.D.:
Andrew Grosso, Esquire
Andrew Grosso & Associates
1250 Connecticut Avenue NorthWest
Suite 700
Washington, D.C. 20036
Telephone No.: (202) 298-6500
E-mail: agrosso@acm.org
(Appeared via videoconference)

ON BEHALF OF THE DEFENDANT, RADIATION THERAPY SERVICES,
P.S.C., DBA ASHLAND BELLEFONTE CANCER CENTER, ET AL.:
Victoria Boland Fuller, Esquire
Wyatt, Tarrant & Combs, LLP
400 West Market Street
Suite 2000
Louisville, Kentucky 40202
Telephone No.: (502) 589-5235
E-mail: vfuller@wyattfirm.com
(Appeared via videoconference)

# INDEX


| | Page |
|---|---|
| PROCEEDINGS | 5 |
| DIRECT EXAMINATION BY MS. FULLER | 6 |
| CROSS-EXAMINATION BY MR. GROSSO | 83 |
| CONFIDENTIAL PORTION REDACTED | 83 |


# EXHIBITS


| Exhibit | Page |
|---|---|
| 1 - Protective Order | 9 |
| 2 - Elin Kunz's CV | 11 |
| 3 - Elin Kunz's Report | 38 |
| 4 - Program Integrity Manual | 40 |
| 5 - Ashland - Bellefonte Cancer Center MAR - CC Defendant's 32270 | 83 |

STIPULATION

The deposition of ELIN KUNZ was taken at KENTUCKIANA COURT REPORTERS, 730 WEST MAIN STREET, SUITE 101, LOUISVILLE, KENTUCKY 40202, via videoconference in which all participants attended remotely, on FRIDAY the 15th day of DECEMBER 2023 at approximately 10:03 a.m. ET; said deposition was taken pursuant to the FEDERAL Rules of Civil Procedure. The oath in this matter was sworn remotely pursuant to FRCP 30.

It is agreed that AMANDA SANKEY, being a Notary Public and Court Reporter for the state of Kentucky, may swear the witness.

you may get a drug to help with that, so that's part of your chemotherapy services. That -- that's my understand.

**Q. -- okay. Do you have any clinical experience in the chemotherapy administration?**

A. No. Nope, so I can't speak to that.

**Q. So you're just here to explain the coding of chemotherapy services?**

A. I -- I'm not -- I'm not a clinical person at all. I do the coding and auditing based on the rules and the CPT.

**Q. Okay. So then you would agree with me then that something in the coding range for hydration or the coding range for therapeutic, prophylactic, and diagnostic injections and infusions are not chemotherapy codes, correct?**

A. The chemotherapy codes is the range that is chemotherapy codes. I think it -- you know. It's kind of words matter. I -- I call it all chemotherapy services, but the actual chemotherapy code has its own range. Therapeutic injections has their own range. And hydration has their own range.

**Q. Okay.**

A. That's how the CPT book is kind of set up.

**Q. Right. And that's how you -- well, I mean,**