IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

- - - - -

United States of America ex rel. Robert C. O'Laughlin, M.D., :

Plaintiff, :

vs. : Civil Action No. 0:16-CV-148-DLB

Radiation Therapy Services, P.S.C., dba Ashland Bellefonte Cancer Center, et al., :

Defendants. :

- - - - -

DEPOSITION OF JESSICA DOVE

- - - - -

Taken at Weston Hurd LLP
101 East Town Street, Ste. 500
Columbus, OH 43215
September 29, 2023, 9:06 a.m.

- - - - -

Spectrum Reporting LLC
400 South Fifth Street, Ste. 201
Columbus, Ohio 43215
614-444-1000 or 800-635-9071
www.spectrumreporting.com

- - - - -

A P P E A R A N C E S

ON BEHALF OF RELATOR:

Andrew Grosso & Associates
1250 Connecticut Avenue NW, Ste. 700
Washington, DC 20036
By Andrew Grosso, Esq.

ON BEHALF OF DEFENDANT A-ONE BIZ:

Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Ste. 2800
Louisville, KY 40202-2898
By Christopher A. Melton, Esq.
(Via videoconference)

ON BEHALF OF THE WITNESS:

Weston Hurd LLP
101 East Town Street, Ste. 500
Columbus, OH 43215
By Steven G. Carlino, Esq.

Friday Morning Session
September 29, 2023, 9:06 a.m.

- - - - -

S T I P U L A T I O N S

- - - - -

It is stipulated by counsel in attendance that the deposition of Jessica Dove, a witness herein, called by Relator for cross-examination, may be taken at this time by the notary pursuant to notice and subsequent agreement of counsel that said deposition may be reduced to writing in stenotypy by the notary, whose notes may thereafter be transcribed out of the presence of the witness; that proof of the official character and qualification of the notary is waived.

- - - - -

bit about Leukine. I think your -- I want to make sure that I understood your testimony. Is it Leukien or Leukine; do you know?
A. It's Leukine.
Q. Leukine. I knew I would pronounce it wrong. I would -- there's two ways there. I knew I'd get it wrong, I'd choose the wrong one.
I think you had testified that it treats a side effect of chemo?
A. Correct.
Q. And that side effect's the risk of infection; is that correct?
A. Right. It's called neutropenia.
Q. Okay. And so it --
A. It prevents it, actually.
Q. Okay. And so Leukine, it's also given for patients who are undergoing radiation therapy, correct?
A. I'm not familiar with that.
Q. Okay. Well, let me ask you this: Is it only given for patients -- to your knowledge. I mean, I know your specialty is in chemotherapy, but, I mean, is it only given for chemotherapy or -- patients or is it given for other patients as

well?
A. I'm not --
Q. To the extent that you know.
A. Pardon me?
Q. To the extent that you know.
A. Yeah. I'm not familiar with what other indications that it might be administered for. There can be, you know, preparation for bone marrow transplant, et cetera. I'm not aware that they were participating in this at that clinic, but I'm certain I'm not aware of all the things that they did. The primary use that I'm aware of would be following chemotherapy to reduce risk of infection.
Q. But it's not an antineoplastic chemo --
A. Oh.
Q. -- drug, correct?
A. No, it is not.
Q. And it is given sub -- at this in this situation, it was given subcutaneously. Have you ever administered any chemotherapy or anticancer drugs subcutaneously?
A. Well, I've -- let me think. Val -- daratumumab. There are drugs that can or have