**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 16-148-DLB-EBA**

**UNITED STATES OF AMERICA**
***ex rel.* ROBERT C. O'LAUGHLIN, M.D.** **PLAINTIFF**

**v.** **JUDGMENT**

**RADIATION THERAPY SERVICES, P.S.C., et al.** **DEFENDANTS**

* * * * * * * * * * * * * * * *

Consistent with the Memorandum Order and Opinion entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) Defendants' Motion for Summary Judgment (Doc. # 203) is **GRANTED**;

(2) Judgment is **ENTERED** in favor of Defendants.

(3) This action is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order and no just cause for delay exists.

This 19th day of September 2024.

**Signed By:**
***David L. Bunning*** DB
**United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2016\16-148 Judgment.docx