**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**Ashland Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ROBERT C. O'LAUGHLIN, M.D.** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. 0:16-CV-148-DLB** |
| **RADIATION THERAPY SERVICES, P.S.C., et al.** | ) | |
| **Defendants.** | ) | |

# RELATOR'S NOTICE OF APPEAL

Notice is hereby given that the Robert C. O'Laughlin, M.D., the Plaintiff and Relator, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the following judgment and final orders in this case:

(1) the Final Judgment (Doc. 235, 236) and Order (Doc. 234) entered on September 19, 2024, granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's Complaint;

(2) the Memorandum Order (Doc. 174) entered on July 11, 2023;

(3) the Memorandum and Order (Doc. 141) entered on November 23, 2022;

(4) the Memorandum Opinion and Order (Doc. 97) entered on August 30, 2021;

(5) the Memorandum Opinion and Order (Doc. 76), entered October 20, 2020.

By: /S/ Andrew Grosso
Andrew Grosso, Esq. (D.C Bar No. 358326)
*Pro Hac Vice*
ANDREW GROSSO & ASSOCIATES
1250 Connecticut Avenue NW, Suite 700
Washington, D.C. 20007
Telephone: (202) 298-6500
Email: Agrosso@acm.org
*Attorney for Relator Robert C. O'Laughlin, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon all counsel of record by the Court's Electronic Filing system this 24 day of September, 2024, by Electronic Service to all counsel of record.

.

/S Andrew Grosso
Andrew Grosso, Esq.