**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 21, 2025

Ms. Victoria Kathleen Boland Fuller
Mr. Christopher A. Melton
Wyatt, Tarrant & Combs
400 W. Market Street, Suite 2000
Louisville, KY 40202

Mr. Andrew Grosso
Andrew Grosso & Associates
1250 Connecticut Avenue, N.W.
Washington, DC 20036

Ms. Carrie B. Pond
Mr. Charles P. Wisdom Jr.
Office of the U.S. Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612

Re: Case No. 24-5898, *Robert O'Laughlin v. Radiation Therapy Services, et al*
Originating Case No. : 0:16-cv-00148

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. Robert R. Carr

Enclosures

Mandate to issue.