UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5898

UNITED STATES OF AMERICA *ex rel*. ROBERT C. O'LAUGHLIN, M.D.,

Relator - Appellant,

v.

RADIATION THERAPY SERVICES, P.S.C., dba Ashland Bellefonte Cancer Center; KIRTI K. JAIN, M.D., P.S.C., dba Highland Cancer Center; A ONE BIZ SOLUTIONS, LLC; KIRTI K. JAIN, M.D.; MANISH JAIN,

Defendants - Appellees.

**FILED**
Aug 21, 2025
KELLY L. STEPHENS, Clerk

Before: BOGGS, GRIFFIN, and NALBANDIAN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Ashland.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens

Kelly L. Stephens, Clerk