**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 24-5898

---

Filed: September 30, 2025

M.D. ROBERT C. O'LAUGHLIN, ex rel.

Relator - Appellant

UNITED STATES OF AMERICA

Intervenor

v.

RADIATION THERAPY SERVICES, P.S.C., dba Ashland Bellefonte Cancer Center; KIRTI K. JAIN, M.D., P.S.C., dba Highland Cancer Center; A ONE BIZ SOLUTIONS, LLC; KIRTI K. JAIN, M.D.; MANISH JAIN

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 08/21/2025 the mandate for this case hereby issues today.

COSTS: None