**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 30, 2025

Mr. Robert R. Carr
Eastern District of Kentucky at Ashland
1405 Greenup Avenue
Ashland, KY 41101-0000

Re: Case No. 24-5898, *Robert O'Laughlin v. Radiation Therapy Services, et al*
Originating Case No. : 0:16-cv-00148

Dear Mr. Carr,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Robin

cc: Ms. Victoria Kathleen Boland Fuller
Mr. Andrew Grosso
Mr. Christopher A. Melton
Ms. Carrie B. Pond
Mr. Charles P. Wisdom Jr.

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 24-5898

Filed: September 30, 2025

M.D. ROBERT C. O'LAUGHLIN, ex rel.

Relator - Appellant

UNITED STATES OF AMERICA

Intervenor

v.

RADIATION THERAPY SERVICES, P.S.C., dba Ashland Bellefonte Cancer Center; KIRTI K. JAIN, M.D., P.S.C., dba Highland Cancer Center; A ONE BIZ SOLUTIONS, LLC; KIRTI K. JAIN, M.D.; MANISH JAIN

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 08/21/2025 the mandate for this case hereby issues today.

COSTS: None